UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY,<br>Major, United States Marine Corps,<br>820 Bright Street<br>Fredericksburg, Virginia 22134<br>Tel. # 540.371.3792<br><br>　　　　　Plaintiff<br><br>v.<br><br>GORDON R. ENGLAND<br>Secretary of the Navy<br>Washington, D.C. 20350-1000<br><br>　　　and<br><br>DEPARTMENT OF THE NAVY<br>Washington, D.C. 20350-1000<br><br>　　　　　Defendants | Case Number: 1:05CV01651<br>(Judge: Gladys Kessler) |

**PROOF OF SERVICE**

Service of the Complaint and Summons in the above captioned case has been served on the Defendants as well as the United States Attorney General and the United States Attorney for the District of Columbia pursuant to Federal Rule of Civil Procedure 4(i). Per the Federal Rule of Civil Procedure 4(l), Plaintiff hereby submits evidence of such service to the Court by including as enclosure (1) a copy of the signed receipts. Plaintiff mailed the Complaint and Summons for the Secretary of the Navy and the Department of the Navy in the same mailing.

Respectfully submitted,

J. L. MCGRADY
Plaintiff

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. K.L. WAINSTEIN
U.S. ATTORNEY FOR DC
555 4th ST NW
WASHINGTON DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
AUG 1 0 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number 7004   7004 2890 0002 0376 3928
(Transfer from service label)

PS Form 3811, August 2001   Domestic Return Receipt   102595-02

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OFFICE OF GENERAL COUNSEL
NAVY LITIGATION OFFICE
720 KENNON ST SE
BLDG 36 RM 233
WASHINGTON NAVY YARD DC
20374-5013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X R. Both
☒ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number 7004 2890 0002 0376 3935
(Transfer from service label)

PS Form 3811, August 2001   Domestic Return Receipt   102595-02

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HONORABLE ALBERTO GONZALEZ
US DEPARTMENT OF JUSTICE
950 PENNSYLVANNIA AVE.
WASHINGTON DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature _____
X
AUG 1 9 2005
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number 7004   7004 2890 0002 0376 3942
(Transfer from service label)

PS Form 3811, August 2001   Domestic Return Receipt   ENCLOSURE (1)   102595-02

## **CERTIFICATE OF SERVICE**

I hereby certify that on the ____ day of September, 2005, I, J. L. McGrady, sent by U.S. mail, return receipt requested, postage prepaid, a copy of Plaintiff's Proof of Service of Complainant and Summons to the following addresses:

Gordon R. England, Secretary of the Navy
Office of the General Counsel
Navy Litigation Office
720 Kennon Street SE Bldg 36, Rm 233
Washington Navy Yard DC 20374-5013

Department of the Navy
Office of the General Counsel
Navy Litigation Office
720 Kennon Street SE Bldg 36, Rm 233
Washington Navy Yard DC 20374-5013

Mr. K. L. Wainstein
U.S. Attorney for the District of Columbia
555 4th St. NW
Washington, DC 20530

Honorable Alberto Gonzalez
U.S. Department of Justice
950 Pennsylvania Avenue
Washington DC 20530-0001

J. L. MCGRADY
Plaintiff
820 Bright Street
Fredericksburg, Virginia
540.371.3792