IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JACKSON L. MCGRADY,<br>Major, United States Marine Corps,<br>820 Bright Street<br>Fredericksburg, Virginia 22134<br><br>                Plaintiff,<br><br>   v.<br><br>GORDON R. ENGLAND<br>Secretary of the Navy<br>Washington, D.C. 20350-1000<br><br>   and<br><br>DEPARTMENT OF THE NAVY<br>Washington, D.C. 20350-1000<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1651 (GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PRAECIPE**

Defendants respectfully request that the Clerk of the Court enter the appearance of Assistant United States Attorney Lisa S. Goldfluss as counsel for defendants in the above-captioned case.

Respectfully submitted,

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7198

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September, 2005, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

**JACKSON L. MCGRADY**, **Pro Se**
**820 Bright Street**
**Fredericksburg, Virginia 22134**

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney