IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JACKSON L. MCGRADY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1651 (GK) |
| | ) | |
| **GORDON R. ENGLAND** | ) | |
| Secretary of the Navy, et al. | ) | |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an enlargement of time up to and including November 14, 2005, in which to respond to Plaintiff's Motion for Summary Judgment, filed September 12, 2005 and received by defendants on that date. Based on the Certificate of Service attached to plaintiff *pro se*'s motion for summary judgment (indicating service on September 7, 2005), defendants' response would otherwise be due on September 21, 2005. Defendants seek this enlargement for the following reasons:

Plaintiff *pro se* has filed this suit under the auspices of 10 U.S.C. § 628, which provides, *inter alia*, for judicial review of determinations by the Secretaries of the military departments not to convene a special selection board under section 628(b). Specifically, plaintiff cites the waiver of sovereign immunity and grant of jurisdiction in 10 U.S.C. § 628(g) as the jurisdictional basis for the suit. The standards of review under § 628 are substantially identical to the standards of judicial review under the Administrative Procedure Act, 5 U.S.C. § 706. As the Court is aware, such cases are decided on the administrative record filed by the government after that record is compiled and certified by the appropriate government officials.

Defendants were served with the complaint on August 23, 2005, and are required to move, answer or otherwise respond to that document by October 24, 2005. Defendants intend to file the administrative record within 10 days thereafter (November 3, 2005). Any motions for summary judgment will necessarily require reference to the administrative record filed by defendants, which, again, will provide the basis for judicial review in this action.

Defendants respectfully submit that plaintiff *pro se*'s motion for summary judgment is thus premature, and that the more judicially economic approach to briefing in this case would have the parties file dispositive motions following the filing of the administrative record. In the event that plaintiff *pro se* chooses not to withdraw his summary judgment motion and re-file after the filing of the administrative record, however, the enlargement sought would require defendants to respond to plaintiff *pro se*'s motion for summary judgment ten days after the filing of the administrative record, at which time defendants would likely cross-move for summary judgment.

In the interests of judicial economy and the conservation of resources of the Court and the parties, defendants respectfully move that the Court grant the enlargement sought. Counsel for defendants has attempted to contact plaintiff *pro se*, both at his home and at his office, to confer regarding this motion, and has left messages in both locations, but has not been able to reach him. Immediately upon hearing from him regarding this motion, counsel for defendants will file a Notice with the Court informing the Court of his position on this motion.

An order granting the relief sought is attached hereto.

                        Respectfully submitted,

                        _____
                        KENNETH L. WAINSTEIN, D.C. Bar # 451058
                        United States Attorney

                        _____
                        R. CRAIG LAWRENCE, D.C. Bar # 171538
                        Assistant United States Attorney

                        _____
                        LISA S. GOLDFLUSS, D.C. Bar #417787
                        Assistant United States Attorney
                        555 4th Street, N.W.,  Tenth Fl.
                        Washington, D.C.  20530
                        (202) 514-7198
                        Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2005, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

**JACKSON L. MCGRADY**, **Pro Se**
**820 Bright Street**
**Fredericksburg, Virginia 22134**

_____
LISA S. GOLDFLUSS
Assistant United States Attorney