IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JACKSON L. MCGRADY,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **Civil Action No. 05-1651 (GK)** |
| **GORDON R. ENGLAND**<br>**Secretary of the Navy, et al.** | ) ) ) | |

## **ORDER**

UPON CONSIDERATION of Defendants' Motion for Enlargement of Time and the merits thereof, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall respond to plaintiff pro se's motion for summary judgment on or before November 14, 2005.

Date_____                                             _____
                                                                    UNITED STATES DISTRICT JUDGE