UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JACKSON L. MCGRADY, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 05-1651 (GK) |
|  | ) | |
| GORDON R. ENGLAND | ) | |
| Secretary of the Navy, et al. | ) | |

### NOTICE OF WITHDRAWAL OF PLAINTIFF'S
### MOTION FOR SUMMARY JUDGMENT

The parties, having conferred regarding the matters raised in defendants' motion for enlargement of time to respond to plaintiff's motion for summary judgment, filed September 20, 2005 [docket no. 7], hereby respectfully notify the Court that plaintiff has decided to withdraw his motion for summary judgment without prejudice to his undisputed right to file a motion for summary judgment following the government's filing of the administrative record in this case. The withdrawal of plaintiff's motion for summary judgment renders moot the above-referenced enlargement motion filed by defendants.

Plaintiff has indicated a concern that defendants ~~move,~~ answer, ~~or otherwise respond to~~ the Complaint in a timely manner, and defendants have indicated that, barring some unanticipated event that would require defendants to seek additional time in which to do so, defendants will respond to the Complaint, either by answer or motion, by October 24, 2005, the

date on which such response is currently due.

Respectfully submitted,

*[signature]*
JACKSON L. MCGRADY
820 Bright Street
Fredericksburg, Virginia 22134
Plaintiff *pro se*

*[signature]*
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

*[signature]*
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

*[signature]*
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W., Tenth Fl.
Washington, D.C. 20530
(202) 514-7198
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 22th day of September, 2005, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

JACKSON L. MCGRADY, Pro Se
820 Bright Street
Fredericksburg, Virginia 22134

LISA S. GOLDFLUSS
Assistant United States Attorney