UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY,<br>Major, United States Marine Corps,<br>820 Bright Street<br>Fredericksburg, Virginia 22401<br>  Tel. # 540.371.3792<br><br>           Plaintiff<br><br>v.<br><br>GORDON R. ENGLAND<br>Secretary of the Navy<br>Washington, D.C. 20350-1000<br><br>   and<br><br>DEPARTMENT OF THE NAVY<br>Washington, D.C. 20350-1000<br><br>           Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Case Number: 05CV01651 (GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

In his complaint, Plaintiff listed an incorrect zip code in his address. Plaintiff files this notice of change to correct the address pursuant to LCvR 5.1(e)(1). Plaintiff's correct address is as follows:

   820 Bright Street
   Fredericksburg, Virginia 22401

                                        Respectfully submitted,

                                        /s/ Jackson L. McGrady
Dated: September 28, 2005               Jackson L. McGrady
                                        Plaintiff
                                        820 Bright Street
                                        Fredericksburg, Virginia 22401
                                        540.371.3792

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September, 2005, I, J. L. McGrady, sent by U.S. mail, postage prepaid, a copy of Plaintiff's Notice of Change of Address to the following addresses:

Gordon R. England, Secretary of the Navy
Office of the General Counsel
Navy Litigation Office
720 Kennon Street SE Bldg 36, Rm 233
Washington Navy Yard DC 20374-5013

Department of the Navy
Office of the General Counsel
Navy Litigation Office
720 Kennon Street SE Bldg 36, Rm 233
Washington Navy Yard DC 20374-5013

Mr. K. L. Wainstein
U.S. Attorney for the District of Columbia
555 4th St. NW
Washington, DC 20530

Honorable Alberto Gonzalez
U.S. Department of Justice
950 Pennsylvania Avenue
Washington DC 20530-0001

J. L. MCGRADY
Plaintiff
820 Bright Street
Fredericksburg, Virginia 22401
540.371.3792