IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JACKSON L. MCGRADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1651 (GK) |
| | ) | |
| GORDON R. ENGLAND | ) | |
| Secretary of the Navy, et al. | ) | |

### NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendants, by undersigned counsel, hereby respectfully notify the Court and plaintiff that they have filed on this day a paper copy of the Administrative Record in this case, along with CD-Rom version of the Administrative Record. Attached hereto, for the convenience of the Court and plaintiff, is a Table of Contents for the Administrative Record.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W., Tenth Fl.
Washington, D.C. 20530
(202) 514-7198
Counsel for Defendants

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2005, I caused the foregoing, along with a copy of the Administrative Record in this case, to be served by first-class mail, postage prepaid, addressed as follows:

**JACKSON L. MCGRADY**, **Pro Se**
**820 Bright Street**
**Fredericksburg, Virginia 22401**

_____
LISA S. GOLDFLUSS
Assistant United States Attorney