/Doc 2/ McGrady v. England ADMIN RECORD (page order) TOC

| PAGE | DATE | BCNR DOCKET NO. | DOCUMENT DESCRIPTION |
|---|---|---|---|
| 00009 | 6-Jul-05 | 00971-05 | BCNR request from Mr. Saunders to CMC (MMER) for advisory opinion on whether or not to grant an SSB |
| 00011-00012 | 2-Sep-05 | 00971-05 | BCNR denial of McGrady's request to modify the Scovell fitness report (covering 1Sep98 - 15Mar99), and the request for an SSB. |
| 00014-00016 | 9-Dec-04 | 00971-05 | McGrady Request to have BCNR modify the Scovell fitness report.. not to have it expunged. [Contains no request to grant an SSB] |
| 00017-00018 | 2-Sep-03 | Ltr to FY05 Bd | Letter from Colonel Scovel to the FY05 LtCol Selection board stating that he "believed then that this mark [on the 99 Fitrep] would be viewed as "outstanding" and consistent with a "top 5%" ...but that "since then, I think inflation has returned, at least to some degree, and the 5th block is now seen as middle of the road." |
| 00019-00020 | 28-Jan-05 | 00971-05 | Performance Evaluation Board (PERB) recommendation to BCNR that the Scovell fitrep NOT be changed because (1) the Scovell letter was meant to explain how the grade looked back then, (2) it was not a letter endorsing a record change, (3) Scovell wrote that his remarks were accurate at the time, and (4) the duty of the Reviewing officer is to understand the significance of changing one's grading philosophy because the comparative assessment is a snapshot "at the time" MCOP1610.7E |
| 00021-00022 | 9-Aug-05 | 00971-05 | Letter from USMC Head of Officer Personnel (MMPR - Col Sunday) to the PERB, deferring entirely to the PERB on whether or not to modify the Scovell fitness report. However, Col Sunday states that "if the fitness report is removed" he recommends disapproval of any request for an SSB. He felt that McGrady had several years to decide whether or not he felt a fitness report was in error prior to the LTCOL selection board. Sunday also stated that he knew McGrady requested a SSB on 16 SEP 2003, and that he believed the SECNAV denied McGrady's previous request for lack of diligence in finding percieved errors until after his selection bd. |
| 00023-00037 | 22-Mar-05 | 00971-05 | Personal stmt of McGrady in support of his Request to Reconsider the decision not to correct the Scovell 98-99 fitness report. On 00028 McGrady... for the first time, REQUESTS an SSBI, but he presumes an errant fitrep exists. On 00025, para 6, he says "I do not contest that the report was accurate at the time it was written." -- he then goes on and on about "reasonable diligence." |
| 00038 | 17-Feb-05 | 00971-05 | Letter from Colonel Scovel to the BCNR in support of McGrady's request to have his record changed... still citing that the report was good back then, but that inflation of grading might make it look bad now. |
| 00039-00040 | 11-Mar-05 | 00971-05 | Ltr from Col McCown re: the importance boards place on comparative assessments from Reporting Seniors |
| 00041-0043 | 26-Aug-05 | 00971-05 | McGrady response to the MMPR opinion of 9 AUG 2005 where McGrady (1) tells the BCNR that he already filed suit on the matter on August 17th, and (2) states that he wanted the board to consider the pending lawsuit in making their final decision. |
| 00044 | 17-Aug-05 | 00971-05 | Letter from BCNR to McGrady stating that (1) your case has been referred to the PERB, (2) we have received a non-binding advisory opinion that we are giving you an opportuinity to reply to, and (3) we will withhold our final decision until (a) 30 days have elapsed if you don't reply, or (b) when you respond. (PL FILED SUIT THIS DATE) |
| 00046 | 6-Jul-05 | 00971-05 | BCNR's request for an advisory opinion from the Commandant of the Marine Corps. |
| 00047-00051 | various dates | 00971-05 | Officer Performance Record sheets. |
| 00052-00111 | various dates | 00971-05 | Documents submitted to promotion boards, including zone sheets & promotion recommendation letters. |
| 00112-00113 | 7-Sep-04 | Ltr to FY06 Bd | Personal stmt of McGrady to the FY06 Promotion board, stating that he feels he is among the best officers in the Marine Corps, and explaining why he had a lack of job variety and lack of PCS locations. |
| 00114-00139 | various dates | Ltr to FY06 Bd | Various letters of recommendation for promotion. |
| 00140-00141 | 28-Jan-05 | 00971-05 | Letter from CMC to McGrady stating that the PERB forwarded its recommendation to the BCNR on 26 JAN 2005 recommending denial of McGrady's request to change the Scovell fitness report marks. Explained that McGrady has 30 days from today to send comments on the PERB rrecommendation to the BCNR. |
| 00142-00149 | 15-Mar-99 | FITREP | Scovell Fitness report (1998-1999) |



