11/04/05 FRI 08:01 FAX 7037845128                                                      ☒009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1651 (GK) |
| ) | |
| GORDON R. ENGLAND ) | |
| Secretary of the Navy, et al. ) | |

## ORDER

UPON CONSIDERATION of the parties' Joint Meet and Confer Statement and Statement of the Case, and the merits thereof, it is

HEREBY ORDERED that cross-motions for summary judgment will be briefed in accordance with the following schedule:

| | |
|---|---|
| Cross-Motions for Summary Judgment: | December 21, 2005 |
| Opposition memoranda: | January 20, 2006 |
| Reply memoranda: | February 10, 2006. |

IT IS FURTHER ORDERED that Rule 26(a)(1) disclosures shall be dispensed with.

Date_____                         _____
                                     UNITED STATES DISTRICT JUDGE