IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACKSON L. MCGRADY,** | ) |
| **Plaintiff,** | ) |
| v. | )   Civil Action No. 05-1651 (GK) |
| **GORDON R. ENGLAND**<br>Secretary of the Navy, et al. | ) |

**DEFENDANTS' CONSENT MOTION FOR LEAVE TO WITHDRAW
ADMINISTRATIVE RECORD FILED NOVEMBER 4, 2005 AND TO RE-FILE THAT
RECORD FOLLOWING THE PARTIES' DISCUSSIONS REGARDING THE
APPROPRIATE CONTENTS OF THE RECORD**

Defendants, by undersigned counsel and with plaintiff's consent, hereby respectfully move for leave to withdraw and strike from the record defendants' Notice of Filing of Administrative Record and attachment thereto (Table of Contents), and the Administrative Record filed with the Court and served upon plaintiff simultaneously therewith, and to re-file the Administrative Record with a revised Table of Contents on or before November 21, 2005.  As grounds for this motion, defendants state as follows:

Defendants filed an Administrative Record in this case on Friday, November 4, 2005, along with a Notice of Filing and a Table of Contents attached to the Notice.[1]  Subsequently, plaintiff *pro se* contacted defendants' counsel to discuss certain aspects of the Administrative Record that plaintiff *pro se* considered to be incomplete or otherwise subject to revision. Defendants have agreed to consider plaintiff's concerns and to confer with plaintiff following an inquiry into matters identified by plaintiff as significant to him.   The parties have agreed that, if

---

[1] Defendants filed the Administrative Record on that date, not pursuant to a given deadline issued by the Court, but pursuant to an agreement with plaintiff *pro se.*

this motion is granted, they will confer on November 15, 2005, the date on which the initial scheduling conference in this case is scheduled to take place, and that defendants will file a revised Administrative Record on or before November 21, 2005.  The parties do not believe that the re-refiling of the Administrative Record, along with a revised Table of Contents, will affect any of the dates incorporated into the briefing schedule set forth in the parties' joint meet-and-confer statement being filed today in anticipation of that scheduling conference.

For the foregoing reasons, defendants' respectfully request that the Court grant an Order deeming defendants' Notice of Filing of Administrative Record and attachment thereto, along with the Administrative Record filed simultaneously therewith, to be withdrawn and stricken from the record, and that leave be granted permitting defendants to file a revised Administrative Record and Table of Contents thereto on or before November 21, 2005.

Counsel for defendants has conferred with plaintiff *pro se* regarding this motion and plaintiff *pro se* consents to the motion and has stated that, if leave is granted as requested above, he will destroy the copy of the Administrative Record, along with the Table of Contents associated therewith, filed and served on November 4, 2005.

An order granting the relief sought is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W., Tenth Fl.
Washington, D.C. 20530
(202) 514-7198
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2005, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

**JACKSON L. MCGRADY**, **Pro Se**
**820 Bright Street**
**Fredericksburg, Virginia 22401**

_____
LISA S. GOLDFLUSS
Assistant United States Attorney