IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 05-1651 (GK) |
| | ) |
| GORDON R. ENGLAND | ) |
| Secretary of the Navy, et al. | ) |

## ORDER

UPON CONSIDERATION of Defendants' Consent Motion for Leave to Withdraw Administrative Record Filed November 4, 2005 and to Re-file That Record Following the Parties' Discussions Regarding the Appropriate Contents of the Record, and the merits thereof, it is

HEREBY ORDERED that defendants' Notice of Filing of Administrative Record and attachment thereto, along with the Administrative Record filed simultaneously therewith [docket entry 13] is hereby deemed withdrawn and stricken from the record, and it is

FURTHER ORDERED that leave be granted permitting defendants to file a revised Administrative Record and Table of Contents thereto on or before November 21, 2005.


Date_____                                   _____
                                               UNITED STATES DISTRICT JUDGE