## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JACKSON L. McGRADY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 05-1651 (GK) |
| | : | |
| **GORDON R. ENGLAND,** | : | |
| Secretary of the Navy, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## **ORDER**

Upon consideration of the parties' Joint Meet and Confer Statement and Statement of the Case, and the merits thereof, it is this 10th day of November, 2005, hereby

**ORDERED**, that the cross-motions for summary judgment will be briefed in accordance with the following schedule:

| | |
|---|---|
| Cross-motions for Summary Judgment: | December 21, 2005 |
| Opposition memoranda | January 20, 2006 |
| Reply memoranda | February 10, 2006 |

**IT IS FURTHER ORDERED** that Rule 26(a)(1) disclosures shall be dispenses with; and it is further

**ORDERED**, that the Initial Scheduling Conference set for November 15, 2005 is **cancelled**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**