IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACKSON L. MCGRADY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**GORDON R. ENGLAND** )<br>**Secretary of the Navy, et al.** ) | Civil Action No. 05-1651 (GK) |

**CONSENT MOTION FOR ONE DAY ENLARGEMENT OF TIME**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and with the consent on plaintiff, *pro se*, hereby respectfully move for an enlargement of time of one day, up to and including November 22, 2005, in which to file a copy of the Administrative Record in this case. Defendants seek this enlargement due to the large volume of documents being compiled in the record. Plaintiff, *pro se*, has been contacted and consents to this one day extension of time in which to file the administrative record.

An order granting the relief sought is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W., Tenth Fl.
Washington, D.C. 20530
(202) 514-7198
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November, 2005, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

**JACKSON L. MCGRADY**, **Pro Se**
**820 Bright Street**
**Fredericksburg, Virginia 22401**

_____
LISA S. GOLDFLUSS
Assistant United States Attorney