# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1651 (GK) |
| ) | |
| GORDON R. ENGLAND ) | |
| Secretary of the Navy, et al. ) | |

## ORDER

Upon consideration of Defendants consent motion for enlargement of time, it is hereby

**ORDERED** that the motion is **GRANTED**. Defendants shall file the Administrative Record on or before **November 22, 2005**.


Date: _____                                    _____
                                                   UNITED STATES DISTRICT JUDGE