IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1651 (GK) |
| ) | |
| GORDON R. ENGLAND ) | |
| Secretary of the Navy, et al. ) | |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendants hereby respectfully notify the Court and plaintiff *pro se* that they have filed today the administrative record in the above-captioned action. The record exceeds 500 pages and thus, in accordance with the Court's ECF procedures, has been filed with the Clerk in CD Rom format and served in both hard copy and CD Rom format on plaintiff *pro se*. A table of contents to the administrative record has been produced for the convenience of the Court and plaintiff *pro se* and is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W., Tenth Fl.
Washington, D.C. 20530
(202) 514-7198
Counsel for Defendants

## CERTIFICATE OF SERVICE

_____I hereby certify that the foregoing copy of the Defendant's Notice of Filing of Administrative Record with attached Administrative Record has been sent via Federal Express, this 22nd day of November, 2005, addressed to:

**JACKSON L. MCGRADY**, **Pro Se**
**820 Bright Street**
**Fredericksburg, Virginia 22401**

_____
LISA S. GOLDFLUSS
Assistant United States Attorney