# SSB FILE OF CMC

# VOL I

1. 16 Sep 03 - Request for SSB (From McGrady to SECNAV via CMC)

    + Encl (1) BCNR Docket 6093-03 dated 15 Aug 03
    + Encl (2) HQMC MMOA-4 memo dated 23 May 03
    + Other misc enclosures (3-5)

    - Pages 00001 through 00023

2. 16 Jan 04 - Completed HQMC routing sheet (5211) with att (1) memo from MMSB-13 dated 8 Oct 03 from Bd stating OMPF was corrected + fwd to (2) memo from MMER 10 Oct 03 stating rec. change was made as was return to prime zone.

    - Pages 00024 through 00026

3. 18 Dec 03 – SJA to CMC comment and MMPR-1 r/s of 5 Dec 03.

    - Pages 00027 through 00030

4. Memo for SECNAV from CMC, dated 16 Feb 04 recommending denial of SSB request

    + SECNAV initial denial denying request dated 16 Apr 2004.

    - Pages 00030 through 00033

5. McGrady request for reconsideration of SSB denial dated 7 Feb 2005 (with 15 enclosures) – includes 18 Dec 03 SJA to CMD comment (see 3)

    - Pages 00034 through 00180

6. 9 Jul 2005 – Routing sheet + CMC memo to SECNAV recommending disapproval (Not yet signed) (No requirements to answer)

    - Pages 00181 through 00185

# **VOL II DOCKET NO. 06093-03**

1. McGrady application for correction of military record (with 6 enclosures)

   - Pages 00186 through 00197

2. Memo for the Executive Director BCNR dated 23 May 03.

   - Pages 00198 through 00199

3. Memo for the Executive Director BCNR dated 16 Jul 03.

   - Pages 00200 through 00201

4. Commandant of the Marine Corps ltr dated 16 Jul 03.

   - Pages 00202 through 00203

5. McGrady Email to Brian George of 5 Aug 03.

   - Pages 00204 through 00205

6. Memo for the record from Brian George of 5 & 12 Aug 03.

   - Pages 00206 through 00206

7. McGrady application for correction of military record (with 6 enclosures)

   - Pages 00207 through 00229

8. BCNR ltr to SECNAV dated 15 Aug 03 (with 7 attachments)

   - Pages 00230 through 00289

9. BCNR ltr to Commandant USMC dated 27 Aug 03

   - Pages 00290 through 00291

10. NAVMC HQ-335 of 27 Aug 03

  + BCNR ltr to SECNAV of 15 Aug 03

  - Pages 00292 through 00299

11. BCNR Fax to MMER of 27 Aug 03

  - Pages 00300 through 00307

12. HQ USMC memo for the Executive Director BCNR dated 2 Sep 03

  - Pages 00308 through 00308

13. Transmittal of records or information from Commandant USMC to BCNR

  + Encl (1) ltr BJG Docket No. 6093-03 pf 15 Aug 03
  + Encl (2) Copy of Fitness Report

  - Pages 00309 through 00317

## VOL II DOCKET NO. 09585-04

1. MAJ McGrady request to BCNR for special selection board dated 15 Nov 04

  + Request to SECNAV via MMPR dated 16 Sep 03
  + BCNR ltr to MAJ McGrady dated 27 Aug 03
  + MARADMIN 474/02
  + HQ U.S. Marine Corps ltr to MAJ McGrady dated 5 Nov 04

  - Pages 00318 through 00360

2. Referendum

  - Pages 00361 through 00361

3. MAJ McGrady fax to BCNR dated 12/08/04

   - Pages 00362 through 00456

**VOL II DOCKET NO. 09971-05**

1. McGrady application for correction of military record

   - Pages 00457 through 00460

2. Memo for the Executive Director BCNR dated 9 Aug 05

   - Pages 00461 through 00462

3. Commandant Marine Corps ltr to MAJ McGrady dated 28 Jan 05

   - Pages 00463 through 00466

4. MAJ McGrady personal statement in support of request to correct record dated 22 Mar 05

   - Pages 00467 through 00481

5. COL Scovell statement in support of request to correct record dated 17 Feb 05

   - Pages 00482 through 0082

6. COL McCrown statement dated 11 Mar 05

   - Pages 00483 through 00484

7. MAJ McGrady Brief Sheets

   - Pages 00485 through 00489

8. OFFICER promotions selection board information

   - Pages 00490 through 00490

9. MARADMIN 371/02

    - Pages 00491 through 00494

10. MARADMIN 332/03

    - Pages 00495 through 00498

11. MARADMIN 334/04

    - Pages 00499 through 00503

12. Official military personnel file

    - Pages 00504 through 00504

13. MAJ McGrady update of master brief sheet info

    - Pages 00505 through 00517

14. MAJ McGrady ltr to President FY04 LTCOL Selection Board dated 7 Oct 02

    - Pages 00518 through 00524

15. MAJ McGrady personal statement dated 3 Sep 03

    - Pages 00525 through 00548

16. MAJ McGrady personal statement dated 7 Sep 04

    - Pages 00549 through 00567

17. Response to MMPR opinion of 9 Aug 05

    - Pages 00568 through 00571
    - 

**MISC MAJ MCGRADY DOCUMENTS**

    - Pages 00572 through 000656