UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY,            ) | |
| )| |
| Plaintiff            ) | |
| )| |
| v.            ) | Case Number: 05-1651 (GK) |
| )| |
| DEPARTMENT OF THE NAVY,       ) | |
| GORDON R. ENGLAND, Secretary  ) | |
| of the Navy,                  ) | |
| )| |
| Defendants            ) | |

**JOINT MOTION TO AMEND BRIEFING SCHEDULE**

The parties, for good cause shown below, hereby respectfully move to amend the briefing schedule set forth in the Court's Order filed November 10, 2005. That Order, which adopted the schedule suggested in the parties' Joint Meet and Confer Statement, set forth the following deadlines:

Cross-motions for summary judgment due December 21, 1005;

Oppositions due January 20, 2006;

Replies due February 10, 2006.

The parties move the Court to adopt a briefing schedule as follows:

Cross-motions for summary judgment due January 13, 2006;

Oppositions due February 13, 2006;

Replies due March 13, 2006.

As grounds for this motion, the parties state as follows:

The parties have been engaged for the past month in lengthy discussions regarding various issues in the case and the record of proceedings below. The parties believe that they have made significant progress in exchanging views on various matters and narrowing the issues to be briefed in the course of summary judgment motion practice. They have not yet completed their discussions, however, and believe that more progress may be made with respect to mutual understandings regarding the issues in this case and the process of narrowing those issues. In the interests of preserving the resources of the Court and the parties, and to establish as much common ground as possible before commencement of the briefing process, the parties respectfully request that the briefing schedule be amended as set forth above.

An Order granting the relief sought is attached hereto.

Respectfully submitted,

_____
JACKSON L. MCGRADY
820 Bright Street
Fredericksburg, Virginia 22401
Plaintiff *pro se*

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W., Tenth Fl.
Washington, D.C. 20530
(202) 514-7198
Counsel for Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that on this 16th day of December, 2005, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

**JACKSON L. MCGRADY**, Pro Se
**820 Bright Street**
**Fredericksburg, Virginia 22401**

 

_____
LISA S. GOLDFLUSS
Assistant United States Attorney