## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JACKSON L. MCGRADY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1651 (GK)** |
| | ) | |
| **GORDON R. ENGLAND** | ) | |
| **Secretary of the Navy, et al.** | ) | |

## <u>ORDER</u>

UPON CONSIDERATION of the parties' Joint Motion to Amend Briefing Schedule and the merits thereof, it is

HEREBY ORDERED that cross-motions for summary judgment will be briefed in accordance with the following schedule:

| | |
|---|---|
| Cross-Motions for Summary Judgment: | January 13, 2006 |
| Opposition memoranda: | February 13, 2006 |
| Reply memoranda: | March 13,  2006. |

Date_____

_____
UNITED STATES DISTRICT JUDGE