

Headquarters, U.S.  MCO P1400.31B
Marine Corps  PCN 10201150100

# MARINE CORPS PROMOTION MANUAL, VOLUME 1 OFFICER PROMOTIONS (SHORT TITLE: MARCORPROMMAN, VOL 1, OFFPROM)

**DISTRIBUTION STATEMENT A:** Approved for public release; distribution is unlimited

PLAINTIFF EXHIBIT (7) 024



**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
2 NAVY ANNEX
WASHINGTON, DC 20380-1775

MCO P1400.31B
MMPR-1
22 Feb 2000

MARINE CORPS ORDER P1400.31B

From: Commandant of the Marine Corps
To:   Distribution List

Subj: MARINE CORPS PROMOTION MANUAL, VOLUME 1, OFFICER PROMOTIONS (SHORT TITLE: MARCORPROMMAN, VOL 1, OFFPROM)

Encl: (1) LOCATOR SHEET

1. Purpose.  To promulgate the basic instructions relating to the administration of officer promotions in the United States Marine Corps.

2. Cancellation.  MCO P1400.31A.

3. Background

    a. Officers are selected for promotion for their potential to carry out the duties and responsibilities of the next higher grade based upon past performance as indicated in their official military personnel file. Promotions should not be considered a reward for past performance, but as incentive to excel in the next higher grade.

    b. This Manual is designed to provide detailed information on all aspects of the officer promotion system.  The information contained herein is applicable to active-duty list and Reserve active-status list officers.  In the event this Manual contradicts higher authority guidance, the latter supersedes this Manual.

4. Summary of Revision.  This is a complete revision of the previous Manual, and should be reviewed in its entirety.  Symbols to denote deleted, revised, or added chapters/paragraphs are not reflected. This volume contains the most recent amendments to the Defense Officer Personnel Management Act (DOPMA), the Reserve Officer Personnel Management Act (ROPMA), the Warrant Officer Personnel Management Act (WOPMA), and title 10, U.S. Code.

5. Recommendations.
Recommendations for changes to the Manual are invited and should be submitted via the appropriate chain of command to:

**DISTRIBUTION STATEMENT A:  Approved for public release; distribution is unlimited**

025

MCO P1400.31B
22 Feb 2000

COMMANDANT OF THE MARINE CORPS (MMPR-1)
HEADQUARTERS, UNITED STATES MARINES CORPS
HARRY LEE HALL
17 LEJEUNE ROAD, QUANTICO, VA 22134-5104

6. <u>Reserve Applicability.</u>  This Manual is applicable to the Marine Corps Reserve.

7. <u>Certification.</u>  Reviewed and approved this date.

*[signature]*

T. P. MURRAY

By direction

DISTRIBUTION:  PCN 10201150100

    Copy to:  7000110   (55)
                    7000128   (30)
                    7000027, 119   (5)
                    7000060, 093, 116, 122, 130, 138/8145004   (2)
                    7000006, 024, 025, 144/8145001   (1)

2

026

# CHAPTER 5

## SPECIAL SELECTION BOARDS

|  | PARAGRAPH | PAGE |
|---|---|---|
| AUTHORITY .................................. | 5000 | 5-3 |
| ELIGIBILITY ............................. | 5001 | 5-3 |
| REQUESTING A SPECIAL SELECTION BOARD ... | 5002 | 5-3 |
| PRE-BOARD REQUIREMENTS ................. | 5003 | 5-4 |
| SAMPLING OF RECORDS .................... | 5004 | 5-5 |
| BOARD ACTIONS .......................... | 5005 | 5-5 |
| POST-BOARD ACTIONS ..................... | 5006 | 5-6 |

FIGURE

5-1    SAMPLE SPECIAL SELECTION
            BOARD REQUEST ................         5-7

027

CHAPTER 5

SPECIAL SELECTION BOARDS

5000. AUTHORITY. Special Selection Boards (SSB) are authorized under sections 628 and 14502 of title 10, U.S. Code, and SecNavInst 1401.1_. The SSB's purpose is to provide relief to officers who believe they did not receive fair and equitable consideration before a regularly scheduled selection board.

