

# Department of Defense
# DIRECTIVE

NUMBER 1320.11
May 6, 1996

USD(P&R)

SUBJECT: Special Selection Boards

References: (a) DoD Directive 1320.11, subject as above, October 22, 1985 (hereby canceled)
(b) Title 10, United States Code

## 1. REISSUANCE AND PURPOSE

This Directive:

1.1. Reissues reference (a).

1.2. Continues to implement Section 628 of reference (b) to update policy on the use of Special Selection Boards for commissioned officers on the Active Duty List and chief warrant officers and commissioned warrant officers on the warrant officer Active Duty List.

1.3. Implements Reserve component policies and responsibilities regarding the use of Special Selection Boards for commissioned officers of the Reserve Active Status List under Section 14502 of reference (b).

## 2. APPLICABILITY AND SCOPE

This Directive applies to:

2.1. The Office of the Secretary of Defense, the Military Departments, and the Chairman of the Joint Chiefs of Staff.

1

PLAINTIFF EXHIBIT (13)
076    1 of 5

DODD 1320.11, May 6, 1996

2.2. The commissioned officers on the Active Duty List and warrant officers and commissioned warrant officers on the Warrant Officer Active Duty List. It covers commissioned officers on the Reserve Active Status List.

3. DEFINITIONS

Terms used in this Directive are defined in enclosure 1.

4. POLICY

It is DoD policy that:

4.1. Each Military Department shall use a Special Selection Board for the reasons listed in Section 628(a) or 14502(a) of 10 U.S.C. (reference (b)); that is, the officer who was eligible for promotion and was not considered for selection for promotion.

4.2. Each Military Department is encouraged, although not required, to use a Special Selection Board for the reasons listed in Section 628(b) or 14502(b) of reference (b); that is, if the decision of the original board that considered the officer was contrary to law or involved factual or administrative error, or if the board lacked some material information for consideration.

4.3. A Special Selection Board shall not, under Section 628(b) or 14502(b) of reference (b), consider any officer who might, by maintaining reasonably careful records, have discovered and taken steps to correct that error or omission on which the original board based its decision against promotion.

4.4. Barring extenuating circumstances, such as a heavy caseload, a Special Selection Board shall be convened and the results made known to the officer concerned, within 180 days of the finding of the Secretary of the Military Department concerned, that an error warranted consideration by a Special Selection Board.

4.5. Special Selection Boards convened under Sections 628 or 14502 of reference (b) shall be composed in accordance with Sections 573, 612, or 14102 of reference (b), as appropriate, and regulations prescribed by the Secretary of the Military Department concerned.

4.6. The record of an officer being considered by a Special Selection Board shall be compared with a sampling of records of those officers of the same competitive

077
2 of 5

DODD 1320.11, May 6, 1996

category who were, and those who were not, recommended for promotion by the original board.

4.7. Statistical data about the number of officers considered for promotion by the Special Selection Boards, the number selected and nonselected to each grade, and the basis for consideration under Section 628 or 14502 of reference (b) shall be retained by each Military Department for 3 years.

4.8. Although Sections 628 or 14502 of reference (b) specifically authorize Special Selection Boards for promotion purposes only, reference (b) does not preclude the Secretary of the Military Department concerned from convening a board under an authority other than reference (b) to consider officers for other selection processes, such as Regular appointment or continuation on active duty or in an active status, for reasons similar to those in reference (b). Such boards may not be convened for recommending an officer for early retirement or removal if the decision of the board may conflict with the limitations of Section 638, 638a, 14704, or 14705 of reference (b).

## 5. RESPONSIBILITIES

5.1. The <u>Under Secretary of Defense or Personnel and Readiness</u> shall exercise cognizance and oversight of policies for special selection boards.

5.2. The <u>Secretaries of the Military Departments</u> shall:

5.2.1. Administer the policies in section 4., above.

5.2.2. Recommend policy changes to this Directive to the Under Secretary of Defense for Personnel and Readiness.

078
3 of 5

*DODD 1320.11, May 6, 1996*

## 6. EFFECTIVE DATE

This Directive is effective immediately for officers on the Active Duty List and on the warrant officer Active Duty list, and on October 1, 1996, for officers on the Reserve Active Status List.

John P. White
Deputy Secretary of Defense

Enclosures - 1
　E1. Definitions

079
4 of 5

DODD 1320.11, May 6, 1996

## E1. ENCLOSURE 1

### DEFINITIONS

E1.1.1. <u>Active Duty List</u>. A single list for the Army, the Navy, the Air Force, or the Marine Corps that is required to be maintained under Section 620 of 10 U.S.C. (reference (b)) and that contains the names of all officers of that Military Service other than officers described in Section 641 of reference (b) who are serving on active duty.

E1.1.2. <u>Commissioned Officer</u>. An officer in any of the Military Services in the Department of Defense who holds a grade and an office under a commission signed by the President, and who is appointed as a Regular or a Reserve officer. It does not include a commissioned warrant officer or a retired commissioned officer.

E1.1.3. <u>Reserve Active Status List</u>. A single list for the Army, the Navy, the Air Force, or the Marine Corps, required to be maintained under Section 14002 of reference (b), which contains the names of all officers of that Armed Force, except warrant officers (including commissioned warrant officers), who are in an active status in a Reserve component of the Army, the Navy, the Air Force, or the Marine Corps and are not on an Active Duty List.

E1.1.4. <u>Special Selection Board</u>. A panel of officers convened under Section 628 or 14502 of reference (b) to evaluate and recommend commissioned officers on the Active Duty List or the Reserve Active Status List and warrant officers on the warrant officer Active Duty List for promotion consideration because the officer was not considered due to administrative error, or following a determination that the action of a board that considered and did not select the officer was contrary to law or involved material error of fact or material administrative error, or if the board did not have before it for its consideration material information. Special Selection Boards make select and nonselect recommendations, as distinguished from providing advisory opinions as to whether an officer would have been selected had an officer been properly considered by the original board.

E1.1.5. <u>Warrant Officer</u>. A person who holds a commission or a warrant in a warrant officer grade.

E1.1.6. <u>Warrant Officer Active Duty List</u>. A single list for each Service concerned that is required to be maintained under Section 574 of reference (b) and that contains the names of all warrant officers of that Military Service (other than warrant officers described in Section 582 of reference (b)) who are serving on active duty.

080
5 of 5