UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DEPARTMENT OF THE NAVY, )<br>GORDON R. ENGLAND, Secretary )<br>of the Navy, )<br>)<br>Defendants ) | Case Number: 05CV01651 (GK) |

## ORDER

Upon consideration of the Plaintiff's Cross-Motion for Summary Judgment and Defendants' opposition and Plaintiff's reply thereto; and upon consideration of the Defendants' Cross-Motion for Summary Judgment, the Plaintiff's opposition and the Defendants' reply thereto; and the Court having considered the entire record herein, it is this _____ day of _____, 2006,

ORDERED, that the Defendants' Cross-Motion for Summary Judgment is DENIED, and it is further

ORDERED, that Plaintiff's Cross-Motion for Summary Judgment is GRANTED.

To correct Plaintiff's military records, it is ORDERED:

a.  That the Defendants shall set aside the Defendants' decision not to correct Plaintiff's military personnel files, and ORDER the Defendants to correct Plaintiff's records by:

  (1)  modifying the Colonel Scovel Fitness Report by changing the mark in Section K.3

of the performance evaluation from the 5th block to the 7th block;

    (2)    correcting all other military personnel records to reflect only the corrected information once the above corrections have been completed;

b.    That Defendants shall convene a Special Selection Board to consider Major McGrady for selection with a corrected record as relief from the FY 2004 lieutenant colonel selection board's consideration of the unfair report written by Captain Davidson;

c.    That Defendants shall convene a Special Selection Board to consider Major McGrady for selection with a corrected record as relief from the FY 2005 lieutenant colonel selection board's consideration of the inaccurate report written by Colonel Scovel;

d.    That Defendants shall pay to Plaintiff all costs and reasonable attorney fees incurred in this action.

_____<br>UNITED STATES DISTRICT JUDGE