## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 05-1651 (GK) |
| | ) |
| GORDON R. ENGLAND | ) |
| Secretary of the Navy, et al. | ) |

### DEFENDANTS' CONSENT MOTION
### FOR ENLARGEMENT OF TIME

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(2), with the consent of plaintiff, and based on extenuating circumstances and thus good cause shown, hereby respectfully move for an enlargement of time up to and including January 27, 2006, in which to file their motion for summary judgment.   Defendants' counsel learned on the morning of Thursday, January 12, 2006, of the death of a close family member and left for New York on the morning of Friday, January 13th, the day on which the motion otherwise would have been due. She spent Thursday preparing numerous motions to accommodate the circumstances of her unanticipated leave, and ultimately filed the last one, before she left, at 2:42 am on Friday morning (in Civil Action 00-1463).   For this reason, although she had intended to file this motion earlier, the sheer volume of work required in the 24-hour period prior to her departure precluded the timely filing of this motion.   Defendants' counsel was unable, because of family matters, to file this motion on Friday, January 13th, and is now filing it at the earliest possible time.

Defendants respectfully note that defendants' counsel had conferred with plaintiff *pro se* earlier in the week concerning defendants' need to seek a brief enlargement of time based on defendants' counsel's workload, which has been, over the past two weeks, unusually difficult.

That difficulty has largely been due, *inter alia*, to a complex, aggressively -litigated, six-year-old case in which plaintiff, a company represented by seven attorneys from a large, local law firm, had filed numerous motions and raised other issues during a compressed period of time and had claimed an entitlement to expedited treatment of those matters. Defendants' counsel had also been dealing with several difficult discovery matters in a <u>Bivens</u> suit seeking $25 million with an impending discovery cut-off date, in additional to the remaining outstanding matters in her ample caseload. Plaintiff had consented to that proposed enlargement motion. Defendants' counsel phoned plaintiff yesterday to explain these new extenuating circumstances and the need to seek additional time. Plaintiff graciously consented to the enlargement of time sought in this motion. This is so notwithstanding that plaintiff's career will be affected significantly by the outcome of this litigation, and he has demonstrated reluctance to consent to additional time. Defendants appreciate plaintiff's cooperation in connection with the matters confronting defendants' counsel, especially in view of his strong personal interest in the timely adjudication of the matters before the Court.

For the foregoing reasons, defendants respectfully request that the enlargement sought be granted. An order granting the relief sought is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W.,  Tenth Fl.
Washington, D.C.  20530
(202) 514-7198
Counsel for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2006,  I served plaintiff *pro se* Jackson L. McGrady with the foregoing via electronic mail at jackson.mcgrady@usmc.mil pursuant to agreement between the parties.


_____
Lisa Goldfluss