IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACKSON L. MCGRADY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1651 (GK) |
| | ) |
| **GORDON R. ENGLAND** | ) |
| **Secretary of the Navy, et al.** | ) |

## ORDER

UPON CONSIDERATION of Defendants' Motion for Enlargement of Time and the merits thereof, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall file their motion for summary judgment on or before January 27, 2006.

Date_____                             _____
                                        UNITED STATES DISTRICT JUDGE