IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1651 (GK) |
| ) | |
| GORDON R. ENGLAND ) | |
| Secretary of the Navy, et al. ) | |

### ORDER

UPON CONSIDERATION of Defendants' Motion to Amend Briefing Schedule, and the merits thereof, it is

HEREBY ORDERED that defendants' motion for summary judgment shall be filed no later than February 14, 2006, and that oppositions and replies will be filed in accordance with the following schedule:

Opposition memoranda:          March 14, 2006

Reply memoranda:                April 4, 2006.


Date_____                        _____
                                   UNITED STATES DISTRICT JUDGE