### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| **JACKSON L. MCGRADY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1651 (GK)** |
| | ) | |
| **GORDON R. ENGLAND** | ) | |
| **Secretary of the Navy, et al.** | ) | |

### ORDER

UPON CONSIDERATION of Defendants' Motion to Stay Proceedings and the merits

thereof, it is

HEREBY ORDERED that defendants' motion is granted, and it is

FURTHER ORDERED that within 14 days of the decision of the Secretary of the Navy

on plaintiff's February 7, 2006 request for reconsideration of the denial of a special selection

board, the parties shall file a joint report to the Court indicating their respective positions on the

manner in which the parties should proceed as to this action.

Date_____                                    _____

                                               UNITED STATES DISTRICT JUDGE