IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACKSON L. MCGRADY, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case Number:  05-1651 (GK) |
| | ) | |
| DEPARTMENT OF THE NAVY, | ) | |
| GORDON R. ENGLAND, Secretary | ) | |
| of the Navy, | ) | |
| Defendants | ) | |

## ERRATA

Defendant hereby respectfully rectifies an error made last night in the filing of Defendants' Motion to Stay Proceedings. Exhibit A thereto should have been the Declaration of Captain Martin E. Adams, U.S. Marine Corps Navy JAG Code 13 Administrative Law Branch. Instead, it was the same document as Exhibit B, an e-mail from counsel for the Navy to defendants' counsel of record. Attached hereto is a complete and accurate copy of the filing that should have been submitted, which is identical to the original filing, except that the correct document has been substituted as Exhibit A. Defendant regrets the inconvenience to the Court and to Plaintiff.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
LISA S. GOLDFLUSS, D.C. Bar # 417787
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7198
Counsel for Defendant