**IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

JACKSON L. MCGRADY,

        Plaintiff,

                      Civil Action No. 1:95-CV-01651

v.

GORDON R. ENGLAND
Secretary of the Navy, et al.

---

## DECLARATION OF CAPTAIN MARTIN E. ADAMS, U.S. MARINE CORPS NAVY JAG CODE 13 ADMINISTRATIVE LAW BRANCH

DECLARANT, states as follows, to wit:

1. My name is MARTIN E. ADAMS and I serve as a judge advocate on active duty in the United States Marine Corps at the rank of Captain. I am currently assigned as an attorney for the Department of the Navy for the Office of the Judge Advocate General (OJAG), Administrative Law Branch (Code 13); my work physical address is Presidential Tower Suite 7000, 2511 S. Jefferson Davis Hwy, Arlington, VA 22202.

2. As part of my official duties at OJAG Code 13, I review petitions from service members requesting Special Selection Boards (SSB) submitted to the Secretary of the Navy. I also review requests for reconsideration of previously denied SSB petitions and make recommendations to the Secretary of the Navy based upon the records submitted. After review and comment by the Code 13 Division Director, our recommendations are forwarded to the Judge Advocate General for review. He then forwards his recommendation to the Secretary of the Navy.

3. On August 11, 2005, Code 13 received a request for the Secretary of the Navy to reconsider a previously denied SSB petition from Major Jackson L. McGrady, U.S. Marine Corps. Major McGrady's request, dated February 7, 2005, prior to it being forwarded to my office, had previously been held for review and comment by Headquarters, U.S. Marine Corps. Six offices at Headquarters, U.S. Marine Corps reviewed Major McGrady's request and provided a recommendations upon which the Commandant of the Marine Corps (CMC) eventually based his recommendation to the Secretary. The CMC, in turn, provided his

recommendation to the Secretary of the Navy via OJAG Code 13, dated July 25, 2005.

4. Administrative legal review and analysis of Major McGrady's request for reconsideration was completed on February 7, 2006. The recommendation has been provided to the Judge Advocate General of the Navy for comment and forwarding to the Secretary of the Navy.

5. Barring any unusual circumstances, and based upon my experience in forwarding SSB recommendations in other cases, final action by the Secretary on Major McGrady's request should be expected by February 24, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

FEB 07 2006
_____
Date

_____
MARTIN E. ADAMS