## Goldfluss, Lisa

| | |
|---|---|
| From: | thomas.merritt@navy.mil |
| Sent: | Tuesday, February 07, 2006 2:18 PM |
| To: | Goldfluss, Lisa |
| Cc: | james.ouellette@navy.mil |
| Subject: | RE: Declaration -- follow-up. |


tmp.htm


MCGRADY
DECLARATION.pdf

Lisa,

The signed declaration is attached. One change to it based upon the Secretary's schedule: final action complete by 24 Feb 06 instead of the 21st (Friday instead of Monday).

V/r,

Tom

        <<MCGRADY DECLARATION.pdf>>

```
> -----Original Message-----
> From:    Merritt, Thomas B Jr Capt USMC Code 14
> Sent:    Tuesday, February 07, 2006 11:01
> To: 'Lisa.Goldfluss@usdoj.gov'
> Subject: Declaration -- follow-up.
>
> Lisa,
>
> I received your voicemail.  A scanned version of the signed declaration will be sent to me shortly.  I'll forward it along as soon as I receive it.
>
> V/r,
>
> Tom
```