IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JACKSON L. MCGRADY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1651 (GK) |
| GORDON R. ENGLAND<br>Secretary of the Navy, et al. | ) ) ) | |

**ORDER**

UPON CONSIDERATION of Defendants' Motion to Stay Proceedings and the merits thereof, it is

HEREBY ORDERED that defendants' motion is granted, and it is

FURTHER ORDERED that within 14 days of the decision of the Secretary of the Navy on plaintiff's February 7, 2006 request for reconsideration of the denial of a special selection board, the parties shall file a joint report to the Court indicating their respective positions on the manner in which the parties should proceed as to this action.

Date_____                                   _____
                                               UNITED STATES DISTRICT JUDGE