**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JACKSON L. MCGRADY,** | ) |
| **Plaintiff** | ) |
| | ) |
| **v.** | )    **Case Number:  05-1651 (GK)** |
| | ) |
| **DEPARTMENT OF THE NAVY,** | ) |
| **GORDON R. ENGLAND, Secretary** | ) |
| **of the Navy,** | ) |
| **Defendants** | ) |

## CERTIFICATION OF SERVICE

Defendants hereby respectfully certify that a true and correct copy of the Errata and

Defendants' Motion to Stay Proceedings, attached thereto, filed yesterday, February 9, 2006, was

served upon plaintiff via e-mail to the e-mail address designated by plaintiff.   A certificate of

service was inadvertently omitted from the Errata.


Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7198
Counsel for Defendant