IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACKSON L. MCGRADY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1651 (GK) |
| ) | |
| **GORDON R. ENGLAND** ) | |
| Secretary of the Navy, et al. ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF FILING OF DECISION BY SECRETARY OF THE NAVY**

Defendant Secretary of the Navy hereby respectfully files the attached decision of the Secretary of the Navy issued yesterday, February 23, 2006, pertaining to the subject, "Reconsideration of a Special Selection Board Request in the Case of Major Jackson L. McGrady, 216 74 4199/4402, USMC." Counsel for defendants intend to confer with plaintiff *pro se*, Major McGrady, regarding the decision and its implications and, barring contrary instruction from the Court, will undertake to file within 14 days a Joint Report reflecting the parties' respective views regarding the effect of the decision on this action and the appropriate manner of proceeding in connection therewith.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W., Tenth Fl.
Washington, D.C. 20530
(202) 514-7198
Counsel for Defendants

## CERTIFICATE OF SERVICE

_____I hereby certify that, on February 24, 2006, a copy of the foregoing Defendants' Notice of Filing of Decision by Secretary of the Navy was served upon plaintiff *pro se* via first class mail at the following address:

**JACKSON L. MCGRADY**, **Pro Se**
**820 Bright Street**
**Fredericksburg, Virginia 22134**

_____
LISA S. GOLDFLUSS
Assistant United States Attorney