

THE SECRETARY OF THE NAVY
WASHINGTON, D.C. 20350-1000

FEB 2 3 2006

MEMORANDUM FOR COMMANDANT OF THE MARINE CORPS

Subj: RECONSIDERATION OF A SPECIAL SELECTION BOARD REQUEST IN THE CASE OF MAJOR JACKSON L. MCGRADY, 216 74 4199/4402, USMC

Ref: (a) Major J. L. McGrady ltr 1400 JLM of 16 Sep 03
 (b) Commandant of the Marine Corps memo 1401/2 MMPR of 16 Feb 04 w/SECNAV decision of 16 Apr 04
 (c) Major J. L. McGrady ltr 1400 JLM of 7 Feb 05
 (d) Commandant of the Marine Corps memo 1401/2 MMPR of 25 Jul 05

   In reference (a), Major Jackson McGrady requested a Special Selection Board, claiming that his record, as it appeared before the Fiscal Year 2004 Lieutenant Colonel Promotion Selection Board, contained material error. In reference (b), you recommended disapproval of that request and on April 16, 2004 the Honorable Gordon England, Secretary of the Navy, disapproved the request. In reference (c), Major McGrady requests reconsideration of that disapproval and again requests a Special Selection Board. In reference (d), you again recommended disapproval of that request. For the reasons listed below, I concur with Secretary England's initial decision as well as your recommendation and disapprove Major McGrady's reference (c) request for a Special Selection Board.

   Major McGrady was commissioned as a U.S. Marine Corps Second Lieutenant on May 20, 1987 and has served continuously on active duty since that date. The subject of his requests is a fitness report covering the period August 1 through November 26, 1990 while Major McGrady was a first lieutenant in a prior Military Occupational Specialty (MOS). This fitness report initially ranked him 3 of 3. After Major McGrady was not selected by the Fiscal Year 2004 Lieutenant Colonel Promotion Selection Board, which convened in October 2002, he asked the Board for Correction of Naval Records (BCNR) to modify that fitness report, changing the ranking to 1 of 3. BCNR granted that request and removed his Fiscal Year 2004 Failure of Selection. Major McGrady was considered, as an in-zone officer, by the Fiscal Year 2005 Lieutenant Colonel Promotion Selection Board, and again was not selected. The Fiscal Year 2006 Lieutenant Colonel Selection Board also considered Major McGrady as an above-zone officer and again he was not selected.

   After reviewing the references, I have determined there is no material error. First, there is no evidence that, at the time the report was written, the reporting senior failed to consider all issues pertaining to the three first lieutenants he was evaluating. To the contrary, the fitness report was accurate, timely, and based on the reporting senior's opinion at the time. Subsequent regret over the consequences of a ranking decision does not alone constitute material error and

Subj: RECONSIDERATION OF A SPECIAL SELECTION BOARD REQUEST IN THE CASE OF MAJOR JACKSON L. MCGRADY, 216 74 4199/4402, USMC

reconsideration after the fact, motivated by an individual failing of selection, does not form the basis for granting a Special Selection Board.

Furthermore, the fitness report covered less than four months of, at the time of the board, more than 15 years of active duty. With this same report unchanged, Major McGrady was promoted to captain and major.

Finally, even if I found material error, Major McGrady did not demonstrate the diligence required. Secretary of the Navy regulations issued pursuant to title 10, U.S. Code section 628(j) state that a special selection board will not be convened to consider any officer who, through the exercise of reasonable diligence, might have discovered and corrected the error or omission in the record prior to convening of the selection board in question. Major McGrady had almost 12 years prior to the convening of the Fiscal Year 2004 board; during those twelve years, he was aware of his 3 of 3 ranking, but took no action to change, or even inquire into the circumstances surrounding, the ranking.

For the reasons listed above, Major McGrady's reference (c) request for a Special Selection Board is disapproved.

Donald C. Winter

2