IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACKSON L. MCGRADY,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 05-1651 (GK) |
| | ) |
| **GORDON R. ENGLAND** | ) |
| **Secretary of the Navy, et al.** | ) |
| | ) |
|       **Defendants.** | ) |

**DEFENDANTS' MOTION TO CONTINUE STATUS CONFERENCE**

Defendants, by undersigned counsel, hereby respectfully move to continue the status conference currently scheduled for April 18, 2006. Defendants seek this relief because, as currently scheduled, the status conference conflicts with a long-scheduled Rule 30(b)(6) deposition of the United States in a six-year- old case involving multiple federal agencies. That deposition was scheduled after significant efforts to coordinate the schedules of various government and private sector lawyers, some of whom will be flying in from out of town, and the difficult schedule of the witness. The government's potential effort to move this long-scheduled deposition would likely be contested through motion by the opposing party. Because defendants' undersigned counsel has been counsel of record in that case for six years, it would be extremely difficult for another attorney in the U. S. Attorney's office to undertake to defend the government's Rule 30(b)(6) deponent in that deposition, and the government would likely suffer significant prejudice thereby.

Because of the magnitude of that other case, there are approximately 19 separate categories of Rule 30(b)(6) deposition testimony that the government is scheduled to provide

within the next three-week period. Consequently, the undersigned's schedule is extremely compressed over this period. Additionally, undersigned counsel is in the process of purchasing a house and selling another, and must attend, during this period, to several matters in connection with those transactions. Consequently, the first available day on which government counsel could attend a status conference in this case is May 5, 2006.

Defendants note that this case itself is complex, and it would be difficult for another attorney from the U.S. Attorney's office to step in for the undersigned in a status conference in this case. For that additional reason, defendants respectfully move to continue the status conference to May 5, 2006 or some day thereafter.

Defendants did not make this motion earlier because defendants' counsel was attempting to handle the subsequent scheduling of a status conference in another case that was also scheduled for April 18, 2006. Defendants' counsel can now report to the Court that the other status conference has been moved.

Defendants' counsel has conferred with plaintiff *pro se* regarding this motion and plaintiff *pro se* does not consent to the motion.

An order granting the relief sought is attached hereto.

        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 171538
Assistant United States Attorney

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W., Tenth Fl.
Washington, D.C. 20530
(202) 514-7198
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

**JACKSON L. MCGRADY**, **Pro Se**
**820 Bright Street**
**Fredericksburg, Virginia 22401**

_____
LISA S. GOLDFLUSS
Assistant United States Attorney