IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JACKSON L. MCGRADY, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1651 (GK) |
| | ) | |
| GORDON R. ENGLAND | ) | |
| Secretary of the Navy, et al. | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Upon consideration of Defendants' Motion to Continue Status Conference and the merits thereof, is hereby **ORDERED** that the status conference in this case has been continued to _____.

Date: _____                              _____
                                             UNITED STATES DISTRICT JUDGE