UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case Number: 05CV01651 (GK) |
| ) | |
| DEPARTMENT OF THE NAVY, ) | |
| DONALD C. WINTER, Secretary ) | |
| of the Navy, ) | |
| ) | |
| Defendants ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
TO CONTINUE STATUS CONFERENCE**

On April 13, 2006, Defendants filed a motion to continue the status conference that was scheduled by the Court for April 18, 2006. The Court scheduled this conference in conjunction with the granting of Defendants' Motion to Amend the Briefing Schedule and Defendants' Motion to Stay Proceeding. Plaintiff opposes the continuance of the presently scheduled status conference.

Plaintiff has a significant interest in the timely adjudication of the case as it impacts on whether he will remain on active duty with the United States Marine Corps,[1] and, if so, his ability to compete for desirable assignments for the summer 2007 rotation. Plaintiff's prevailing in this case only means that he will be considered for promotion by a Special Selection Board (SSB) as this Court does not have the authority to order Plaintiff's promotion. Convening an SSB will take several months. The Secretary then has six months from the convening of the SSB to issued a final decision on the board's

---

[1] Plaintiff's retirement from active duty is scheduled for June 1, 2007.

RECEIVED
APR 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

report. 10 U.S.C. § 628(g)(3)(B). This means that a final decision on the board's report would not likely be issued until the beginning of 2007. This is the point at which decisions begin to be made concerning summer rotations. This is also the point at which Plaintiff will need to prepare in earnest for transition to a civilian career, if he will not continue in the Marine Corps.

Plaintiff has a sincere desire to see the case move forward. Plaintiff notes that the scheduling conference will result in establishment of a new briefing schedule that will likely extend over a 45-day period. Plaintiff would like to avoid a delay of 17 or more days to establish that schedule. Plaintiff, respectfully, requests that the Court deny Defendants' motion. A proposed order is attached.

Plaintiff also raises the possibility of conducting a telephonic status conference in the hopes of making it easier for Defendants to participant. Opposing counsel indicates that, in her view, this would still not enable meaningful participation because of the pendancy of previously scheduled depositions. Opposing counsel has indicated that she will be willing to participate in a status conference prior to May 5, 2006, if others matters are resolved that result in an opening on her calendar. Opposing counsel has even suggested conducting the conference on Saturday, April 29, 2006. Plaintiff would not ask this of either the Court or opposing counsel. However, if Defendants' motion is granted, Plaintiff will adjust his schedule accordingly no matter the day or time agreeable to the Court and opposing counsel.

Respectfully Submitted,

Date: <u>April 13, 2006</u>

J. L. McGrady
Plaintiff, *pro se*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACKSON L. MCGRADY, | ) | |
| Plaintiff | ) | |
| v. | ) | Case Number: 05CV01651 (GK) |
| DEPARTMENT OF THE NAVY, DONALD C. WINTER, Secretary of the Navy, | ) | |
| Defendants | ) | |

## ORDER

UPON CONSIDERATION of Defendants' Motion to Continue Status Conference, and Plaintiff's opposition thereto, it is HEREBY ORDERED that Defendants' motion is denied.

Date: _____

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2006, I, J. L. McGrady, sent by first class U.S. mail, postage pre-paid, a copy of the **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO CONTINUE STATUS CONFERENCE** to the following addresses:

Clerk of Court
United States District Court
for the District of Columbia
333 Constitution Ave., NW
Washington DC 20001


Donald C. Winter, Secretary of the Navy
Office of the General Counsel
Navy Litigation Office
720 Kennon Street SE Bldg 36, Rm 233
Washington Navy Yard DC 20374-5013

Department of the Navy
Office of the General Counsel
Navy Litigation Office
720 Kennon Street SE Bldg 36, Rm 233
Washington Navy Yard DC 20374-5013


Mr. K. L. Wainstein
U.S. Attorney for the D. C.
555 4th St. NW
Washington, DC 20530

Honorable Alberto Gonzalez
U.S. Department of Justice
950 Pennsylvania Avenue
Washington DC 20530-0001


J. L. MCGRADY
Plaintiff
820 Bright Street
Fredericksburg, Virginia 22401
540.371.3792