UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACKSON L. MCGRADY, :
:
      Plaintiff, :
:
  v. : Civil Action No. 05-1651 (GK)
:
GORDON R. ENGLAND :
Secretary of the Navy, et al., :
:
:
      Defendants. :

### O R D E R

On April 25, 2006, a Status Conference was held in the above-captioned case. It is hereby

**ORDERED** that Plaintiff shall file an Amended Complaint by **May 10, 2006**; it is further

**ORDERED** that the Government shall supplement the Administrative Complaint by **May 20, 2006**; it is further

**ORDERED** that Plaintiff's pending Motion for Summary Judgment, [**#20**], is **withdrawn**; and it is further

**ORDERED** that the Government's dispositive motion is due by **June 20, 2006**; Plaintiff's opposition and cross-motion are due by **July 20, 2006**; the Government's response is due by **August 20, 2006**; and Plaintiff's reply is due by **September 10, 2006.**

April 26, 2006                    /s/_____
                                  Gladys Kessler
                                  United States District Judge

<u>**Copies to**</u>: **attorneys of record via ECF and**

**JACKSON L. MCGRADY**
**820 Bright Street**
**Fredericksburg, VA 22401**