IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1651 (GK) |
| ) | |
| GORDON R. ENGLAND ) | |
| Secretary of the Navy, et al. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Pursuant to the Court's Order filed April 26, 2006, defendant respectfully notifies the Court and plaintiff that he has filed today with the Clerk of the Court the administrative record relating to plaintiff's Amended Complaint, in the format of a CD-Rom, and has submitted paper copies of that record to Chambers and to plaintiff.

Respectfully submitted,

/s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. Bar # # 434122
Assistant United States Attorney

/s/ Lisa S. Goldfluss
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W., Tenth Fl.
Washington, D.C. 20530
(202) 514-7198
Counsel for Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2006, I served plaintiff *pro se* Jackson L. McGrady with the foregoing via electronic mail at jackson.mcgrady@usmc.mil pursuant to agreement between the parties.

Lisa Goldfluss
Assistant United States Attorney

2