UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
|    v. ) | Civ. Action 05-1651 (GK) |
| ) | |
| DEPARTMENT OF THE NAVY, ) | |
| DONALD C. WINTER, Secretary ) | |
| of the Navy, ) | |
| ) | |
|    Defendants ) | |

## JOINT MOTION TO AMEND BRIEFING SCHEDULE

During the April 25, 2006 status conference in this case, and after hearing from the parties, the Court, with the parties' participation, formulated the following schedule regarding future proceedings: Plaintiff *pro se* would file an Amended Complaint on May 10, 2006; defendants would file a supplement to the administrative record on May 20, 2006; defendants would file a motion for summary judgment on June 20, 2006; plaintiff would file an opposition and cross-motion for summary judgment on July 20, 2006; defendants would file their opposition/reply memorandum on August 20, 2006; and plaintiff would file his reply memorandum on September 10, 2006. See April 26, 2006 Order [33]. Subsequently, plaintiff brought to the attention of defendants' counsel that plaintiff had anticipated that defendants would be filing an Answer to the Amended Complaint, and believed that the filing of an Answer would materially assist the parties in narrowing the issues and allow for more focused dispositive briefs. Defendants had believed, on the other hand, that the Court intended the above-referenced litigation schedule set forth in the April 26th Order to be comprehensive, and had not contemplated the filing of an Answer.

Defendants do not object to filing an Answer to the Amended Complaint if plaintiff believes that doing so would advance the objectives of clarity and focus in this litigation. Based on the unanticipated nature of that additional undertaking, however, and the size of the Amended Complaint (141 paragraphs), defendant would require additional time to file its motion for summary judgment. The parties have consulted and now recommend the following amendment to the litigation schedule set forth above to provide time for the preparation of an Answer to the Amended Complaint:

Defendants would file an Answer on or before June 20, 2006;

Defendants would file their motion for summary judgment by July 18, 2006;

Plaintiff would file his opposition and cross-motion for summary judgment by August 18, 2006;

Defendants would file their opposition/reply memorandum by September 18, 2006; and

Plaintiff would file his reply memorandum by October 10, 2006.

For the foregoing reasons, the parties respectfully request that the amendment to the litigation schedule sought herein be granted.

A proposed Order is attached.

Respectfully submitted,

*/s/ Jackson L. McGrady*
JACKSON L. MCGRADY
Plaintiff
820 Bright Street
Fredericksburg, Virginia 22401
540.371.3792

*/s/ Kenneth L. Wainstein*
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

*/s/ Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

*/s/*
LISA S. GOLDFLUSS, D.C. Bar # 417787
Assistant United States Attorney
555 4th Street, N.W., Tenth Fl.
Washington, D.C. 20530
(202) 514-7198
Counsel for Defendants