UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, | ) |
|       Plaintiff | ) ) ) |
|       v. | ) ) Civ. Action 05-1651 (GK) |
| DEPARTMENT OF THE NAVY, DONALD C. WINTER, Secretary of the Navy, | ) ) ) ) |
|       Defendants | ) ) |

**ORDER**

UPON CONSIDERATION of the Parties' Joint Motion to Amend Briefing Schedule and the merits thereof, it is hereby

ORDERED that Defendants shall file an Answer to Plaintiff's Amended Complaint by June 20, 2006. It is further

ORDERED that the Government's dispositive motion be due July 18, 2006; Plaintiff's opposition and cross-motion be due August 18, 2006; the Government's opposition/reply memorandum be due September 18, 2006; and Plaintiff's reply memorandum be due October 10, 2006.

_____                           _____
Date                                                                                UNITED STATES DISTRICT JUDGE