IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACKSON L. MCGRADY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1651 (GK) |
| ) | |
| **DONALD WINTER,** ) | |
| Secretary of the Navy, et al. ) | |

**CONSENT MOTION FOR ONE-DAY ENLARGEMENT OF TIME**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and with the consent of plaintiff *pro se*, hereby respectfully move for an enlargement of time of one day, up to and including June 21, 2006, in which to file an answer to plaintiff's Amended Complaint. Defendants' counsel has contacted plaintiff *pro se* regarding this motion and plaintiff *pro se* consents to this motion.   Defendants so move because defendants are, as of this hour, continuing to investigate certain matters raised by plaintiff *pro se*'s 141-paragraph Amended Complaint, and are attempting to respond to the Amended Complaint as thoroughly as possible.  Although defendants attempted to complete its investigation of these matters earlier, the sheer volume of allegations, in combination with other unanticipated matters, made it extremely difficult to complete defendants' Answer by midnight tonight.

For these reasons, defendants respectfully request that the enlargement sought be granted.

An order granting the relief sought is attached hereto.

        Respectfully submitted,

        _____
        KENNETH L. WAINSTEIN, D.C. Bar # 451058
        United States Attorney

        _____
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        _____
        LISA S. GOLDFLUSS, D.C. Bar # 417787
        Assistant United States Attorney
        555 4th Street, N.W., Tenth Fl.
        Washington, D.C. 20530
        (202) 514-7198
        Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

**JACKSON L. MCGRADY**, **Pro Se**
**820 Bright Street**
**Fredericksburg, Virginia 22401**

_____
LISA S. GOLDFLUSS
Assistant United States Attorney