IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACKSON L. MCGRADY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 05-1651 (GK) |
| **DONALD WINTER**<br>Secretary of the Navy, et al. | ) |

## ORDER

UPON CONSIDERATION of Defendants' Consent Motion for One-Day Enlargement of Time and the merits thereof, it is hereby **ORDERED** that the motion is **GRANTED**.

Defendants shall file their Answer to the Amended Complaint by June 21, 2006.

Date: _____                               _____
                                              UNITED STATES DISTRICT JUDGE