IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JACKSON L. MCGRADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1651 (GK) |
| | ) | |
| DEPARTMENT OF THE NAVY, et. al. | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF FILING OF A DOCUMENT PREVIOUSLY AND INADVERTENTLY
EXCLUDED FROM THE SUPPLEMENTAL ADMINISTRATIVE RECORD
FILED MAY 22, 2006**

Defendants, by undersigned counsel, hereby respectfully notify the Court and plaintiff *pro se* that they have filed herewith a document previously and inadvertently excluded from the supplemental Administrative Record filed May 22, 2006. As the attached Declaration of Captain Martin E. Adams explains, the inadvertently-excluded document, a memorandum for the Secretary of the Navy ("Secretary") from the Commandant of the Marine Corps dated July 25, 2005, was before the Secretary when he rendered his decision of February 23, 2006, denying plaintiff's request for reconsideration of the Secretary's April 16, 2004 decision to deny plaintiff's request for a special selection board ("February 23, 2006 decision"), and is referenced in the February 23, 2006 decision. The document is thus a part of the Administrative Record in this case.

Defendants' counsel previously notified plaintiff that the subject document had been before the Secretary and was a part of the Administrative Record in this case, and notified plaintiff that defendants would be filing this Notice of Filing, along with the subject document

and a declaration stating that the document had, in fact, been before the Secretary when he

rendered his February 23, 2006 decision.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W.,  Tenth Fl.
Washington, D.C.  20530
(202) 514-7198
Counsel for Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing copy of NOTICE OF FILING OF A DOCUMENT

PREVIOUSLY AND INADVERTENTLY EXCLUDED FROM THE ADMINISTRATIVE

RECORD FILED MAY 22, 2006 has been sent via first class mail, postage pre-paid, this 17th

day of July, 2006 addressed to:


**JACKSON L. MCGRADY,**
**820 Bright Street**
**Fredericksburg, Virginia 22401**


LISA S. GOLDFLUSS
Assistant United States Attorney

3