IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACKSON L. McGRADY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1651 (GK) |
| ) | |
| **DEPARTMENT OF THE NAVY,** *et al.* ) | |
| ) | |
| **Defendants** ) | |

**DEFENDANTS' CONSENT MOTION TO AMEND BRIEFING SCHEDULE**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and with the consent of plaintiff, hereby respectfully move to amend the briefing schedule in this case so as to permit defendants Secretary of the Navy ("Secretary") and the Department of the Navy to file their motion for summary judgment on or before July 24, 2006 (representing an enlargement of 4 business days); to permit plaintiff to file his opposition and cross-motion for summary judgment on or before August 24, 2006; to permit defendants to file their reply in support of their motion for summary judgment on or before September 25, 2006; and to permit plaintiff to reply in support of his cross-motion for summary judgment on or before October 25, 2006. Defendants' motion for summary judgment is currently due on July 17, 2006. Defendants so move because the Department of the Navy has not completed its analysis of the many issues raised by plaintiff's Amended Complaint, and has required additional time because the Navy attorneys assigned to the case have been required to divert their attention to other matters with equally pressing deadlines while attempting to finalize their analysis of the matters raised in the Amended Complaint. Plaintiff has indicated that he is amenable to enlarging all deadlines in a manner commensurate with the four-day enlargement requested. For these reasons, defendants

respectfully request that the enlargement of all deadlines previously set be granted in accordance with the proposed order attached hereto. Counsel for defendants has conferred with plaintiff *pro se* regarding this motion and plaintiff *pro se* consents to the motion.

    Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W., Tenth Fl.
Washington, D.C. 20530
(202) 514-7198
Counsel for Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that on this 17th day of July, 2006, I served plaintiff *pro se* Jackson L. McGrady with the foregoing via electronic mail at jackson.mcgrady@usmc.mil pursuant to agreement between the parties.

_____
LISA S. GOLDFLUSS
Assistant United States Attorney