# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1651 (GK) |
| ) | |
| GORDON R. ENGLAND ) | |
| Secretary of the Navy, et al. ) | |

## ORDER

UPON CONSIDERATION of Defendants' Consent Motion to Amend Briefing Schedule, and the merits thereof, it is

HEREBY ORDERED that defendants' motion for summary judgment shall be filed no later than July 24, 2006; that plaintiff's opposition and cross-motion for summary judgment shall be filed no later than August 24, 2006; that defendants' reply in support of their motion for summary judgment shall be filed no later than September 25, 2006; and that plaintiff's reply in support of his cross-motion for summary judgment shall be filed no later than October 25, 2006.

Date_____                             _____
                                        UNITED STATES DISTRICT JUDGE