IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACKSON L. McGRADY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1651 (GK) |
| ) | |
| **DEPARTMENT OF THE NAVY,** *et al.* ) | |
| ) | |
| **Defendants** ) | |

**DEFENDANTS' MOTION FOR A ONE-DAY ENLARGEMENT OF TIME**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for a one-day enlargement of time, up to and including July 25, 2006, in which to file their motion for summary judgment. Defendants do not lightly make this motion for a one-day enlargement. The motion is substantially complete. The undersigned Assistant United States Attorney was required to stop working on the motion late this afternoon to attend an unanticipated doctor's appointment (that she learned about earlier in the day) and could not complete the motion. She phoned plaintiff *pro se* as soon as she learned of this matter to request consent to the motion. She recently heard back from plaintiff *pro se* and he has indicated that he does not consent to the motion.

Defendants regret the inconvenience to the Court and to plaintiff imposed by this motion, but respectfully submit that the relief sought is warranted. For the foregoing reasons, defendants respectfully request that the enlargement sought be granted.

A proposed order is attached hereto.

                                      Respectfully submitted,

                                      _____
                                      KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                      United States Attorney

                                      _____
                                      RUDOLPH CONTRERAS, D.C. Bar # 434122
                                      Assistant United States Attorney

                                      _____
                                      LISA S. GOLDFLUSS, D.C. Bar #417787
                                      Assistant United States Attorney
                                      555 4th Street, N.W.,  Tenth Fl.
                                      Washington, D.C.  20530
                                      (202) 514-7198
                                      Counsel for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of July, 2006, I served plaintiff *pro se* Jackson L. McGrady with the foregoing via electronic mail at jackson.mcgrady@usmc.mil pursuant to agreement between the parties.

 

_____
LISA S. GOLDFLUSS
Assistant United States Attorney