IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACKSON L. McGRADY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DEPARTMENT OF THE NAVY,** *et al.* )<br>)<br>**Defendants** ) | Civil Action No. 05-1651 (GK) |

## ORDER

UPON CONSIDERATION of Defendants' Motion f or A One-Day Enlargement of Time and the merits thereof, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall file their motion for summary judgment on or before July 25, 2006.


Date_____                                  _____
                                                         UNITED STATES DISTRICT JUDGE