# Attachment A



Headquarters, U.S.  MCO P1400.31B
Marine Corps  PCN 10201150100

# MARINE CORPS PROMOTION
# MANUAL, VOLUME 1
# OFFICER PROMOTIONS
# (SHORT TITLE: MARCORPROMMAN,
# VOL 1, OFFPROM)

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited



**DEPARTMENT OF THE NAVY**
**HEADQUARTERS UNITED STATES MARINE CORPS**
**2 NAVY ANNEX**
**WASHINGTON, DC 20380-1775**

MCO P1400.31B
MMPR-1
22 Feb 2000

MARINE CORPS ORDER P1400.31B

From:  Commandant of the Marine Corps
To:    Distribution List

Subj:  MARINE CORPS PROMOTION MANUAL, VOLUME 1, OFFICER
       PROMOTIONS (SHORT TITLE: MARCORPROMMAN, VOL 1, OFFPROM)

Encl:  (1) LOCATOR SHEET

1.  Purpose.  To promulgate the basic instructions relating to the
administration of officer promotions in the United States Marine
Corps.

2.  Cancellation.  MCO P1400.31A.

3.  Background

    a. Officers are selected for promotion for their potential to
carry out the duties and responsibilities of the next higher grade
based upon past performance as indicated in their official military
personnel file. Promotions should not be considered a reward for past
performance, but as incentive to excel in the next higher grade.

    b. This Manual is designed to provide detailed information on all
aspects of the officer promotion system.  The information contained
herein is applicable to active-duty list and Reserve active-status
list officers.  In the event this Manual contradicts higher authority
guidance, the latter supersedes this Manual.

4.  Summary of Revision.  This is a complete revision of the previous
Manual, and should be reviewed in its entirety.  Symbols to denote
deleted, revised, or added chapters/paragraphs are not reflected.
This volume contains the most recent amendments to the Defense
Officer Personnel Management Act (DOPMA), the Reserve Officer
Personnel Management Act (ROPMA), the Warrant Officer Personnel
Management Act (WOPMA), and title 10, U.S. Code.

5.  Recommendations.
Recommendations for changes to the Manual are invited and should be
submitted via the appropriate chain of command to:

**DISTRIBUTION STATEMENT A:  Approved for public release;
distribution is unlimited**

MCO P1400.31B
22 Feb 2000

COMMANDANT OF THE MARINE CORPS (MMPR-1)
HEADQUARTERS, UNITED STATES MARINES CORPS
HARRY LEE HALL
17 LEJEUNE ROAD, QUANTICO, VA 22134-5104

6.  <u>Reserve Applicability.</u>  This Manual is applicable to the Marine Corps Reserve.

7.  <u>Certification.</u>  Reviewed and approved this date.




T. P. MURRAY

By direction

DISTRIBUTION:  PCN 10201150100

            Copy to:  7000110  (55)
                      7000128  (30)
                      7000027, 119  (5)
                      7000060, 093, 116, 122, 130, 138/8145004  (2)
                      7000006, 024, 025, 144/8145001  (1)

2

CHAPTER 4

POST-BOARD ACTIONS

4000.  BOARD REPORT.  Upon completion of deliberations, a selection board report will be prepared by Personnel Management Division (MMPR) in accordance with DoDInst 1320.14_.  The board report contains a list of all selectees and the following administrative documents as specified in the precept: statistical analysis; precept; a list of the officers eligible for consideration for promotion; notice of convening; promotion plan; sampling of records; and an update material log.  The board report must be signed and certified by each board member and recorder.

4001.  UNAUTHORIZED RELEASE OF BOARD PROCEEDINGS.  Sections 616(e) and 14104 of title 10, U.S. Code, DoDInst 1320.14_, and SecNavInst 1412.9_ prohibit the disclosure of the proceedings of selection boards to any person not a member of a board.  In addition, SecNavInst 1420.1_ further states that no member of a selection board may counsel officers who failed of selection by that board.  Board presidents are charged to brief the members and recorders of the board, both upon convening and immediately prior to adjournment, that proceedings, deliberations, materials, and any other information pertaining to the board are not releasable except as authorized by the Secretary of the Navy, the Secretary of Defense, or the President.  Officers who fail of selection before a board may be counseled by the Officer Career Counseling Section, Officer Assignment Branch (MMOA-4) or the Reserve Career Management Team, Reserve Affairs (RAM-6), as appropriate.

4002.  FAILURE OF SELECTION

1.  Definition.  An officer in a grade below colonel who is in or above the promotion zone established for the grade and competitive category under sections 574, 623, and 14302 of title 10, U.S. Code and is considered but not selected for promotion by a selection board convened under section 573, 611(a), and 14101(a) of title 10, U.S. Code shall be considered to have failed of selection for promotion.

2.  Effects.  Such officers will continue to be considered by subsequent selection boards until they retire, separate, or are selected for promotion.  First lieutenants who twice fail of selection to captain will not be considered by subsequent boards.  Officers who have twice failed of selection for promotion may be subject to mandatory separation, retirement, or removal from the

# Attachment B



**DEPARTMENT OF THE NAVY**
**HEADQUARTERS UNITED STATES MARINE CORPS**
**2 NAVY ANNEX**
**WASHINGTON, DC 20380-1775**

MCO P1610.7E
MMSB-30
3 Dec 98

<u>MARINE CORPS ORDER P1610.7E W/ERRATUM AND CH 1-9</u>

From:  Commandant of the Marine Corps
To:    Distribution List

Subj:  PERFORMANCE EVALUATION SYSTEM (SHORT TITLE:  PES)

Ref:   (a) U.S. Navy Reg. 1990, art. 1129
       (b) MARCORMAN, par 2500.3

Encl:  (1) LOCATOR SHEET

Report Required:  USMC Fitness Report (Report Symbol EXEMPT), par. 1001

1.  <u>Purpose</u>.  To publish the policies, procedures, and standards for the operation and maintenance of the Marine Corps Performance Evaluation System, and the submission of fitness reports on sergeants through major generals as required by references (a) and (b).

2.  <u>Cancellation</u>.  MCO P1610.7D.

3.  <u>Background</u>

    a. The fitness report provides the primary means for evaluating a Marine's performance to support the Commandant's efforts to select the best qualified personnel for promotion, augmentation, resident schooling, command, and duty assignments.  The completion of fitness reports is a critical responsibility.  Inherent in this duty is the commitment of our commanders and all reporting officials to ensure the integrity of the system by giving close attention to accurate marking and timely reporting.  Every commander and reporting official must ensure the scrupulous maintenance of this evaluation system.  Inaccurate marking only serves to dilute the actual value of each report.

    b.  The Performance Evaluation System (PES) has changed completely, creating a new paradigm requiring an entirely new approach to performance reporting.  All commanders, reporting officials, and Marines reported on (MROs) must completely familiarize themselves and comply with the significant policy changes contained herein.

DISTRIBUTION STATEMENT A:  Approved for public release; distribution is unlimited.

MCO P1610.7E
3 Dec 98

4. <u>Effective Date.</u>  1 January 1999.

5. <u>Summary of Revisions</u>.  This Manual not only represents a new Performance Evaluation System but also significant policy and administrative changes that require a complete review.

　　a. <u>Fitness Report Form</u>

　　　　(1)  Section A, ADMINISTRATIVE INFORMATION:  Contains basic administrative information.  If available, the automated system downloads much of the data from the Marine Corps Total Force System (MCTFS) and populates the appropriate block in the section.

　　　　(2)  Section B, BILLET DESCRIPTION:  Focuses on the essential elements of the MRO's billet in specific and concise terms.  The Reporting Senior (RS) and the MRO must meet at the beginning of the reporting relationship to establish and formalize a billet description for the MRO.

　　　　(3)  Section C, BILLET ACCOMPLISHMENTS:  Highlights the MRO's significant results and achievements during the reporting period.

　　　　(4)  Sections D through G comprise 4 categories consisting of 13 attributes with definitions and descriptors called Performance Anchored Rating Scales (PARS) that completely define the attribute and levels of performance.  The PARS contain:

　　　　　　(a) Visible marking gradients that recognize the inherent high quality of our Marines and focus the RS's attention while assigning marks.

　　　　　　(b) Built in fire walls to protect against inflation.  High and adverse marks must include verifiable, substantive, and quantifiable (where possible) justifications.  This Headquarters reviews and returns reports with unjustified marks.

　　　　(5)  Section H measures the extent to which an officer, as a reporting official, conducted or required others to conduct accurate and timely evaluations.

