UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACKSON L. MCGRADY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case Number: 05CV01651 (GK) |
| | ) | |
| DEPARTMENT OF THE NAVY, | ) | |
| DONALD C. WINTER, Secretary | ) | |
| of the Navy, | ) | |
| | ) | |
| Defendants | ) | |

UNCONTESTED MOTION TO ENLARGE PAGE LIMIT FOR
PLAINTIFF'S DISPOSITIVE MOTION

Pursuant to LCvR 7, dispositive motions are limited to 45-pages without prior leave of the Court. Plaintiff submits this motion to enlarge the page limit, up to and including 60 pages, for Plaintiff's motion for summary judgment. The basis for this request is several fold.

First, Plaintiff is seeking judicial review of several agency decisions. Specifically, Plaintiff seeks judicial review of two unrelated decisions denying Plaintiff's requests for a Special Selection Board. Subsumed within one of the requests is review of a decision by the Board for Correctional of Naval Records, which was issued on behalf of the Secretary of the Navy, refusing to correct one of Plaintiff's fitness reports. Plaintiff is unable to adequately analyze each of the agency's decisions in a systematic way under the current pages limitation.

Second, Defendants have questioned the Court's jurisdiction to adjudicate certain of Plaintiff's claims. There is no doubt that the Court has jurisdiction to adjudicate the issues either under 10 U.S.C. § 628 or 5 U.S.C. § 701 *et seq.* However, articulating Plaintiff's basis for jurisdiction and articulating alternative theories to account for Defendants' jurisdictional claims requires additional space.

**RECEIVED**

AUG 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Third, the record contains a number of intermediate decisions to include the Board for Correction of Naval Records, the Performance Evaluation Review Board, the Commandant of the Marine Corps, and other agency counselors. In some instances these decisions and recommendations are contradictory. Providing sufficient detail to adequately demonstrate these inconsistencies requires more than 45 pages.

Fourth, prior to the issuance of the Secretary's February 23, 2006 decision, Plaintiff believed that Defendants had conceded the issue of materiality as evidenced by Plaintiff's Cross-Motion for Summary Judgment that was submitted in January 9, 2006. Plaintiff continues to maintain that the Secretary's latest decision is not properly considered as part of the administrative record. Thus, in addition to addressing the *post hoc* nature of the Secretary's February 23, 2006 decision, Plaintiff must also address the materiality issue.

Finally, Plaintiff has included a significant section explaining the statutory and regulatory mechanism for officers to request corrections to their performance evaluation and SSB requests. Plaintiff believes this is important to place Plaintiff's claims in context, especially given that the administrative processing of Plaintiff's two requests was different and the claims are in a different procedural posture.

Plaintiff has spoken with opposing counsel who does not contest this motion. A proposed order granting Plaintiff's requested relief is attached.

Respectfully submitted,

J. L. McGrady
Plaintiff, *Pro Se*
820 Bright Street
Fredericksburg, Virginia 22401
540.371.3792

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2006, I, J. L. McGrady, sent by first class U.S. mail, postage prepaid, a copy of Plaintiff's **MOTION TO ENLARGE PAGE LIMIT FOR PLAINTIFF'S DISPOSITIVE MOTION** to the following addresses:


Clerk of Court
United States District Court
for the District of Columbia
333 Constitution Ave., NW
Washington DC 20001

Mr. K. L. Wainstein
U.S. Attorney for the District of Columbia
555 4th St. NW
Washington, DC 20530


J. L. MCGRADY
Plaintiff
820 Bright Street
Fredericksburg, Virginia 22401
540.371.3792

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACKSON L. MCGRADY,              :
                                 :
              Plaintiff,         :
                                 :
          v.                     : Civil Action No. 05-1651 (GK)
                                 :
DONALD C. WINTER                 :
Secretary of the Navy,           :
et al.,                          :
                                 :
              Defendants         :

## O R D E R

Upon consideration of the Plaintiff's Motion for Enlargement of the page limit on his Cross-Motion for Summary Judgment and considering that Defendants do not oppose the motion, it is this ____ day of August, 2006,

ORDERED, that Plaintiff's Motion is granted and Plaintiff's Cross-Motion for Summary shall have a page limit of 60 pages.

_____          _____
                                  Gladys Kessler
                                  United States District Court Judge

Jackson L. McGrady
820 Bright St.
Fredericksburg, VA 22401