UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACKSON L. MCGRADY,           )
                              )
        Plaintiff             )
                              )
    v.                        )   Case Number: 05CV01651 (GK)
                              )
DEPARTMENT OF THE NAVY,       )
DONALD C. WINTER, Secretary   )
of the Navy,                  )
                              )
        Defendants            )

## LISTING OF PLAINTIFF'S EXHIBIT IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT MOTION

| Plaintiff Exhibit | Description of Exhibit | Exhibits Page No.[1] |
|---|---|---|
| Exhibit 1 | 10 U.S.C. § 628 | 001 - 004 |
| Exhibit 2 | 10 U.S.C. § 1552 | 005 - 006 |
| Exhibit 3 | 32 C.F.R. § 723.6 | 007 - 008 |
| Exhibit 4 | 10 U.S.C. § 611 | 009 |
| Exhibit 5 | SECNAVINST 1401.1B | 010 - 019 |
| Exhibit 6 | Department of Defense Instruction 1320.11 | 020 - 023 |
| Exhibit 7 | MCO P 1400.31B | 024 - 032 |
| Exhibit 8 | Excerpt of MCO P1610.7E | 033 - 052 |
| Exhibit 9 | MCO 1610.11C | 053 - 063 |
| Exhibit 10 | Declaration of Colonel Crowl | 064 - 067 |
| Exhibit 11 | Declaration of Plaintiff | 068 - 069 |
| | Enclosure 1  E-mail btwn Plaintiff and LtCol Carberry. | 070 |
| | Enclosure 2  Memo of Phone Conversation | 071 |
| | Enclosure 3  Plaintiff's e-mail to CMC, July 1, 2003 | 072 |
| | Enclosure 4  Draft letter for CMC | 073 |
| Exhibit 12 | 32 C.F.R. § 723.3 | 074 - 075 |
| Exhibit 13 | Declaration of Plaintiff | 076 - 078 |
| | Enclosure 1  E-mail btwn Plaintiff and Mr. Wood | 079 - 080 |
| | Enclosure 2  E-mail btwn Plaintiff and Opposing Counsel. | 081 - 084 |
| | Enclosure 3  FY 2004 Promotion Rates for Captain, Major and LtCol | 085 - 087 |

---

[1] For ease of reference Plaintiff has consecutively numbered, by hand, each page of each exhibit beginning with 001 of the first page of Pl. Ex. 1 and continuing, consecutively, through the last page of Pl. Ex 13, which is number 080.

Enclosure 4    FY 2005 Promotion Rates for Captain, .... 088 - 090
               Major and LtCol
Enclosure 5    Request to Speak with Agency Personnel .. 091 - 093
               In re CV 06-0752(GK)
Enclosure 6    Agency Denial of Plaintiff's Request ..... 094 - 095
               Speak with Agency Personnel
               In re CV 06-0752(GK)
Enclosure 7    Excerpt of MCO P1610.7E ............. 096 - 097