

# Department of Defense
# INSTRUCTION

**NUMBER** 1320.11
September 27, 2005

USD(P&R)

SUBJECT: Special Selection Boards

References: (a) DoD Directive 1320.11, subject as above, May 6, 1996 (hereby canceled)
(b) Sections 573, 612, 628, 638, 573, 14102, 14502, 14704, and 14705 of title 10, United States Code

## 1. REISSUANCE AND PURPOSE

This Instruction:

1.1. Reissues reference (a) as a DoD Instruction.

1.2. Continues to implement Section 628 of reference (b) to update policy on the use of Special Selection Boards for commissioned officers on the Active Duty List (including former commissioned officers previously on active duty) and commissioned warrant officers (chief warrant officers and former warrant officers) on the warrant officer Active Duty List.

1.3. Implements Reserve component policies and responsibilities regarding the use of Special Selection Boards for commissioned officers of the Reserve Active Status List under Section 14502 of reference (b).

## 2. APPLICABILITY AND SCOPE

This Instruction applies to:

2.1. The Office of the Secretary of Defense, the Military Departments, and the Chairman of the Joint Chiefs of Staff.

PLAINTIFF
EXHIBIT (6)
020

*DoDI 1320.11, September 27, 2005*

2.2. The commissioned officers on the Active Duty List, former commissioned officers previously on active duty, warrant officers, former warrant officers, commissioned warrant officers on the Warrant Officer Active Duty List, and commissioned officers on the Reserve Active Status List.

3. DEFINITIONS

Terms used in this Instruction are defined in enclosure 1.

4. POLICY

It is DoD policy that:

4.1. Each Military Department shall use a Special Selection Board for the reasons listed in Section 628(a) or 14502(a) of reference (b) or if the decision of the original board involved a factual or administrative error, or if the board lacked some material information for consideration.

4.2. A Special Selection Board shall not, under Section 628(b) or 14502(b) of reference (b), consider any person who may, by maintaining reasonably careful records, have discovered and taken steps to correct that error or omission on which the original board based its decision against promotion.

4.4. Barring extenuating circumstances, such as a heavy caseload, a Special Selection Board shall be convened and the results made known to the person concerned (regardless of duty status), within 180 days of the finding of the Secretary of the Military Department concerned, that an error warranted consideration by a Special Selection Board.

4.5. Special Selection Boards convened under Sections 628 or 14502 of reference (b) shall be composed, according to Sections 573, 612, or 14102 of reference (b), as appropriate, and regulations prescribed by the Secretary of the Military Department concerned.

4.6. The record of a person who was referred to a Special Selection Board shall be compared with a sampling of records of officers of the same competitive category who were and were not recommended for promotion by the original board.

4.7. Statistical data about the number of officers considered for promotion by the Special Selection Boards, the number selected and non-selected to each grade, and the basis for consideration under Section 628 or 14502 of reference (b) shall be retained by each Military Department for 3 years.

021

*DoDI 1320.11, September 27, 2005*

4.8. Reference (b) does not preclude the Secretary of the Military Department concerned from convening a board under an authority other than reference (b) to consider officers for other selection processes, such as Regular appointment or continuation on active duty or in an active status, for reasons similar to those in reference (b). Such boards may not be convened for recommending an officer for early retirement or removal if the decision of the board may conflict with the limitations of Sections 638, 638a, 14704, or 14705 of reference (b).

5. RESPONSIBILITIES

5.1. The Under Secretary of Defense for Personnel and Readiness (USD(P&R)) shall exercise cognizance and oversight of policies for special selection boards.

5.2. The Secretaries of the Military Departments shall:

5.2.1. Administer the policies in section 4., above.

5.2.2. Promulgate and maintain, following approval by the Secretary of Defense, the regulations required by Section 628(j) of reference (b).

5.2.3. Recommend policy changes to this Instruction to the USD(P&R).

6. EFFECTIVE DATE

This Instruction is effective immediately.

*[signature]*
David S. C. Chu
Under Secretary of Defense
(Personnel & Readiness)

Enclosures - 1
  E1. Definitions

022

3

*DoDI 1320.11, September 27, 2005*

## E1. ENCLOSURE 1

### DEFINITIONS

E1.1.1. <u>Active Duty List</u>. A single list for the Army, the Navy, the Air Force, or the Marine Corps required to be maintained under Section 620 of reference (b). It contains the names of all officers of the Military Service other than officers described in Section 641 of reference (b) who are serving on active duty.

E1.1.2. <u>Commissioned Officer</u>. An officer in any of the Military Services in the Department of Defense who holds a grade and an office under a commission signed by the President, and who is appointed as a Regular or a Reserve officer. It does not include a commissioned warrant officer or a retired commissioned officer.

E1.1.3. <u>Reserve Active Status List</u>. A single list for the Army, the Navy, the Air Force, or the Marine Corps required to be maintained under Section 14002 of reference (b). It contains the names of all officers of that Armed Force, except warrant officers (including commissioned warrant officers), who are in an active status in a Reserve component of the Army, the Navy, the Air Force, or the Marine Corps and are not on an Active Duty List.

E1.1.4. <u>Special Selection Board</u>. A panel of officers that convenes under Section 628 or 14502 of reference (b) to evaluate and recommend commissioned officers on the Active Duty List or the Reserve Active Status List, former commissioned officers previously on active duty, and warrant officers (to include former warrant officers) on the warrant officer Active Duty List for promotion consideration because the person was not considered due to administrative error, or following a determination that the action of a board that considered and did not select the person was contrary to law or involved material error of fact or material administrative error, or if the board did not have before it for its consideration material information. Special Selection Boards make select and non-select recommendations as distinguished from providing advisory opinions as to whether an officer or former officer would have been selected had that person been properly considered by the original board.

E1.1.5. <u>Warrant Officer</u>. A person who holds a commission (CWO-2 through CWO-5) or a warrant (WO-1) in a warrant officer grade.

E1.1.6. <u>Warrant Officer Active Duty List</u>. A single list for each Service concerned that is required to be maintained under Section 574 of reference (b). It contains the names of all warrant officers of that Military Service (other than warrant officers described in Section 582 of reference (b)) who are serving on active duty.

023