/Doc 2/ TOC

| | | | |
|---|---|---|---|
| 00150-151 | 13-Jan-05 | 9585-04 | Letter from BCNR to McGrady denying his 15 November 2005 request for a SSB on the FY04 board pursuant to the errors found in his 2nd LT fitness report. The board denied an SSB because (1) the evidence did not support the existence of probable material error or injustice, (2) the remedy granted in his previous case.. docket 6093-03, which allowed consideration IN ZONE by the FY05 board, with a corrected fitrep, was adequate to redress any potential prejudice that the fitrep might have posed, and (3) the fact that he failed to select for LTCOL by the boards in FY05 and FY06 did not give McGrady an additional right to claim the remedy offered by the SECNAV was inaccurate. |
| 00154-159 | 15-Aug-03 | 6093-03 | Letter from BCNR to McGrady granting him relief by correcting his O-2 fitness report and allowing him to go back to the FY05 LTCOL selection board with the corrected report and no failure of selection on his record |
| 00160-162 | 16-Feb-04 | 6093-03 | Memo for SECNAV from the CMC General Hagee recommending disapproval of McGrady's request for a FY04 SSB. The memo questions the materiality of the O-2 fitrep in para 3(e) - explaining how the report only covers 3 month, that it was from 13 years earlier, and that he had been twice promoted with that report in his record! Then after questioning McGrady's diligence, the memo says in par 4(b) "further [even if diligent] .. correcting a fitness report does not = necessity or entitlement to a SSB. i.e. the fitrep is not material. The MEMO is SIGNED OFF by SECNAV, but the document is not a response to a BCNR petition. |
| 00163-00174 | 15-Nov-04 | 9585-04 | McGrady requests the BCNR grant an SSB because he believe the 2ndLT fitrep actually was material to the FY04 board (00166). (No mention of the FY05 and FY06 FOS) He claims (1) the CMC and SECNAV falsely believe an officer has a duty to make sure senior raters do their job correctly .. 00168 para 11, (2) the CMC has to tell him "why" he should understand the nature of the remarks on his fitrep. On 00171 he denies waiting 13 years, and says he only presumed an error occured when he failed to promote. |
| 00175-00182 | 8-Dec-04 | 9585-04 | McGrady request for reconsideration of his SSB request (based on the O-2 fitrep). He bases request on a Staff Judge Advocate memo claiming that plaintiff didn't exercise reasonable diligence, and although there were also comments doubting the materiality of a 13 year old fitness report (on 00178, para 8), McGrady puts a footnote on 00180 saying "It appears the agency has conceded materiality." |
| 00184-00188 | 18-Sep-03 | 6093-03 | McGrady request for SSB upon learning the BCNR decided to grant relief & amend the O-2 fitness report [bc... even though materiality was questionable, he deserved the benefit of the doubt where the rater admitted to improper treatment of the fitness report.], & was going to be in zone for FY05 without mention of a FY04 failure of selection, and with a corrected fitness report, fixing the rankings to state "1 of 3". |
| 00189-00190 | 27-Aug-03 | 6093-03 | BCNR approved "Report of Proceedings" regarding McGrady's request to have his 2nd LT fitrep corrected. |
| 00191-00192 | 23-May-03 | 6093-03 | Memo from MMER (MC Head of Officer Counseling) to BCNR giving advisory opinion that (1) changing McGrady's O-2 fitness report would at best marginally improve his overall record, (2) other "major areas of concern" would still exist, and (3) He concludes, IF YOU CHANGE THE FITREP, we recommend you give him the benefit of the doubt and remove the Failure of Selection from his record. [as requested by McGrady on 204-2087 of the Record] |
| 00193-00198 | 2003-04 misc | 9585-04 | Statements by McGrady and other Marines opining what is "material" to being selected for promotion. |
| 00199-00200 | 3-Apr-03 | 6093-03 | Letter from Marine Captain who allegedly falisified McGrady's O-2 fitness report. |
| 00201- | 28-Apr-04 | 6093-03 | Letter from Commandant Marine Corps (CMC) to McGrady stating that his request for a SSB was denied by SECNAV on 16 April 2004. |
| 00202-00203 | 27-Aug-03 | 6093-03 | Letter from BCNR to McGrady stating that a decision has been reached regarding his request, and that his record would be corrected in accordance with the enclosed decision |
| 00204-00207 | 6-May-03 | 6093-03 | BCNR application [DD form 149] submitted by McGrady asking for (1) expungement or change to his O-2 fitness report, and (2) consideration at the next board IN ZONE. |
| 00208-00209 | 11-Dec-90 | FITREP | McGrady's challenged fitness report from when he was a 1st Lieutenant (O-2) |
| 00210-00211 | 3-Apr-03 | 6093-03 | Letter from fmr USMC Captain Davidson re: the "bonehead" decision to do the O-2 fitrep incorrectly |
| 00212- | 12-Apr-03 | 6093-03 | FOIA request by McGrady seeking copies of the transfer sheet from when he was an O-2, with rankings |
| 00213-00214 | 29-Apr-03 | 6093-03 | FOIA request by McGrady seeking copies of the transfer sheet from when he was an O-2, with rankings |