5001. ELIGIBILITY. Officers requesting consideration by an SSB must petition the Secretary of the Navy. SecNavInst 1401.1_ provides specific eligibility criteria as follows:

1. An officer must be on the active-duty list, Reserve active-status list, retired, or a former officer to be eligible for consideration. Officers on the inactive-status list are not eligible for consideration by a SSB.

2. The officer must have been considered, or should have been considered, by a regularly scheduled selection board, and not selected.

3. The officer must demonstrate that the actions of that board:

    a. Were contrary to law; or

    b. Involved material error of fact; or

    c. Involved material administrative error.

5002. REQUESTING A SPECIAL SELECTION BOARD

1. Requests for an SSB must be initiated by the eligible officer and forwarded directly to:

> COMMANDANT OF THE MARINE CORPS (MMPR-1)
> HEADQUARTERS, UNITED STATES MARINE CORPS
> HARRY LEE HALL
> 17 LEJEUNE ROAD, QUANTICO, VA 22134-5104

2. It is essential that all SSB requests include the following information:

    a. The reason the officer is requesting an SSB as outlined in para 5001.3.

    b.  The specific board the officer is seeking relief from (i.e. FYXX USMC(R) (Grade) Promotion Selection Board).

    c.  A detailed account of the actions the officer took to promptly identify and correct the problem prior to the convening, and actions subsequent to their failure of selection.  It is critical that the request explain, in detail, how the officer demonstrated reasonable diligence in identifying and correcting the error that caused the failure of selection prior to the board's convening.  "Reasonable diligence" is defined as fair, proper, and due degree of care and activity, measured with reference to the particular circumstances; such diligence, care and attention as might be expected from a man/woman of ordinary prudence and activity.

    d.  The request should include all supporting documentation.

    e.  The interactive nature of SSBs necessitate continuous dialogue.  Therefore, it is essential Personnel Management Division (MMPR) is advised of the officer's current work telephone and address.

3.  An example SSB format is provided in figure 5-1.

5003.  **PRE-BOARD REQUIREMENTS**.  SSBs follow the same guidelines as established for regularly scheduled selection boards.  Chapters 1 through 4 of this Manual are applicable with the following exceptions:

1.  <u>Number Authorized to Select</u>.  The prescribed number to select is not subject to the promotion percentage limitations ordinarily imposed upon regular selection boards.  Specific guidance for each board is contained in the SSB's precept.

2.  <u>Selection Standard</u>.  Per sections 628 and 14502 of title 10, <u>U.S. Code</u>, an eligible officer's record will be compared against the sampling of records, and the following selection criteria will be applied:

    a.  Is fully qualified when compared to the selected officers whose sample records were considered;

    b.  Is better qualified for promotion than all of the officers who failed to be selected for promotion before the regularly scheduled promotion selection board; and

    c.  Is comparable to those officers who were selected for promotion by the same board.

3. <u>90-Day Exclusion Rule</u>. This regulation is not applicable to SSBs

4. <u>Membership</u>. Sections 612 and 14102 of title 10, <u>U.S. Code</u> and SecNavInst 1401.3_ require that SSB membership follow the same guidelines as regularly scheduled boards, with the exception that all members serving on an SSB should, by Secretary of the Navy's policy, have previous officer selection board experience.

5. <u>Providing Records to the Boards</u>

    a. Records will be modified or redacted to exclude all material received after the date the regularly scheduled board would have convened.

    b. As identified in para 4003, sample records will appear as they should have appeared the day the initial board convened.

    c. Update material may be submitted by the eligible officer per para 3001, 3002, and 3004. Any update material provided to the SSB may not contain information about or refer to events that took place after the convening of the regularly scheduled board.