　　　　(6)  Restricted space and requirement for narrative comments cause the reporting senior (RS) to focus attention on actual performance.

　　　　　　(a) Comments must be in a bulletized text format.

　　　　　　(b) Use of UPPERCASE, <u>underlining</u>, "quotation marks," **boldface,** *italics*, and nonstandard punctuation (#!&%?...) in exclamation are not authorized.

　　　　(7)  Section K, REVIEWING OFFICER COMMENTS, formalizes the Reviewing Officer's (RO's) role.  The RO must:

2

(a)  Take corrective action to prevent inaccurate reporting and late submission of reports.

(b)  If sufficient observation exists, make a comparative assessment evaluation of all Marines of the MRO's grade whose professional abilities are known to the RO and make comments concerning the MRO's potential.

(8)  Intra-unit comparative markings are eliminated.

(9)  Maximum use of automation capabilities enhance PES procedures, processes, and accountability.

b.  <u>Reporting Senior Profile</u>

(1)  The RS profile, a snapshot of the RS's grading history, reflects all reports written by the RS for each grade and includes all reporting occasions except academic, end of service, and not observed reports.

(2)  Data base maintains a profile for each RS reflecting his or her rating history.

(3)  The RS's reporting history for a particular grade determines the relative value of a specific report.

(4)  The RS profile also reflects the number of reports submitted late by the RS.  The profile highlights reports received after 60 days from the end of the reporting period.

(5)  Reporting senior profiles will not be reset.

c.  <u>Procedures and Policies</u>

(1)  MRO Worksheet initiated to establish a clear understanding between the RS and MRO of the RS's expectations.  The MRO may use the worksheet to identify (at the end of the reporting period), major accomplishments, PME/self education endeavors and other information for consideration by the RS.

(2)  Master Brief Sheets include a summary for each report reflecting the relative value of the report based on the RS's reporting history for that grade.

(3)  Upon entering the primary promotion zone, an officer's RS profile is included in his or her Official Military Personnel File (OMPF) provided to the promotion board.

(4)  Unit Diary date gap notification advisories implemented for Active and Reserve reporting units.

(5)  Increased emphasis on the role of the senior enlisted advisors to accomplish the objectives of the PES.

MCO P1610.7E

(6)  Civilians in the grade of GS-9/equivalent or above, may be reporting officials if senior to the MRO.

(7)  Submission of fully observed reports required for academic and training duty lasting 90 or more days, detailing all aspects of a Marine's performance, potential, and professional character, as appropriate.

(8)  Requirement to report body fat percentage when the MRO's reported weight exceeds the maximum allowable standard.  A body fat percentage exceeding the standard has adverse implications.

(9)  Any assignment to either the Weight Control or Military Appearance Programs must be reported and is considered adverse.

(10)  Any failure of a scheduled PFT during the reporting period must be reported and is considered adverse.

(11)  Instructions on reporting procedures established for reservists performing Active Duty Special Work (ADSW) orders.

(12)  New occasion code "Change of Status (CS)" created for members of the Selected Marine Corps Reserve who transfer to the Individual Ready Reserve (IRR) or when IRR members complete an ADSW assignment lasting 31 days or longer.

(13)  New occasion code "From Temporary Duty (FD)" created to recognize the termination of temporary duty or ADSW orders lasting 31 days or longer.

(14)  Option to omit End of Service (EN) fitness report for Marines retiring or transferring to the Fleet Marine Corps Reserve (FMCR), unless adverse.

(15)  Requirement to forward reports prepared within an operational battalion or squadron via the unit's command element.

(16)  Revised annual fitness report submission schedule supports promotion board schedules.

(17)  A gap of 31 days or longer constitutes a date gap in performance records.

(18)  Requirement to report all disciplinary action via a DC report.

(19)  Reporting requirements for drug offenses and alcohol related issues redefined.

(20)  Reporting requirements for Marines in a UA or deserter status redefined.

(21)  Facsimile (FAX) instructions and policy defined.

4

(22)  Policy compliance measures established for early identification of, and initiation of corrective action for, reporting officials displaying undesirable reporting trends.

6.  Recommendations.  Submit recommendations concerning the Performance Evaluation System to the Commandant of the Marine Corps (MMSB-30) via the chain of command.

7.  Action.  Commanders must ensure that they, all reporting officials, and Marines (sergeant and above) under them are well versed in the spirit and intent of this Manual.

8.  Certification.  Reviewed and **approved this date.**

C.C. KRULAK

DISTRIBUTION:  PCN 10202100000

    Copy to:  7000130 (75)
              7000110 (75)
              7000093/8145001 (2)
              7000099, 144/8145005 (1)

5

PERFORMANCE EVALUATION SYSTEM

CHAPTER 1

CONCEPTS AND OVERVIEW

1001.  **SCOPE**

1.  The Marine Corps Performance Evaluation System (PES) provides for the periodic reporting, recording, and analysis of the performance and professional character of Marines in the grades of sergeant through major general.  Its fundamental concepts are accuracy, accountability, simplicity, and consistency of policy and evaluation methods.  Achieving these concepts requires standardization of the evaluation chain, supervision throughout the system, and the education of all participants in the system.  Reporting seniors document their observations and assessment of the performance and character of a Marine on the USMC Fitness Report, NAVMC 10835A-E and NAVMC 11297 (Addendum Page), see Appendixes B and C.  The fitness report document, through written communication to the Commandant of the Marine Corps (CMC), provides a history of a Marine's performance and potential.

➤ **NOTE:**  You may access the blank fitness report via the locally installed Windows Front End (WinFE) Application, Version 3.0, which can be downloaded from the Personnel Management Support Branch (MMSB), Headquarters Marine Corps website at https://www.mmsb.usmc.mil.  You may also access a FormFlow version of the form from the Marine Corps Electronic Forms System (MCEFS), http://www.hqmc.usmc.mil/ar/recmgmt.nsf.  The fitness report, addendum page, and the graphic on page five are listed separately on this website.

The fitness report is:

    a.  A vital portion of a Marine's Official Military Personnel File (OMPF) held at Headquarters Marine Corps (HQMC) by the Personnel Management Support Branch (MMSB).

    b.  Not a communication to, nor a counseling document for, the Marine.

2.  The PES comprises the policies, procedures, and responsibilities for the preparation, processing, and maintenance of fitness reports.  Reports must provide accurate and complete profiles of the professional qualities of Marines.

3.  For purposes of brevity, this Manual uses the term reporting officials to simultaneously refer to the reporting senior (RS), the reviewing officer (RO), and the third officer sighter when appropriate.  Abbreviations:

    a.  RS's and RO's mean possessive forms.

    b.  RSs and ROs mean plural form.

    c.  MRO refers to the Marine reported on.

1002.  **PURPOSE**.  Primarily, the PES supports the centralized selection, promotion, and retention of the most qualified Marines of the Active and Reserve Components.  Secondarily, the PES aids in the assignment of personnel and supports other personnel management decisions as required.

# Attachment C

**1003**                    PERFORMANCE EVALUATION SYSTEM

1003.  **OBJECTIVES OF THE SYSTEM**.  For a credible and accurate recording of the history of an individual's performance, the PES must accomplish the following objectives:

1.  **Accurate Fitness Reports**.  The evaluation must:

    a.  Reflect an assessment of performance of assigned duties and responsibilities against an understood set of requirements, individual capacity, and professional character.

    b.  Center on individual performance during a designated period of observation.

    c.  Report fact and the reporting official's objective judgments based on Marine Corps standards; not conjecture.

    d.  Ensure narrative portions of the evaluation are clear in their meaning and free of ambiguities and innuendoes.

2.  **Preventing Inflation**.  Countering inflation begins with the reporting officials, specifically the RS and RO, who must accurately report a Marine's performance.

    a.  The design of this report limits the ability of RSs to unjustifiably or artificially inflate a Marine's performance.

    b.  Reports must be based on a Marine's performance vice sociability. Reporting officials can inadvertently render these controls ineffective by preparing and submitting fitness reports that fail to adhere to both the letter and the spirit of this Manual.

3.  **Timely Receipt**.  Timely receipt of fitness reports (within 30 days of the end of the reporting period) by HQMC ensures complete and accurate updates of Marines' OMPFs.  As a leadership responsibility, reporting officials and commanders must ensure timely submission of fitness reports.

4.  **Ensuring Complete Records**.  The submission of administratively and procedurally correct fitness reports will expedite processing, thereby ensuring a complete, continuous record of each Marine's performance and potential.