2 of 3

Doc 2/ TOC

| | | | |
|---|---|---|---|
| 00215- | 30-Apr-03 | 6093-03 | FOIA response from Naval Personnel Records Center confirming that McGrady was listed on the applicable transfer report as one of three names. |
| 00216-00217 | 16-Jul-03 | 6093-03 | Letter from Commandant MC to McGrady stating that the Marine Personnel Review Bd (PERB) was recommending against removal of the O-2 fitness report, stating that McGrady had 30 days to provide BCNR with a response to the PERB recommendation. |
| 00218-00219 | 16-Jul-03 | 6093-03 | Marine Corps PERB advisory opinion that the O-2 fitness report should NOT be changed because they felt that (1) the ranking was administratively correct at the time regardless of Davidson's motivations to help the careers of 2 other officers, and (2) the report was accurate at the time and is not subject to modification simply bc Davidson's opinion changed over time. |
| 00220-00221 | 23-May-03 | 6093-03 | Memo from MMER (MC Head of Officer Counseling) to BCNR giving advisory opinion that (1) changing McGrady's O-2 fitness report would at best marginally improve his overall record, (2) other "major areas of concern" would still exist, and (3) IF YOU CHANGE THE FITREP, we recommend you give him the benefit of the doubt and remove the Failure of Selection from his record. |
| 00222-00229 | 12-Aug-03 | 6093-03 | McGrady's response to BCNR re: the CMC/PERB recommendation that his request for redress be denied. (Pl. thought the PERB recommendation was a denial and presented "new evidence" by introducing statements from other Marines ... one who was promoted, one who was not, to prove his O-2 fitrep was very important and material.) McGrady's two most important points were (1) the report was admittedly not accurate at the time, and (2) the relative rankings were very important.. this the report was material as well as being flawed. [Pl. requested re-referral to the PERB, misunderstanding that the BCNR could grant relief DESPITE the PERB advisory opinion] |
| 00230-00243 | 12-Aug-03 | 6093-03 | Enclosures to McGrady's response to BCNR re: CMC/PERB recommendation for his request to be denied. |
| 00244-00256 | 4-Sep-02 | 6093-03 | Marine ADMIN Message 474/02 announcing the officers IN ZONE for promotion to Lt Colonel, USMC for the various MOSs (Marine Occupational Specialties). |
| 00257- | 5-May-04 | 9585-04 | FOIA request by McGrady seeking all documents related to his request for the SSB that was denied, [regarding the O-2 fitness report correction] |
| 00258-00263 | 5-Nov-04 | 9585-04 | FOIA response to McGrady granting FOIA request in part, denying in part. Claims the SJA advisory opinion was not releasable under 5 USC 552(b)(5) as attorney-work product |
| 00264-00267 | 5-Nov-04 | 9585-04 | FOIA response to McGrady, documents 1 through 4 (minus document 2, listed as exempt) |
| 00266- | 10-Oct-03 | 6093-03 | Memo from Dahrie Hayman of the MMER to the SECNAV wrt McGrady's SSB request, informing the him that McGrady had already applied, and that the BCNR granted relief for the O-2 fitness report as well as returning him to the primary zone for consideration. (spelled out how relief had already been granted) |
| 00268- | 1-Oct-03 | 6093-03 | CMC (MMER) ltr to McGrady, notifying him that the SSB request had been received, and that the CMC endorsement would be forwarded to SECNAV for approval or denial. |
| 00268-00353 | 5-Nov-04 | 9585-04 | FOIA response to McGrady, document 5 (includes also all other documents related to the first SSB request, all of which are previously described and located in the record. All are duplicative documents found elsewherre in the admin record.) |

3 of 3