5004. <u>SAMPLING OF RECORDS</u>. Pursuant to SecNavInst 1401.1_, all previously convened selection boards have identified a sampling of records of the eligible population which have been retained for each grade and competitive category. The eligible officer's record will be compared against these records. The sample cases are maintained on file by Personnel Management Division (MMPR) for 7 years, for use by SSBs convened by the Secretary of the Navy.


5005. <u>BOARD ACTIONS</u>

1. <u>Case Preparation and Briefing</u>. Case preparation and briefing will be conducted as outlined in para 3006.

2. <u>Ranking</u>. Once briefed, all sample selects and non selects cases will be ranked from strongest to weakest as selects (1-5) and non selects (6-10).

3. <u>Comparison and Voting</u>. The eligible officer's record will be compared against the least competitive of the selects and the most competitive of the non selects. In order for the officer to be selected to the next grade, the officer's record must be better than the most competitive non select and comparable to the least competitive select.

5006. **POST-BOARD ACTIONS**.  The post board procedure for an SSB parallel those outlined in chapter four of this Manual, with the following exceptions:

1. <u>Promotions</u>.  An officer selected by a SSB shall, upon approval by appropriate authority (see figure 4-1) and with Senate confirmation, if applicable, have the same date of rank, the same effective date for pay and allowances of that officer's grade, and the same position on the active-duty list or Reserve active-status list as the officer would have had if the officer had been recommended for promotion by the regularly scheduled selection board.

2. Per chapter six of this Manual, active duty officers who are considered for promotion by an SSB and selected by the board for the grade of major or above, and Reserve colonel or above, may not be promoted or frocked until confirmed by the Senate.

3. <u>Failure of Selection</u>.  An officer who was not considered for promotion by a regularly scheduled selection board and is not recommended for promotion by the SSB shall be considered to have failed of selection for promotion to the next higher grade.  However, an officer who fails of selection by a regularly scheduled selection board because the board did not properly consider the officer, and is not recommended for promotion by a special selection board, will not incur an additional failure of selection.

031

```
                                                           1401
                                                           30 Jan XXXX
```

From:  Captain John Q. Marine 123 45 6789/0302 USMC
To:    Commandant of the Marine Corps (MMPR)

Subj:  REQUEST FOR SPECIAL SELECTION BOARD

Ref:   (a) SecNavInst 1401.1_

Encl:  (1) Copy of my request to BCNR dtd XX0304
       (2) Subject fitness report AN XX0101
       (3) BCNR's response to my request dtd XX0606
       (4) Request letter to MMSB dtd XX0909
       (5) Copy of my fiche and Master Brief Sheet Dated XX1010
       (6) Request letter to MMSB dtd XX0202
       (7) Copy of my fiche and Master Brief Sheet Dated XX0230
       (8) Chronology of Events

1. I am requesting a special selection board because of material error of fact on the FYXX USMC Major Promotion Selection Board.

2. I petitioned to BCNR on XX0304 to remove one fitness report from a Reporting Senior that committed suicide after giving all his OSO's less than outstanding fitness reports, see enclosures (1) and (2). BCNR granted relief to my petition on XX0606 directing the fitness report by removed, see enclosure (3). I requested and reviewed my OMPF and MBS on XX0909, and the subject fitness report had been removed, see enclosure (4) and (5). The FYXX Promotion Selection Board convened on XX1111, and did not select me to the grade of Major. I contacted the Career Counselor at MMOA-4/CMT, who pointed out that the fitness report BCNR directed to be removed was still present in my record. I again requested my OMPF and MBS on XX0202, and the subject fitness report was present, see enclosures (6) and (7). I have again requested the subject fitness report be removed, see enclosure (7). Despite my efforts, the report was still in my record following the selection board. I believe this report impaired my competitiveness before the board and was erroneously placed before the board.

3. I took every reasonable step to ensure the accuracy and completeness of my record prior to the convening of the board, yet, my record was in error before the board.

4. I can be reached at (910) 451-1234 or DSN 751-1234, and my address is 402 IceBrook Lane, Somewhere, OK, 22344.

                              John Q. Marine


          Figure 5-1.--Sample Special Selection Board Request.

032