5.  **Providing Information for Selection Boards**.  Fair and accurate personnel management decisions require complete fitness report records for all Marines. The culmination of accurate, fair, and timely fitness reports is a documented history of individual performance and potential required by HQMC selection boards.

1004.  **SIGNIFICANCE OF THE FITNESS REPORT**.  The Commandant's guidance for the PES is:  "The completed fitness report is the most important information component in manpower management. It is the primary means of evaluating a Marine's performance. The fitness report is the Commandant's primary tool

1-4
Ch 9

available for the selection of personnel for promotion, retention, augmentation, resident schooling, command, and duty assignments. Therefore, the completion of this report is one of an officer's most critical responsibilities. Inherent in this duty is the commitment of each reporting senior and reviewing officer to ensure the integrity of the system by close attention to accurate marking and timely reporting. Every officer serves a role in the scrupulous maintenance of this evaluation system, ultimately important to both the individual and the Marine Corps. Inflationary markings only serve to dilute the actual value of each report, rendering the fitness report ineffective. Reviewing officials will not concur with inflated reports."

1005.  **KEY CONCEPTS**

→ 1.  **Fairness**.  The fitness report is a communication between reporting officials and the CMC, via the commander with oversight responsibilities (see paragraphs 1007.4 and 2007).  Reporting officials must provide fair and thorough evaluations.

   a.  Reviewing officers and commanders must take active roles in mentoring and communicating with RSs when an RS has not adhered to the spirit and intent of this Manual.

   b.  Influence or pressure by ROs or commanders to modify fitness report marks or comments is unacceptable, except to ensure that reporting officials adhere to Marine Corps policy.

2.  **Focus**.  The fitness report is a documentation of observations and assessments of individual performance, personal qualities, character, and potential to serve at a more senior level.  The fitness report is not:

   a.  A disciplinary tool.

   b.  A lever to exert influence.

   c.  A counseling document for the MRO.

3.  **Measurement**.  Reporting seniors must evaluate against missions, duties, tasks, and standards as communicated by the RS to the MRO.  Measure Marines against known Marine Corps values and soldierly virtues, not against a personal set of precepts and unreasonable expectations.

4.  **Ethics**.  Professional ethics constitute one of the foundations of the PES.  Reporting officials must preserve the high standards of Marine Corps integrity and moral courage.  Personal biases have absolutely no place in the process.

5.  **Avoiding Zero Defects**.  Reporting officials must consider that Marines develop by having the latitude to make mistakes.  Reporting officials must encourage initiative, aggressiveness, creativity, courage, and development of warfighting skills and not dampen them by fear of making mistakes.  Attaining perfection certainly is a legitimate goal, but rarely is it a reality.  The realistic goal is to experience, learn, and grow professionally.

# Attachment D

for promotions to captain through colonel.  AR warrant officers compete within their same MOS for promotion to CWO3 through CWO5.

5.  Specialist Officers.  The paramount prerequisite of this program is that the individual possesses unusual talent that would not be available within the Regular Marine Corps in the event of national mobilization. Specialist Officers are appointed to meet mobilization needs and are not required to perform active duty obligation except in the event of a national emergency.


1011.  ZONES


1.  The promotion zone is defined as a promotion eligibility category consisting of officers from the most senior to the most junior officer eligible for consideration before a selection board in the same grade and competitive category.  SecNavInst 1420.1_ and section 623 of title 10, U.S. Code require that before the convening of selection boards to consider officers for promotion to any grade above first lieutenant, the Secretary of the Navy shall establish a promotion zone for officers serving in each grade and competitive category to be considered by the selection board.

2.  Company and Field Grade Officers.  For the grades of CWO2 through CWO5 and captain through colonel, three primary promotion zones exist: above-zone, in-zone, and below-zone.

    a.  Above-Zone (Above the Promotion Zone).  Above-zone officers have been previously considered in the in-zone population, and not selected for promotion by a regularly scheduled board.  These officers will incur an additional failure(s) of selection if not selected by the selection board.

    b.  In-Zone (Promotion Zone).  In-zone officers have neither failed of selection for promotion nor have been removed from a promotion list.  In-zone officers consist of the primary eligible population for consideration by the selection board, and if not selected, the officer will incur a failure of selection.  It is common to have officers whose lineal precedence falls within the above-zone population, but are in-zone officers.  These officers will be given the same consideration as any other in-zone case. This zone is used to generate the authorized number of officers to select and the selection opportunity.

    c.  Below-Zone (Below the Promotion Zone).  Below-zone officers are junior to the junior officer in the promotion zone.  Below-zone officers are eligible for consideration, but if not selected, they will not incur a failure of selection.  Not all

# Attachment E



**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
3280 RUSSELL ROAD
QUANTICO, VIRGINIA 22134-5103

MCO 1610.11C
MMER
4 MAR 99

MARINE CORPS ORDER 1610.11C

From:   Commandant of the Marine Corps
To:     Distribution List

Subj:   PERFORMANCE EVALUATION APPEALS

Ref:    (a) SECNAVINST 5420.193 (Board for Correction of
            Naval Records
        (b) MCO P1610.7E (Performance Evaluation System)
        (c) 10 U.S.C. 1552 (NOTAL)

Encl:   (1) DD Form 149 (Application for Correction of Military
            Record)

1.  <u>Purpose</u>.  To amplify reference (a) and publish procedures whereby
officers and noncommissioned officers (sergeant and above) may submit
fitness report appeals to the Board for Correction of Naval Records
(BCNR) via the Performance Evaluation Review Board (PERB).

2.  <u>Cancellation</u>.  MCO 1610.11B.

3.  <u>Information</u>.  Fitness reports submitted per reference (b), or
appropriate precedent orders, may contain policy or procedural errors,
comments, and/or marks that are inaccurate or unjust.  The appeal system
delineated in this Order protects the Marine Corps interests and ensures
fairness to the Marine.  At the same time, it avoids impugning the
integrity or judgment of the reporting officials without sufficient
cause.  This Order sets forth policies, standards, and procedures for
the appeals system.

4.  <u>PERB</u>

    a.  The PERB was established as the initial action agency for
fitness report appeals which are submitted to the BCNR.  The PERB is
under the staff cognizance of the Director, Personnel Management
Division (CMC (MM)) with membership provided on an ad hoc basis from a
list of designated field grade officers (lieutenant colonel or colonel)
assigned to Headquarters Marine Corps and the Marine Corps Combat
Development Command.  A minimum of three members must be present to
constitute a quorum for voting on each case.  When a quorum cannot be
constituted from assigned officers due to the applicant's seniority,
officers with the required seniority will be made available to the Board.

**DISTRIBUTION STATEMENT A:  Approved for public release; distribution is
                            unlimited.**

# Attachment F

PERFORMANCE EVALUATION SYSTEM

CHAPTER 2

REPORTING CHAIN AND RESPONSIBILITIES

2001.  **PURPOSE**.  The reporting chain applies to the Active and Reserve Components and accomplishes the following objectives:

1.  Provides the most accurate information available to the CMC on the performance, character, and potential of every Marine who rates a fitness report.

2.  Evaluates performance, character, and potential of each MRO by those reporting officials most directly responsible for the daily activities of the MRO.

3.  Ensures the perspectives of at least two reporting officials on each report.

4.  Ensures standardization of reporting responsibilities throughout the Marine Corps.

5.  Enforces the policies and procedures established by this Manual.

2002.  **GENERAL DESCRIPTION.**  The reporting chain consists only of the reporting senior, the reviewing officer, the third officer sighter when applicable, and the Commandant of the Marine Corps.  The MRO is not part of the reporting chain.  The reporting chain will not always equate to the formal chain of command because of operating requirements and organizational structures.  The succeeding paragraphs discuss in detail the roles and responsibilities of each member of the reporting chain.

2003.  **REPORTING SENIOR**

1.  **Definition**.  The RS is the first commissioned or warrant officer (or civilian GS-9/equivalent or above) in the reporting chain senior to the MRO. In unique situations, senior enlisted Marines may serve as RSs with an approved policy waiver.  As the officer/supervisor closest to the MRO, the RS is directly responsible for the Marine's daily taskings and supervision.  The RS is in the best position to observe the Marine's performance and character. This immediate officer/supervisor relationship applies equally to both operating and supporting establishments.  Commanding officers, officers in charge, and officers specifically authorized by the RO may be the RS for officers of the same grade (see paragraphs 2004.3 and 2010.4).

2.  **Role**.  The RS must establish and clearly convey duties and responsibilities to the MRO (see paragraph 4004) and observe, evaluate, and accurately report on the Marine's performance, professional qualities, and potential.

# Attachment G

8011.  **INFLATED/INACCURATE/PROCEDURALLY INCORRECT/GAMED FITNESS REPORTS**.
Inflated, inaccurate, and gamed fitness reports violate the integrity of the
PES and do a disservice to the MRO and the Marine Corps.  Commanders,
reporting officials, and senior enlisted advisors at all levels must ensure
adherence to the tenets of the PES.  Appendix N addresses HQMC actions
concerning reporting officials identified for undesirable trends concerning
the submission of inflated, inaccurate, procedurally incorrect, or gamed
fitness reports.

8012.  **REPORTING SENIOR PROFILE**.  The Reporting Senior Profile (Appendix G)
outlines the grading history of an RS.  The information represented on the
profile gives relative value to every report written by that RS.  It is a key
tool for use in accomplishing the objectives of the PES.

1.  **Intent of the RS Profile**.  The RS profile:

    a.  Represents information which provides relevance to reports written by
the RS.

    b.  Aids in maintaining the integrity of the PES by providing a means to
gauge how well the RS is performing his or her responsibilities of submitting
accurate, uninflated, and timely evaluations by:

        (1) Freeing the RS from concern about how other RSs are evaluating
Marines of similar grades (see paragraphs 8012.2 and 8012.3).

        (2) Providing feedback to RSs as a tool for scrutinizing their own
rating histories.

        (3) Providing board members with a tool to measure how well the RS is
fulfilling his or her reporting senior responsibilities of complying with and
supporting the objectives of the PES.

    c.  Highlights the RS's adherence to the requirement for timely
submission of reports.

2.  **Reporting Senior Profile Dynamics**

    a.  The RS profile is a dynamic tool which develops over time.

    b.  The profile is a snapshot of the RS's rating history.  The relative
value of each report is based on how the report compares to the RS's rating
history for a given grade.

    c.  The profile reflects all reports written by the RS for each grade
excluding academic, end of service, and not observed reports.

    d.  Because the RS profile is a snapshot of the RS's rating history,
RSs must understand the significance of the need for their rating philosophy
to remain consistent throughout their career.

e.  Reporting seniors must accurately and fairly assess the performance of their subordinates; RSs who fail to do so will unwittingly and unfairly discriminate against either earlier reports or subsequent reports.

(1) Reporting seniors who consistently mark all their Marines the same, do their Marines a disservice because the reports will, for the most part, lack relative value in relation to all other reports written by the RS for Marines of the same grade.

(2) Reporting seniors who attempt to change their rating philosophy may either positively or negatively affect the relative value of reports for MROs they previously rated.

(a) When the RS changes his or her grading philosophy and grades higher, he or she diminishes the value of all preceding reports ever written.

(b) When the RS changes his or her grading philosophy and grades lower, he or she increases the value of all preceding reports and will discriminate against currently rated MRO's and provide more weight to prior reports.

f.  The profile reflects the number of reports submitted late by the RS. While reports are due to the CMC (MMSB-32) within 30 days of the end of the reporting period, the profile will highlight only those reports received after 60 days from the end of the reporting period.

g.  The importance of RSs monitoring their profile cannot be over stressed.  RS profiles will not be reset.

3.  **Relative Value of a Report**

a.  The relative value of a report allows individuals making personnel management decisions to weigh the merit of that report in relation to the RS's rating history or "profile" for all other Marines of the same grade reported on by the RS.

b.  The relative value of a report reflects how the average of observed attributes on an individual report compares to both the RS's average of observed attributes for all reports written by the RS on Marines of the same grade and the highest value of observed attributes on any report written by the RS on a Marine of the same grade as the MRO (see Appendix G for a more detailed explanation).

c.  The report summary of the fitness report listing portion of the MBS displays the relative value of a report (see Appendix K).

4.  **Administration**

a.  The CMC (MMSB) will maintain a data base of all fitness report averages and other statistical data for each grade that the RS has ever written on.  This Headquarters will use the data base to generate the profile and for conducting analysis on reporting trends.

# Attachment H



**DEPARTMENT OF THE NAVY**
OFFICE OF THE SECRETARY
1000 NAVY PENTAGON
WASHINGTON, D.C. 20350-1000

SECNAVINST 1401.1B
Pers-26
Pers-93
25 April 1997

SECNAV INSTRUCTION 1401.1B

From:  Secretary of the Navy
To:    All Ships and Stations

Subj:  SPECIAL PROMOTION SELECTION BOARDS FOR COMMISSIONED AND
       WARRANT OFFICERS IN THE NAVY AND MARINE CORPS

Ref:   (a) SECNAVINST 1421.7B (NOTAL)
       (b) Title 10, United States Code
       (c) SECNAVINST 1420.1A
       (d) DoD Directive 1320.11 of 6 May 96, Special Selection
           Boards (NOTAL)
       (e) SECNAVINST 1401.3
       (f) SECNAVINST 1920.6A

1.  **Purpose**.  To set forth revised requirements to convene
special selection boards to consider officers and warrant
officers eligible for promotion in or above the promotion zone
who were either not considered by a selection board, or who were
considered, but due to defects in the board's proceedings as to
them, did not receive lawful or proper consideration.  This
instruction is a complete revision and should be reviewed in its
entirety.  Symbols to denote deleted, revised or added paragraphs
are not reflected.

2.  **Cancellation**.  SECNAVINST 1401.1A.

3.  **Applicability**

    a.  The provisions of this instruction are applicable to
officers on the active duty lists, the reserve active status
lists, and the warrant officer active duty lists in the Navy and
Marine Corps.  Special promotion selection boards for officers on
the active duty lists are authorized only in cases where the
promotion selection board in question convened on or after 15
September 1981, and for officers on the reserve active status
lists only in cases where the promotion selection board in
question is convened on or after 1 October 1995.

    b.  Special selection boards for officers on the reserve
warrant officer active status lists are covered in reference (a).



SECNAVINST 1401.1B
2 5 APR 1997

4. **Definitions**.  The following definitions apply throughout this instruction.

   a. **Promotion Selection Board**.  A board convened under 10 U.S.C. §611 or §14101 and the annual promotion plans to consider for promotion to the next higher grade officers in the Navy or Marine Corps (except Naval Reserve Warrant officers).

   b. **Special Selection Board**.  A selection board convened under 10 U.S.C. §628 or §14502 to consider for promotion officers who either were not considered by a promotion selection board as a result of error, or who were considered, but due to defects in the board's proceedings as to them did not receive lawful or proper consideration.

5. **Background**

   a.  References (b) and (c) prescribe rules and procedures for convening promotion selection boards to consider eligible officers on the active duty lists, the reserve active status lists and on the warrant officer active duty lists of the Navy and Marine Corps for promotion to the next higher grade.  When, because of administrative error, the record of an officer in or above the promotion zone is not considered by a promotion selection board, the Secretary of the Navy (SECNAV) is required to convene a special selection board under §628 and §14502 of reference (b), as implemented by reference (d), to consider that officer for promotion.

   b.  SECNAV is authorized by §628 and §14502 of reference (b), and encouraged by paragraph D2 of reference (d), to convene a special selection board to consider cases of officers who were in or above the promotion zone before a promotion selection board, but not selected, if SECNAV determines that the action of that board was contrary to law, or involved material error of fact or material administrative error, or that the board lacked some material information for consideration.

   c.  Requests for special selection boards may be initiated by an individual officer.  Requests will be considered and approved per paragraph 17.

6. **Policy**

   a.  Special selection boards will be used only to consider the records of officers, and make recommendations to SECNAV with regard to selection for promotion, in cases where an error or omission precluded an officer's consideration, or proper

2

SECNAVINST 1401.1B
2 5 APR 1997

consideration, by a promotion selection board.  Correction of an error in an officer's record, after the officer incurs a failure of selection by the promotion selection board that was affected by the error, will not necessarily be the basis for convening a special selection board.

b.  A special selection board will not be convened to consider any officer who, through the exercise of reasonable diligence, might have discovered and corrected the error or omission in the official record prior to convening the promotion selection board that considered, but did not select the officer.

7.  <u>Officers Not Considered Due to Administrative Error</u>

a.  SECNAV shall, upon determination that an administrative error prevented consideration of an officer's record before a promotion selection board, convene a special selection board to consider the record of the officer concerned.  The Chief of Naval Operations (CNO) or the Commandant of the Marine Corps (CMC), as appropriate, or their respective designee, shall provide narrative comments and recommendations, as appropriate, for consideration by SECNAV in making determinations under the provision of this paragraph.

b.  Failure to submit the record of an officer to the promotion selection board for that officer's grade and competitive category prior to the date that the board adjourned and forwarded its report to SECNAV shall constitute administrative error if:

(1) The officer was on, or subject to placement on, the active duty list, the reserve active status list or the warrant officer active duty list, of the Navy or Marine Corps on or before the date the board convened, and

(2) The officer should have been considered by the board as an in-zone or above-zone eligible officer.

8.  <u>Officers Considered by a Promotion Selection Board, but not Recommended for Promotion</u>

a.  A special selection board may be convened when SECNAV determines that an officer on the active duty list, the reserve active status list, or the warrant officer active duty list, was not recommended for promotion by a promotion selection board as an in-zone or above-zone eligible because:

3

SECNAVINST 1401.1B
25 APR 1997

(1) The promotion selection board, which considered the officer for promotion, acted contrary to law;

(2) The action of the promotion selection board involved material error of fact or material administrative error; or

(3) The promotion selection board did not have material information before it for its consideration.

b.  A determination that a promotion selection board acted contrary to law, that material error of fact or material administrative error occurred, or that material information was not considered by a promotion selection board, shall be made by SECNAV.  SECNAV will consider the comments and recommendations of the CNO or CMC, as appropriate, or their respective designee. All requests for SECNAV determination shall be reviewed by the Judge Advocate General (JAG).  JAG shall provide advice to SECNAV concerning any question of law, or mixed question of law and fact, that JAG determines has been raised by a request or by the comments and recommendations made on the request.

c.  The following principles apply regarding SECNAV determinations under subparagraph 8a:

(1) Any act of a promotion selection board that violates §575, §616, or §14108 of reference (b) is contrary to law.

(2) Any act of a promotion selection board that deprives the officer concerned of a constitutional or statutory right is contrary to law.

(3) Any error of fact or administrative/procedural error that is more likely than not to have deprived the officer concerned of a fair and impartial consideration by the board is a material error.

(4) Any information that, when properly recorded in, or removed from, an officer's record would have been essential to a substantially accurate, complete, and fair portrayal of the officer's career is material information.

d.  Officers have a duty to review their records periodically to ensure their records are complete and accurate.  Records that provide a substantially accurate, complete, and fair portrayal of the officer's career are especially important when that officer is being considered for selection for promotion.  An officer's request for consideration by a special selection board must

4

SECNAVINST 1401.1B

2 5 APR 1997

detail the steps the officer took to ensure the completeness and accuracy of the official record prior to the convening of the board which considered, but failed to select, the officer.

e. If an officer has failed of selection for promotion to the next higher grade before a promotion selection board more than once, and if more than one of these failures involved the same error as determined under subparagraph 8a, the officer's case normally shall be considered by only one special selection board. This special selection board will be approved for the first promotion selection board that was affected by the same error, unless the officer specifies the particular board for which relief is sought, or other circumstances exist indicating that relief for a subsequent board is more appropriate.

9. <u>Sampling of Records</u>. The CNO and the CMC shall take appropriate action within their respective services to ensure the preparation by promotion selection boards of a sampling of records of officers of each competitive category who were recommended for promotion, and records of officers of each competitive category who were not recommended for promotion by the promotion selection board. They or their respective designees will also prescribe the method by which the sampling of records will be selected for their respective services. The sampling of records shall enable a special selection board to evaluate an officer's record according to the procedures at paragraph 12b. Sample records shall be retained for a period of at least seven calendar years. Written communications to the board by officers whose records are retained will also be retained with the records. Each board president shall deliver the sampling of records to Chief of Naval Personnel (CNP), or Director, Personnel Management Division (MM), Headquarters, Marine Corps, as appropriate. CNP and Director, Personnel Management Division, respectively, are designated as the custodians of all sample records retained under this instruction.

10. <u>Presentation of Records to Special Selection Boards</u>. The record of an officer presented to a special selection board will be modified as necessary to reflect the record of the officer as it would have appeared to the board that should have considered the officer or, if corrected, would have appeared to the board that considered the officer. Special selection boards will compare the modified record to the sample records, retained under §628 and §14502 of reference (b), from the corresponding promotion selection board.

5

SECNAVINST 1401.1B
2 5 APR 1997

11.  **Special Selection Board Membership**.  Special selection board membership shall be in accordance with §573, §612, or §14102 of reference (b) and reference (e).

12.  **Special Selection Board Procedures and Reports**

a.  Special selection boards shall be convened by precept, addressed to the president of the board, and signed by SECNAV. The precept will appoint the president and members of the board and will include instructions governing the proceedings of the board.  Guidance issued to a special selection board will be consistent with that provided to the promotion selection board that failed to consider, or failed to properly consider, the officer whose record is before the board for consideration.  All guidance shall be approved by SECNAV.

b.  The sample of records provides a relative base from which special selection boards determine which eligible officers, in the opinion of a majority of the members of the board, are fully qualified for promotion and when compared to the officers whose sample records were considered:

(1) Are better qualified for promotion than any of the officers who failed of selection for promotion before the promotion selection board; and

(2) Are comparable to those officers who were selected for promotion before the promotion selection board.

c.  Special selection boards shall submit a written board report to SECNAV signed by each member and the recorder of the board, certifying that the board has carefully considered the record of each officer whose name was furnished to it.  The report will contain a list of those officers considered and recommended for promotion and those officers considered and not recommended for promotion.  The report shall be forwarded for approval by an appropriate official via first, CNP (Navy boards); second, CNO or CMC, as appropriate; third, JAG for legal review; and fourth, SECNAV.  Additionally, the board shall notify SECNAV, by separate memorandum, of the name of each officer whose record, in the opinion of a majority of the members of the board, should be required to show cause for retention on active duty or in an active status under §1181 and §14902 of reference (b) and reference (f) because of substandard performance of duty, misconduct, moral or professional dereliction, or because the officer's retention is not clearly consistent with the interests of national security.

6

SECNAVINST 1401.1B
2 5 APR 1997

d.  Except as authorized or required by SECNAV, Secretary of Defense (SECDEF), or the President, the proceedings and report of a special selection board, including specific information regarding the sample records used and how each officer's record was rated, shall not be disclosed to any person not a member or recorder of the board.

13.  Effect of Nonselection

a.  If a special selection board convened under paragraph 7 does not recommend for promotion an officer whose name was furnished to it for consideration as in-zone or above-zone, the officer shall be considered to have failed of selection for promotion.

b.  If a special selection board convened under paragraph 8 does not recommend for promotion an officer whose name was furnished to it for consideration, the officer shall not incur any additional failure of selection.

14.  Promotion of Officer Selected by Special Selection Boards. If the report of a special selection board convened under this instruction, as approved by the President, Secretary of Defense, or SECNAV, as appropriate, recommends for promotion to the next higher grade an officer whose name was furnished to it for consideration, such officer shall, as soon as practicable, be appointed to the next higher grade, unless the officer's appointment is delayed under reference (b).  An officer promoted as a result of the recommendation of a special selection board shall, upon promotion, have the same date of rank, the same effective date for the pay and allowances of that officer's grade, and the same position on the active duty list, the reserve active status list, or the warrant officer active duty list, as that officer would have had if that officer had been recommended for promotion by the promotion selection board for which the special selection board was held that should have considered, or that considered but failed to select, that officer.

15.  Scheduling of Special Selection Boards and Notification of Officers to be Considered

a.  As per paragraph D4 of reference (d), a special selection board, barring extenuating circumstances, such as a heavy caseload, shall be convened and the results made known to affected officers within 180 days after SECNAV determines that a special selection board is warranted.  The results of special selection boards shall be made known to affected officers in a timely manner.

7

SECNAVINST 1401.1B
25 APR 1997

b. Officers to be considered for promotion by a special selection board shall be notified at least 30 days before the board convenes that they will be considered. Such officers shall be provided an opportunity to send written communications to the board in the same manner as that provided for promotion selection boards.

c. If, within 30 days of convening a special selection board, an additional eligible officer is identified, consideration of that officer may be deferred to a subsequent special selection board. Alternatively, the officer may waive the 30-day notice requirement, so long as the eligible officer has an adequate opportunity to communicate with the board. The officer must either exercise the right to communicate in writing with the president of the board or send a written statement (which may be by message) to CNP (Pers-26 or 93), or to Headquarters, Marine Corps (Code MMPR-1), as appropriate, acknowledging the waiver.

d. Communications with special selection boards shall contain only materials referring to events prior to the convening date of the promotion selection board which failed to consider, or to properly consider, the officer. All third party correspondence concerning the officer must be forwarded to the president of the board by that officer. Communications must be received not later than the convening date of the special selection board.

16. <u>Retention of Statistical Data</u>. CNO or CMC, as appropriate, shall calculate and retain the following statistics for each special selection board for seven years:

a. Statistical data regarding the number of officers considered for promotion to each grade;

b. The number of officers selected for promotion to each grade and the number of officers considered, but not selected, for promotion to each grade;

c. The number of officers considered by the special selection board who were not considered by the appropriate promotion selection board due to administrative error; and

d. The number of officers considered by the special selection board on the basis of legal or other material error regarding previous consideration by the appropriate promotion selection board.

SECNAVINST 1401.1B

2 5 APR 1997

17.  <u>Action</u>

     a.  The CNO or CMC, as appropriate, or their respective
designees, shall, unless approved under paragraph 18d,
request a Secretarial determination under paragraphs 7 or 8
in any case in which it is alleged or discovered that the
circumstances discussed in those paragraphs might warrant
referral of the officer's case to a special selection board.
In the case of an officer who was previously considered by a
promotion selection board, but not selected, CNO or CMC
shall forward comments and recommendations for consideration
by SECNAV via JAG.  JAG shall thoroughly review each case
and provide advice to SECNAV concerning any question of law,
or mixed question of law and fact, which JAG determines has
been raised by the request or by the comments and
recommendations provided.

     b.  The Board for Correction of Naval Records (BCNR)
may, in appropriate cases, conclude that an individual's
case warrants referral to a special selection board.  In
order to ensure consistency and uniformity in the referral
of cases to special selection boards, the BCNR shall refer
all such cases to CNO or CMC, as appropriate.  CNO or CMC
shall forward comments and recommendations concerning the
particular case to the Director, BCNR.  If the BCNR
concludes from the comments and recommendations that the
case warrants a special selection board, the BCNR shall
refer the case, including CNO or CMC comments and
recommendations, to SECNAV.

     c.  An officer who believes that he or she has been
improperly excluded from consideration before a promotion
selection board, or who believes that lawful or material
error, as described in this instruction, occurred before a
promotion selection board in his or her case, will bring
supporting information to the attention of the CNO or CMC,
as appropriate.

          CNO or CMC, as appropriate, may approve special
          selection board requests in cases where they can
          clearly determine an officer was denied
          consideration by a regular promotion selection
          board because of an administrative error.  Should
          reasonable doubt exist, or a recommendation of
          disapproval be warranted, the cause will be
          forwarded to SECNAV for a final determination.

9

SECNAVINST 1401.1B
2 5 APR 1997
18.   <u>Report</u>.   The report required in paragraph 12(c) is
exempt from reports control by SECNAVINST 5214.2B.

Richard Danzig
Acting

Distribution:
SNDL Parts 1 and 2
MARCORPS PCN 71000000000 and 71000000100
BUPERS (Pers-26 and Pers-93, 50 copies each)

SECNAV/OPNAV Directives Control Office
Washington Navy Yard Building
901 M Street SE
Washington DC  20374-5074 (20 copies)

Order from:
Navy Inventory Control Point
Cog "I" Material
700 Robbins Avenue
Philadelphia PA  19111-5098

Stocked:  300 copies

10

# Attachment I

PERFORMANCE EVALUATION SYSTEM

## CHAPTER 8

### HEADQUARTERS MARINE CORPS FUNCTIONS

| | PARAGRAPH | PAGE |
|---|---|---|
| GENERAL INFORMATION . . . . . . . . . . . . . . . | 8001 | 8-3 |
| RESPONSIBILITIES . . . . . . . . . . . . . . . | 8002 | 8-3 |
| ORGANIZATION . . . . . . . . . . . . . . . . | 8003 | 8-4 |
| EDUCATION . . . . . . . . . . . . . . . . | 8004 | 8-5 |
| MASTER BRIEF SHEET (MBS) . . . . . . . . . . . . | 8005 | 8-5 |
| OFFICIAL MILITARY PERSONNEL FILE (OMPF) . . . . . | 8006 | 8-5 |
| CORRECTION OF FITNESS REPORT RECORDS . . . . . . | 8007 | 8-6 |
| FEEDBACK TO MARINE REPORTED ON . . . . . . . . | 8008 | 8-8 |
| MISSING FITNESS REPORTS . . . . . . . . . . . . | 8009 | 8-8 |
| LATE FITNESS REPORTS . . . . . . . . . . . . | 8010 | 8-8 |
| INFLATED/INACCURATE/PROCEDURALLY INCORRECT/GAMED FITNESS REPORTS . . . . . . . . . . . . . . . | 8011 | 8-9 |
| REPORTING SENIOR PROFILE . . . . . . . . . . . | 8012 | 8-9 |
| → FACSIMILE (FAX) POLICY . . . . . . . . . . . . | 8013 | 8-11 |

PERFORMANCE EVALUATION SYSTEM

CHAPTER 8

HEADQUARTERS MARINE CORPS FUNCTIONS

8001.  **GENERAL INFORMATION**

1.  The Performance Evaluation Section (MMSB-30) of the Personnel Management Support Branch (MMSB), HQMC implements the policy and procedures, and collects, maintains, and provides essential data to support the CMC's personnel management responsibilities (assignment, retention, and promotion of Marines).  The Section provides guidance and assistance to Marines in the application and administration of the PES.

→ 2.  Individuals can access information concerning the PES and other MMSB functions via MMSB's website at https://www.mmsb.usmc.mil.

8002.  **RESPONSIBILITIES**

1.  **Policy and Research**.  Responsibilities include ensuring the PES remains focused on values and standards of the Marine Corps and that the system functions effectively, providing guidance and interpretation to the field, and HQMC as applicable. Specific tasks:

    a.  Supervise adherence to PES policy, to include identification of noncomplying reporting officials.

    b.  Supervise the PES education program for the Marine Corps.

    c.  Receive, review, staff, and recommend disposition of necessary corrections to fitness report records.

    d.  Prepare advisory comments on petitions to the Performance Evaluation Review Board (PERB) and Board for Correction of Naval Records (BCNR) regarding PES policy.

    e.  Respond to requests for waivers of established PES policy.

    f.  Provide liaison with other branches of the military regarding performance evaluation matters.

    g.  Conduct research, evaluate performance evaluation trends, and recommend policy changes as appropriate.

    h.  Provide personnel to act as augmentee inspectors addressing PES matters for the IG USMC.

2.  **Fitness Report Processing**.  Responsibilities include ensuring fitness reports are administratively and procedurally correct, and processing the reports into the automated system per the provisions of this Manual.  Specific tasks:

8-3
Ch 9

8003                    **PERFORMANCE EVALUATION SYSTEM**

a.  Ensure reports are administratively correct.

b.  Audit fitness reports for adherence to policy.

c.  Enter fitness reports into the data base and ensure their accuracy.

d.  Reconstruct those reports which are missing from the OMPF.

e.  Prepare the correspondence necessary for follow-up action to correct erroneous reports.

3.  **Fitness Report Accountability**.  Responsibilities include helping Marines ensure their fitness report records are complete and current, and preparing correspondence as necessary to obtain any missing reports.  Specific tasks:

a.  Supervise policies regarding accountability of required fitness reports and audits of fitness report records.

b.  Provide unit diary notification to reporting units concerning date gaps for all Marines.

4.  **Corrections**.  Responsibilities include correcting all identified errors on fitness reports prior to processing the report or upon identification of errors in existing performance evaluation records per paragraph 8007. Specific tasks:

a.  Correcting administrative errors at this Headquarters, if possible.

b.  Returning reports to the field for correction.

(1) The Performance Evaluation Section will return these reports to RO for distribution.

(2) All returned reports will include a notation sheet with an explanation of why the report is being returned.

8003.  **ORGANIZATION**.  To accomplish its mission, the Performance Evaluation Section is organized into the primary functional units of Policy and Research, Fitness Report Processing, and Reserve Matters.  The descriptions of these units in the following paragraphs provide reporting officials and evaluated Marines a better understanding of available support.

1.  **Policy and Research Unit (MMSB-31)**.  The Policy and Research Unit (MMSB-31) is responsible for fitness report policy, research, correction, and accountability for all active duty personnel.  Commanders who have inquiries or who are assisting their Marines with performance record problems, should direct their correspondence to the CMC (MMSB-31).

2.  **Fitness Report Processing Unit (MMSB-32)**.  The Fitness Report Processing Unit (MMSB-32) is responsible for initial screening and processing of all

8-4

fitness reports into the automated system, forwarding correct reports to the CMC (MMSB-20) for inclusion in the OMPF, and providing liaison for MMSB board support.

3. **Reserve Matters Unit (MMSB-34)**. The Reserve Matters Unit (MMSB-34) specifically monitors Reserve Component issues and manages fitness report matters that are unique to Reserve organizations and functions.

    a. Reserve commanders who have inquiries or who are assisting their Marines with performance evaluation issues, should direct their correspondence to the CMC (MMSB-34).

    b. Members of the IRR should correspond directly to the CMC (MMSB-34).

8004. **EDUCATION**. The keys to preserving and improving the quality of performance evaluations are knowledge and understanding of PES policy and Marine Corps values. This is achieved through the education of all reporting officials. The CMC accomplishes this goal as follows:

1. **Performance Evaluation System Manual**. Commanders will ensure that RSs, ROs and senior enlisted advisors have access to, and understand, all current PES directives.

2. Formal Schools. All officer and enlisted professional military education courses of instruction, taught through the Marine Corps Combat Development Command, will contain instruction devoted to the PES.

3. Unit Training. Commanders will ensure that all MROs and reporting officials are knowledgeable of applicable provisions of the PES.

8005. **MASTER BRIEF SHEET (MBS)**. The MBS is a ready reference document used in the personnel management process. The MBS provides key personal data and a summary of a Marine's performance evaluation record. The MBS has two sections:

1. **Header Data**. Provides service information extracted directly from the MCTFS (see Appendix J).

2. **Fitness Report Listing**. Provides a synopsis of all reports recorded in the system, and reflects data taken from sections A, D, E, F, G, H, and item 2 of section K of the fitness report (see Appendix K).

8006. OFFICIAL MILITARY PERSONNEL FILE (OMPF). The OMPF contains a Marine's complete military history from the day of entry into the Marine Corps through the present. Marine Corps Order P1070.12, IRAM, contains a listing of material appropriate for insertion in the OMPF. The Records Management Section (MMSB-20) maintains the OMPF. The OMPF consists of the following distinct informational areas:

8007                    PERFORMANCE EVALUATION SYSTEM

1.  **S-Folder (Service Information).**  Contains service computation and other pertinent administrative information.

     a.  **Service Computation Information.**  Consists of enlistment, reenlistment, and extension of enlistment documents, appointment and acceptance records, orders to active duty, separation orders and documents, and other documents which support or validate periods of active or inactive duty in computing service time for benefits, programs, or retirement.

     b.  **Other Pertinent Information.**  Consists of other pertinent and essential information for the management of a Marine's career such as dependency applications, Servicemen's Group Life Insurance (SGLI) selections, security disclosures, and other type forms.

2.  **C-Folder (Commendatory/Derogatory Information).**  Contains commendatory and derogatory information and documents such as meritorious masts, medals and awards, courts-martial/nonjudicial punishment, and other material reflecting favorably or adversely on a Marine.

3.  **P-Folder (Performance Data).**  Contains all fitness reports and addendum pages written on a Marine.

4.  **F-Folder (Field Record Data).**  Contains documents and standard pages maintained in the field record (OQR/SRB) at the time of reenlistment, appointment to officer grade, discharge, retirement, or death.  Field record (OQR/SRB) data for periods of service prior to the last continuous period of active service may be resident in other portions of the OMPF.

5.  **H-Folder (Health/Dental Data).**  Contains basic health and dental documents maintained by the field command at the time of discharge, retirement, or death and all additional documents of medical and dental treatment maintained in the field health and dental records.  NOTE: Normally, only the OMPFs of those Marines with prior Marine Corps or Marine Corps Reserve service will contain the F- and H-folder.


8007.  **CORRECTION OF FITNESS REPORT RECORDS.**  The CMC has the authority under the provisions of the Marine Corps Manual, paragraph 2800.8, to correct fitness report records when the errors are limited solely to factual matters and when documentary evidence indicates that the record contains erroneous information.  Reporting officials should forward requests for corrections concerning the completeness, accuracy, and credibility of material previously submitted for incorporation into official records in the following manner:

1.  **Administrative Corrections.**  The CMC (MMSB-30) has the authority to correct section A information and statements of fact in sections B, C, I, and K, that are devoid of opinion and interpretive comment.

     a.  **The CMC (MMSB-30) will not correct:**

          (1) Gaps or overlaps in the reporting period (section A, item 3b) covering 30 days or less.


8-6

PERFORMANCE EVALUATION SYSTEM                                    8007

    (2) Section A, item 9a (Duty Preference (Code)) and item 9b (Duty Preference).  The MRO can make corrections via unit diary at the reporting unit level.

    (3) Section A, item 8c (Special Information: "Status").

  b.  Submit requests for administrative corrections as follows:

    (1) The MRO must submit the request via one of the reporting officials identified on the original report (preferably the RS).  Sample request letter at Appendix P.

➤    (2) The RS or RO must endorse the request, <u>giving rationale</u> for those changes which are valid, and provide documentation, as applicable.  **NOTE:**  If the RS endorses the request, endorsement by the RO is not necessary when change does not apply to section K.

    (3) Forward the endorsed correspondence to the CMC (MMSB-31) for Active Component Marines, or (MMSB-34) for Reserve Component Marines.

  c.  Anticipate at least 120 days from the time of receipt at HQMC for completion of the requested corrections.  Personnel must be proactive to ensure timely corrections for individuals pending selection board or other personnel actions/decisions.

➤ 2.  **Substantive Corrections**.  All other corrections are inherently judgmental to include supposed errors in attribute markings and section K-3, Comparative Assessment markings.  The Commandant of the Marine Corps, acting through the Performance Evaluation Review Board (PERB), and the Secretary of the Navy, acting through the Board for Correction of Naval Records (BCNR), can approve a revised assessment of a Marine's conduct or performance based entirely on facts about the Marine that were unknown when the original report was prepared.  Such requests are under the purview of the BCNR.  **NOTE:**  See MCO 1610.11, Performance Evaluation Appeals, for guidance.

3.  **Supplemental Comments**.  Situations may occur after submission of a fitness report in which the RS or RO is subsequently made aware of new facts that reflect upon the performance of the MRO during a specific reporting period.  Consequently, reporting officials may forward a request for inclusion of Supplemental comments into official records.  Additionally, this Headquarters may solicit reporting officials for inclusion of supplemental comments when in receipt of documentation which verifies pertinent facts are absent from the report.

  a.  To make such a request, the RS or RO must:

    (1) Submit the comments on an addendum page; include a cover letter that identifies the new information and provides justification for its inclusion to the report.

    (2) Limit requests solely to factual matters, with the documentary evidence as appropriate, indicating the previously missing information.

8008                    PERFORMANCE EVALUATION SYSTEM

b.  Requests from the RS must have the endorsement of the RO of record.  The CMC (MMSB-31) or (MMSB-34) will return all requests without endorsements.

c.  Send requests to the CMC (MMSB-31) or (MMSB-34) as appropriate, for decision on the merits of each case.

d.  If the supplemental comments are by necessity derogatory because the new facts surface a previously unknown adversity, the reporting official making the request must first refer the comments to the MRO for acknowledgment per the provisions of Chapter 5.  If the MRO's location is not known, i.e. transferred, request assistance from this Headquarters.

e.  **Supplemental comments will not serve to change evaluative markings in sections D - H or the RO's comparative assessment (item 3) in section K.**

8008.  **FEEDBACK TO MARINE REPORTED ON**.  To ensure Marines receive feedback on their performance evaluation records on file at HQMC and to assist their audit and correction of individual records per the provisions of the Fitness Report Audit Program (FRAP) outlined in Chapter 9, MMSB will:

1.  Upon request from the MRO, provide copies of his or her MBS and/or OMPF.

2.  Continuously update the PES database.

→ 8009.  **MISSING FITNESS REPORTS**.  Ensuring each sergeant and above has a complete fitness report record on file at HQMC is a shared responsibility.

1.  Commanding officers, senior enlisted advisors, and reporting officials must assist Marines in correcting incomplete fitness report records.

2.  Individual Marines also have a responsibility to periodically audit their records especially in advance of eligibility before a particular selection board and prior to reenlistment time.

3.  Date gaps or overlaps of 30 days or less are not significant and do not require correction.

8010.  **LATE FITNESS REPORTS**.  Fitness reports are due to the CMC (MMSB-32) 30 days after the end of the reporting period.  Although late submission is unacceptable, it does not render a fitness report invalid.

1.  Paragraph 7004 addresses exceptions to the submission deadline policy.

2.  The CMC (MMSB-30) will track specific reporting official responsibility for late submission of a report based on the RS's signature date in item 1 of section J and the RO's signature date in item 5 of section K of the fitness report.

3.  The CMC (MMSB-30) will periodically provide written notification to commanding generals identifying reporting officials who are habitually late in submitting fitness reports to HQMC.  Appendix N addresses HQMC actions concerning these reporting officials.

8011.  **INFLATED/INACCURATE/PROCEDURALLY INCORRECT/GAMED FITNESS REPORTS**.
Inflated, inaccurate, and gamed fitness reports violate the integrity of the
PES and do a disservice to the MRO and the Marine Corps.  Commanders,
reporting officials, and senior enlisted advisors at all levels must ensure
adherence to the tenets of the PES.  Appendix N addresses HQMC actions
concerning reporting officials identified for undesirable trends concerning
the submission of inflated, inaccurate, procedurally incorrect, or gamed
fitness reports.

8012.  **REPORTING SENIOR PROFILE**.  The Reporting Senior Profile (Appendix G)
outlines the grading history of an RS.  The information represented on the
profile gives relative value to every report written by that RS.  It is a key
tool for use in accomplishing the objectives of the PES.

1.  **Intent of the RS Profile**.  The RS profile:

    a.  Represents information which provides relevance to reports written by
the RS.

    b.  Aids in maintaining the integrity of the PES by providing a means to
gauge how well the RS is performing his or her responsibilities of submitting
accurate, uninflated, and timely evaluations by:

        (1) Freeing the RS from concern about how other RSs are evaluating
Marines of similar grades (see paragraphs 8012.2 and 8012.3).

        (2) Providing feedback to RSs as a tool for scrutinizing their own
rating histories.

        (3) Providing board members with a tool to measure how well the RS is
fulfilling his or her reporting senior responsibilities of complying with and
supporting the objectives of the PES.

    c.  Highlights the RS's adherence to the requirement for timely
submission of reports.

2.  **Reporting Senior Profile Dynamics**

    a.  The RS profile is a dynamic tool which develops over time.

    b.  The profile is a snapshot of the RS's rating history.  The relative
value of each report is based on how the report compares to the RS's rating
history for a given grade.

    c.  The profile reflects all reports written by the RS for each grade
excluding academic, end of service, and not observed reports.

    d.  Because the RS profile is a snapshot of the RS's rating history,
RSs must understand the significance of the need for their rating philosophy
to remain consistent throughout their career.

8012                    **PERFORMANCE EVALUATION SYSTEM**

e.  Reporting seniors must accurately and fairly assess the performance of their subordinates; RSs who fail to do so will unwittingly and unfairly discriminate against either earlier reports or subsequent reports.

(1) Reporting seniors who consistently mark all their Marines the same, do their Marines a disservice because the reports will, for the most part, lack relative value in relation to all other reports written by the RS for Marines of the same grade.

(2) Reporting seniors who attempt to change their rating philosophy may either positively or negatively affect the relative value of reports for MROs they previously rated.

(a) When the RS changes his or her grading philosophy and grades higher, he or she diminishes the value of all preceding reports ever written.

(b) When the RS changes his or her grading philosophy and grades lower, he or she increases the value of all preceding reports and will discriminate against currently rated MRO's and provide more weight to prior reports.

f.  The profile reflects the number of reports submitted late by the RS. While reports are due to the CMC (MMSB-32) within 30 days of the end of the reporting period, the profile will highlight only those reports received after 60 days from the end of the reporting period.

g.  The importance of RSs monitoring their profile cannot be over stressed.  RS profiles will not be reset.

3.  **Relative Value of a Report**

a.  The relative value of a report allows individuals making personnel management decisions to weigh the merit of that report in relation to the RS's rating history or "profile" for all other Marines of the same grade reported on by the RS.

b.  The relative value of a report reflects how the average of observed attributes on an individual report compares to both the RS's average of observed attributes for all reports written by the RS on Marines of the same grade and the highest value of observed attributes on any report written by the RS on a Marine of the same grade as the MRO (see Appendix G for a more detailed explanation).

c.  The report summary of the fitness report listing portion of the MBS displays the relative value of a report (see Appendix K).

4.  **Administration**

a.  The CMC (MMSB) will maintain a data base of all fitness report averages and other statistical data for each grade that the RS has ever written on.  This Headquarters will use the data base to generate the profile and for conducting analysis on reporting trends.

PERFORMANCE EVALUATION SYSTEM                          8013

b.  The CMC (MMSB) will generate an RS profile with the RS's MBS.

c.  Per the provisions of Appendix N, the CMC (MMSB-30) will identify and contact RSs whose profile indicates noncompliance with the objectives of the PES.

d.  Reporting seniors can request a copy of their profile using the request form at Appendix H or e-mail request to mmsbompf@manpower.usmc.mil.

→    e.  Similarly, these provisions apply to the Reviewing Officer Profile addressed in paragraph E of Appendix G.


8013.  **FACSIMILE (FAX) POLICY**

1.  Facsimile copies of fitness reports are only acceptable for placement in
→ official records in accordance with the provisions addressed below.

2.  The CMC (MMSB-30) will accept FAX copies of missing fitness reports deemed critical to promotion, selection, and retention decisions per the following guidelines:

→    a.  Facsimile fitness reports will only be accepted when directed or upon prior coordination with CMC (MMSB-30) on a case-by-case basis for urgent submissions concerning board and reenlistment eligible Marines or in response to discrepancy notices from promotion and selection boards.

b.  The FAX document must be a completed report to include all reporting officials' certifications as applicable.

c.  The FAX document must be clear and legible.

3.  The CMC (MMSB-30) will not accept facsimile fitness reports for any other purpose.

→ 4.  The CMC (MMSB-30) will accept requests for administrative corrections per paragraph 8007 received via FAX or e-mail.

5.  The CMC (MMSB-30) will not accept facsimile requests for corrections to items 8a (QUAL) and 8b (PFT), of item 8 (Special Information) of section A. These items reflect performance and may have adverse implications; requests for these corrections require original signatures.

→ 6.  The CMC (MMSB) will process requests for MBSs, OMPFs, and RS and RO Profiles received via FAX or e-mail and mail the requested performance records to the Marine at either his or her unit or home address as verified by the MCTFS or as provided by the individual.  **NOTE:**  Reporting officials and MROs may only request their own personal records.

8014                    **PERFORMANCE EVALUATION SYSTEM**

2. The CMC (MMSB-30) will accept FAX copies of missing fitness reports deemed critical to promotion, selection, and retention decisions per the following guidelines:

   a. Facsimile fitness reports will only be accepted on a case by case basis for urgent submissions concerning board and reenlistment eligible Marines or in response to discrepancy notices from promotion and selection boards.

   b. The FAX document must be a completed report to include all reporting officials' certifications as applicable.

   c. The FAX document must be clear and legible.

   d. The original or a copy (certified true by the RS or RO with original signature) must reach the CMC (MMSB-30) within 5 working days (7 days for overseas mailing). NOTE: Commands must notify the CMC (MMSB-30) with justification for an extension if they cannot meet this deadline.

   e. Facsimile copies of reports will not be processed into a Marine's OMPF.

3. The CMC (MMSB-30) will not accept facsimile fitness reports for any other purpose.

4. The CMC (MMSB-30) will accept requests for administrative corrections per paragraph 8007 received via FAX.

5. The CMC (MMSB-30) will not accept facsimile requests for corrections to items 8a (QUAL) and 8b (PFT), of item 8 (Special Information) of section A. These items reflect performance and may have adverse implications; requests for these corrections require original signatures.

6. The CMC (MMSB) will process requests for MBSs, OMPFs, and RS Profiles received via FAX and mail the requested performance records to the Marine at either his or her unit or home address as verified by the MCTFS or as provided by the individual. NOTE: The request must include the MRO's or RS's signature as appropriate.