

**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
2 NAVY ANNEX
WASHINGTON, DC 20380-1775

```
MCO P1610.7E
MMSB-30
3 Dec 98
```

MARINE CORPS ORDER P1610.7E W/ERRATUM AND CH 1-9

From: Commandant of the Marine Corps
To:   Distribution List

Subj: PERFORMANCE EVALUATION SYSTEM (SHORT TITLE: PES)

Ref: (a) U.S. Navy Reg. 1990, art. 1129
     (b) MARCORMAN, par 2500.3

Encl: (1) LOCATOR SHEET

Report Required: USMC Fitness Report (Report Symbol EXEMPT), par. 1001

1. **Purpose**. To publish the policies, procedures, and standards for the operation and maintenance of the Marine Corps Performance Evaluation System, and the submission of fitness reports on sergeants through major generals as required by references (a) and (b).

2. **Cancellation**. MCO P1610.7D.

3. **Background**

    a. The fitness report provides the primary means for evaluating a Marine's performance to support the Commandant's efforts to select the best qualified personnel for promotion, augmentation, resident schooling, command, and duty assignments. The completion of fitness reports is a critical responsibility. Inherent in this duty is the commitment of our commanders and all reporting officials to ensure the integrity of the system by giving close attention to accurate marking and timely reporting. Every commander and reporting official must ensure the scrupulous maintenance of this evaluation system. Inaccurate marking only serves to dilute the actual value of each report.

    b. The Performance Evaluation System (PES) has changed completely, creating a new paradigm requiring an entirely new approach to performance reporting. All commanders, reporting officials, and Marines reported on (MROs) must completely familiarize themselves and comply with the significant policy changes contained herein.

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited.

PLAINTIFF EXHIBIT (8)
033

# PERFORMANCE EVALUATION SYSTEM

## CONTENTS

**CHAPTER**

|   |   |
|---|---|
|   | INTRODUCTION |
| 1 | CONCEPTS AND OVERVIEW |
| 2 | REPORTING CHAIN AND RESPONSIBILITIES |
| 3 | SUBMISSION REQUIREMENTS |
| 4 | FITNESS REPORT PREPARATION |
| 5 | PROCEDURES FOR ADVERSE AND APPEALED REPORTS |
| 6 | SPECIAL INSTRUCTIONS |
| 7 | HANDLING AND SUBMISSION OF COMPLETED REPORTS |
| 8 | HEADQUARTERS MARINE CORPS FUNCTIONS |
| 9 | FITNESS REPORT AUDIT PROGRAM (FRAP) |

**APPENDIX**

|   |   |
|---|---|
| A | ANNUAL FITNESS REPORT SCHEDULE (AN AND AR REPORTS) |
| B | USMC FITNESS REPORT |
| C | ADDENDUM PAGE |
| D | MRO WORKSHEET |
| E | SAMPLE BILLET DESCRIPTIONS AND BILLET ACCOMPLISHMENTS |
| F | AUTOMATION |
| → G | REPORTING SENIOR AND REVIEWING OFFICER PROFILES |
| H | PERSONNEL MANAGEMENT SUPPORT BRANCH |
| I | AUDIT AND CORRECTION OF PERFORMANCE RECORDS |
| J | MASTER BRIEF SHEET (MBS) EXPLANATION |
| K | MASTER BRIEF SHEET (MBS) |
| L | SAMPLE REQUEST LETTER |
| M | DATE GAP NOTIFICATION VIA UNIT DIARY |

**PERFORMANCE EVALUATION SYSTEM**

| | |
|---|---|
| N | CMC POLICY COMPLIANCE MEASURES |
| O | REPORTING SENIOR CHECKLIST |
| →P | SAMPLE ADMINISTRATIVE CORRECTION LETTER |

**INDEX**

PERFORMANCE EVALUATION SYSTEM

CHAPTER 1

CONCEPTS AND OVERVIEW

1001.  **SCOPE**

1.  The Marine Corps Performance Evaluation System (PES) provides for the periodic reporting, recording, and analysis of the performance and professional character of Marines in the grades of sergeant through major general.  Its fundamental concepts are accuracy, accountability, simplicity, and consistency of policy and evaluation methods.  Achieving these concepts requires standardization of the evaluation chain, supervision throughout the system, and the education of all participants in the system.  Reporting seniors document their observations and assessment of the performance and character of a Marine on the USMC Fitness Report, NAVMC 10835A-E and NAVMC 11297 (Addendum Page), see Appendixes B and C.  The fitness report document, through written communication to the Commandant of the Marine Corps (CMC), provides a history of a Marine's performance and potential.

→ NOTE:  You may access the blank fitness report via the locally installed Windows Front End (WinFE) Application, Version 3.0, which can be downloaded from the Personnel Management Support Branch (MMSB), Headquarters Marine Corps website at https://www.mmsb.usmc.mil.  You may also access a FormFlow version of the form from the Marine Corps Electronic Forms System (MCEFS), http://www.hqmc.usmc.mil/ar/recmgmt.nsf.  The fitness report, addendum page, and the graphic on page five are listed separately on this website.

The fitness report is:

    a.  A vital portion of a Marine's Official Military Personnel File (OMPF) held at Headquarters Marine Corps (HQMC) by the Personnel Management Support Branch (MMSB).

    b.  Not a communication to, nor a counseling document for, the Marine.

2.  The PES comprises the policies, procedures, and responsibilities for the preparation, processing, and maintenance of fitness reports.  Reports must provide accurate and complete profiles of the professional qualities of Marines.

3.  For purposes of brevity, this Manual uses the term reporting officials to simultaneously refer to the reporting senior (RS), the reviewing officer (RO), and the third officer sighter when appropriate.  Abbreviations:

    a.  RS's and RO's mean possessive forms.

    b.  RSs and ROs mean plural form.

    c.  MRO refers to the Marine reported on.

1002.  **PURPOSE**.  Primarily, the PES supports the centralized selection, promotion, and retention of the most qualified Marines of the Active and Reserve Components.  Secondarily, the PES aids in the assignment of personnel and supports other personnel management decisions as required.

1-3
Ch 9

036

| | |
|---|---|
| **1003** | **PERFORMANCE EVALUATION SYSTEM** |

1003. **OBJECTIVES OF THE SYSTEM**. For a credible and accurate recording of the history of an individual's performance, the PES must accomplish the following objectives:

1. **Accurate Fitness Reports**. The evaluation must:

    a. Reflect an assessment of performance of assigned duties and responsibilities against an understood set of requirements, individual capacity, and professional character.

    b. Center on individual performance during a designated period of observation.

    c. Report fact and the reporting official's objective judgments based on Marine Corps standards; not conjecture.

    d. Ensure narrative portions of the evaluation are clear in their meaning and free of ambiguities and innuendoes.

2. **Preventing Inflation**. Countering inflation begins with the reporting officials, specifically the RS and RO, who must accurately report a Marine's performance.

    a. The design of this report limits the ability of RSs to unjustifiably or artificially inflate a Marine's performance.

    b. Reports must be based on a Marine's performance vice sociability. Reporting officials can inadvertently render these controls ineffective by preparing and submitting fitness reports that fail to adhere to both the letter and the spirit of this Manual.

3. **Timely Receipt**. Timely receipt of fitness reports (within 30 days of the end of the reporting period) by HQMC ensures complete and accurate updates of Marines' OMPFs. As a leadership responsibility, reporting officials and commanders must ensure timely submission of fitness reports.

4. **Ensuring Complete Records**. The submission of administratively and procedurally correct fitness reports will expedite processing, thereby ensuring a complete, continuous record of each Marine's performance and potential.

5. **Providing Information for Selection Boards**. Fair and accurate personnel management decisions require complete fitness report records for all Marines. The culmination of accurate, fair, and timely fitness reports is a documented history of individual performance and potential required by HQMC selection boards.

1004. **SIGNIFICANCE OF THE FITNESS REPORT**. The Commandant's guidance for the PES is: "The completed fitness report is the most important information component in manpower management. It is the primary means of evaluating a Marine's performance. The fitness report is the Commandant's primary tool

available for the selection of personnel for promotion, retention, augmentation, resident schooling, command, and duty assignments. Therefore, the completion of this report is one of an officer's most critical responsibilities. Inherent in this duty is the commitment of each reporting senior and reviewing officer to ensure the integrity of the system by close attention to accurate marking and timely reporting. Every officer serves a role in the scrupulous maintenance of this evaluation system, ultimately important to both the individual and the Marine Corps. Inflationary markings only serve to dilute the actual value of each report, rendering the fitness report ineffective. Reviewing officials will not concur with inflated reports."

1005. **KEY CONCEPTS**

→ 1. **Fairness**. The fitness report is a communication between reporting officials and the CMC, via the commander with oversight responsibilities (see paragraphs 1007.4 and 2007). Reporting officials must provide fair and thorough evaluations.

    a. Reviewing officers and commanders must take active roles in mentoring and communicating with RSs when an RS has not adhered to the spirit and intent of this Manual.

    b. Influence or pressure by ROs or commanders to modify fitness report marks or comments is unacceptable, except to ensure that reporting officials adhere to Marine Corps policy.

2. **Focus**. The fitness report is a documentation of observations and assessments of individual performance, personal qualities, character, and potential to serve at a more senior level. The fitness report is not:

    a. A disciplinary tool.

    b. A lever to exert influence.

    c. A counseling document for the MRO.

3. **Measurement**. Reporting seniors must evaluate against missions, duties, tasks, and standards as communicated by the RS to the MRO. Measure Marines against known Marine Corps values and soldierly virtues, not against a personal set of precepts and unreasonable expectations.

4. **Ethics**. Professional ethics constitute one of the foundations of the PES. Reporting officials must preserve the high standards of Marine Corps integrity and moral courage. Personal biases have absolutely no place in the process.

5. **Avoiding Zero Defects**. Reporting officials must consider that Marines develop by having the latitude to make mistakes. Reporting officials must encourage initiative, aggressiveness, creativity, courage, and development of warfighting skills and not dampen them by fear of making mistakes. Attaining perfection certainly is a legitimate goal, but rarely is it a reality. The realistic goal is to experience, learn, and grow professionally.

**1006**                    **PERFORMANCE EVALUATION SYSTEM**

→ 6. **Counseling**. The PES and counseling, as addressed in the USMC User's Guide to Counseling (NAVMC 2795), are separate but complementary. Leaders must counsel Marines to transmit the guidance, performance standards, and direction important for the MRO's success and continued development. The complementary relationship between the counseling process and the PES begins when the RS and MRO meet to develop the MRO's billet description. It then becomes a regular and continuous process with additional sessions to review billet descriptions, establish new goals, and develop performance. As a result, the performance evaluation process should not produce any surprises for the MRO. Periodic performance evaluation can also help clarify and crystallize the subjects on which the counseling process should focus. Any counseling program which relies on final evaluations as a tool to force behavioral changes is without merit and must be avoided. The PES highlights past performance; counseling shapes future performance. **The fitness report is not a counseling tool!**

1006. **EVALUATION CYCLE**

1. **MRO and RS Develop Billet Description**. The evaluation cycle begins with the MRO and the RS developing a clear understanding of the RS's expectations. At the beginning of the reporting relationship, the MRO and the RS will meet to establish and formalize a billet description for the MRO that focuses on the essential elements of the MRO's billet in specific and concise terms.

2. **MRO Provides Summary of Accomplishments**. Prior to the end of the reporting period, the MRO should provide a summary of accomplishments to the RS. The summary of accomplishments provides the MRO an opportunity to highlight significant events, awards, and professional military education (PME) accomplishments of which the RS may not be aware. The CMC directs the use of the MRO worksheet (Appendix D) for billet description and summary of accomplishments documentation.

3. **RS Action**. The RS completes the evaluation per the provisions of this Manual and forwards the report to the RO.

4. **RO Action**. The RO completes his or her portion of the evaluation and reviews the report, ensuring it is accurate and administratively correct. The RO then forwards the report to the CMC (MMSB-32). Reviewing officers at the operational battalion or squadron level will forward the report via the organization's command element.

5. **HQMC Action**. The Personnel Management Support Branch reviews the report for adherence to policy and correctness then processes and files it in the MRO's OMPF, thus completing the cycle.

1007. **GENERAL RESPONSIBILITIES**

1. **Marine Reported On (MRO)**. The MRO is the subject of the fitness report. The MRO should submit a summary of accomplishments to the RS prior to the end of the reporting period. The MRO must possess a clear understanding of the concepts of the PES, his or her role in accomplishing the unit's mission, and the expectations of the RS.

PERFORMANCE EVALUATION SYSTEM                                    1008

2. **Reporting Officials**. All reporting officials play a key role in the evaluation process. They must know the policies and procedures set forth in this Manual, ensuring strict adherence to the objectives and tenets of the system.

3. **All Leaders**. Many billet assignments are not self-explanatory and Marines do not always work within their military occupational specialty(MOS). All leaders must ensure their Marines understand the mission and their individual responsibilities; specifically, by defining tasks and standards expected, and resources available to complete those tasks. In the case of enlisted fitness reports, the RS may include the MRO's immediate enlisted or civilian supervisors in the evaluation and review process. The technique is a matter of choice to the RS, but one method is to require the MRO's supervisor to write a separate evaluation of the Marine. This recommendation then becomes one additional source the RS uses in the completion of the final fitness report. Additionally, inclusion of the unit's senior enlisted leadership; i.e., the First Sergeant, Sergeant Major, or SNCOIC, in the review process will help ensure equable reporting while guarding against unintended inflation.

4. **Commanders**. As representatives of the CMC, all commanders must ensure reporting officials uphold PES policy. Regardless of the communicative nature of the fitness report between the reporting officials and the CMC, commanders retain responsibility for proper submission of reports. The influence of personal example, leadership, and strong PES education programs best ensures the integrity and credibility of the system. The Fitness Report Audit Program (FRAP), addressed in Chapter 9, provides commanders a tool in helping their Marines ensure their records are complete.

5. **Headquarters Marine Corps**. The Personnel Management Support Branch promulgates policy, processes and maintains fitness report information, and serves as the administrator of the PES.

→ 1008. **AUTHORITY**. The CMC vests central authority and responsibility for the PES to the Deputy Commandant for Manpower and Reserve Affairs. This Manual is the only authorized policy for the system. Additional PES policy requirements published in other Marine Corps directives are not authorized unless specifically approved by the central authority or referenced in this Manual.

→       (24) Extent to which all Marines, especially those whose billet specifically involves planning, supervision, training, and operational responsibilities, exhibit Operational Risk Management (ORM) ability to accomplish the mission. Specifically, skills in identifying hazards, assessing those hazards for risk, making risk acceptance decisions, applying controls to minimize the risk, and supervision. **NOTE:** Marine Corps Order 3500.27 outlines the integral part ORM plays in training and planning at all levels to optimize operational capability, readiness, and mission accomplishment.

5. **Unacceptable Comments**. The RS will not comment on the following situations:

   a. Reference to <u>pending</u> nonjudicial punishment, court-martial, civil/criminal action, fact-finding board (e.g., Field Flight Performance Boards), or investigation.

      (1) Discussion of these matters, if the MRO was found innocent or nonculpable, would be premature and prejudicial, thereby unfairly penalizing the Marine.

      (2) Once the pending action is complete (to include the appellate process) and the Marine is found accountable, then include the results in the reporting period when adjudication is completed. For the specific handling of NJP, courts-martial, or civilian conviction see paragraph 4003.6c.

      (3) Reference to the results of an informal investigation, fact finding body, or a Field Flight Performance Board should only be made if the MRO is found to be negligent or culpable or if the findings are otherwise adverse.

   b. Reference to recommendations for administrative reduction, separation, or withholding of promotion pending resolution at higher authority. Same reasons as paragraph 4012.5a(1) above, apply.

   c. Reference to nonpunitive letters of admonition or reprimand, unless the RS follows the provisions of paragraph 4003.6b. Issuance of a nonpunitive letter may not be mentioned in any narrative, but the underlying facts may be included as outlined in paragraph 0105 of the Manual of the Judge Advocate General. Reporting seniors must, however, report a Letter of Censure issued by the Secretary of the Navy.

   d. Mention of any suspected criminal activity, particularly suspected drug use. Suspicion is not a basis for recording in official personnel files.

   e. Indication that the MRO voluntarily entered the Alcohol Rehabilitation Program when the situation which led to the volunteering did not affect the individual's performance of duty.

      (1) Such information is irrelevant to the process and scope of the fitness report, and should be treated like any other period of hospitalization not affecting performance.

      (2) This is a recognized medical problem, best addressed by medical authorities.

   f. Reference to minor traffic violations.

**4013**                    **PERFORMANCE EVALUATION SYSTEM**

    g. Reference to prior nonselection for promotion which is a matter of record.

    h. Reference to whether spouse does or does not support command, social, volunteer functions, and the like. The positive contribution Marine spouses make to the military and civilian communities are a proud and appreciated tradition, but spouses need to be free to make those choices. **NOTE**: RSs are not evaluating spouses' performance.

    i. Comments based on an individual's gender.

        (1) Gender-related comments; e.g., charming, attractive woman, handsome man, best woman officer, etc., are gratuitous and not acceptable. General comments noting the MRO is pregnant are likewise unacceptable unless related to the MRO's adherence to weight standards or completing the PFT.

        (2) Limit references to gender to the pronouns: he, she, him, his, her, hers, himself, herself.

    j. Comments pertaining to medical issues (physical and/or psychological) that <u>do not</u> affect the MRO's performance of duties or diminish his or her effectiveness as a leader.

    k. Comments concerning the MRO's personal or family problems <u>that do not</u> affect performance or diminish effectiveness to lead.

    l. Comments pertaining to the MRO's status as a single parent, unless the MRO has failed to make necessary provisions in case of deployment or manipulates the situation as an excuse for tardiness and frequent unplanned time off or leave.

→    m. **Comments identifying minor limitations, shortcomings, occasional lapses, or weakness in an otherwise overall positive performance.** These comments serve no constructive purpose, foster a zero defect mentality, are most often counseling comments for the MRO, and not germane to the overall evaluation.

4013. <u>**INSTRUCTIONS FOR COMPLETING SECTION J (CERTIFICATION)**</u>

1. <u>**Purpose**</u>. Section J gives the document legal standing and safeguards the integrity of the reporting process and provides the MRO the opportunity to acknowledge and address the adverse nature of any report.

2. <u>**Process**</u>. Once section J is complete, to include the MRO's statement (when applicable), the RS must forward the report to the RO for his or her comments.

3. <u>**Item 1 (Reporting Senior Certification)**</u>. Item 1 requires the RS to certify that the report is truthful and prepared without prejudice or partiality and presupposes the RS considered all aspects of the MRO's performance known to the RS at the time he or she completes the report. It further certifies that the RS has provided the MRO with a signed copy of the report which includes sections completed by the RS.

5006. **STATEMENTS AFTER THE FACT**

1. The purpose of the MRO's statement is to allow presentation of both sides of the issue in an attempt to resolve any misunderstanding or misinformation during preparation of the report.  This action should occur prior to submission of the report with all the principals at hand.

2. When the MRO indicates in item 2 of section J or item 6 of section K "I have no statement to make," it should be absolutely clear to the Marine that the expressed desire not to submit a statement presumes no basis for one.

3. The CMC will not make any further provisions to accept a statement after the fact.


5007. **ACTION WHEN THE MRO REFUSES TO SIGN THE REPORT**

1. If the MRO refuses to sign either item 2 of section J or item 6 of section K, the reporting officials must counsel the MRO on the ramifications of his or her decision.  Ensure the MRO understands the following:

    a. Acknowledging the report and making a statement is the MRO's opportunity to communicate with the CMC and rebut the report.

    b. When the MRO refuses to sign and acknowledge the report, it is assumed the MRO has no statement to make and that the report is accurate as written.

    c. Per paragraph 5006 above, the MRO cannot submit a statement after the fact.

    d. Refusal to sign the report constitutes a violation of a written order and subjects the Marine to punishment under the UCMJ.

2. If the MRO still refuses to sign the report after being counseled, the RS or RO as appropriate, will make a directed comment in section I or item 4 of section K respectively.  The comment must include a statement that the MRO refuses to sign the report.


5008. **APPEALS TO PREVIOUSLY SUBMITTED REPORTS**

1. The MRO may appeal any report that he or she believes is incorrect, inaccurate, or in violation of the policies and instructions in this Manual once the report is a matter of official record.

2. The MRO must submit appeals to the Board for Correction of Naval Records, via the Commandant of the Marine Corps (MMER) per MCO 1610.11, Performance Evaluation Appeals.

3. The appeal process is not a substitution for an attempt at proper resolution of an adverse report during its preparation and review.  Reporting officials must endeavor to thoroughly adjudicate the report or resolve any perceived injustice before submitting the report to HQMC.

043

8011. **INFLATED/INACCURATE/PROCEDURALLY INCORRECT/GAMED FITNESS REPORTS**. Inflated, inaccurate, and gamed fitness reports violate the integrity of the PES and do a disservice to the MRO and the Marine Corps. Commanders, reporting officials, and senior enlisted advisors at all levels must ensure adherence to the tenets of the PES. Appendix N addresses HQMC actions concerning reporting officials identified for undesirable trends concerning the submission of inflated, inaccurate, procedurally incorrect, or gamed fitness reports.

8012. **REPORTING SENIOR PROFILE**. The Reporting Senior Profile (Appendix G) outlines the grading history of an RS. The information represented on the profile gives relative value to every report written by that RS. It is a key tool for use in accomplishing the objectives of the PES.

1. **Intent of the RS Profile**. The RS profile:

    a. Represents information which provides relevance to reports written by the RS.

    b. Aids in maintaining the integrity of the PES by providing a means to gauge how well the RS is performing his or her responsibilities of submitting accurate, uninflated, and timely evaluations by:

        (1) Freeing the RS from concern about how other RSs are evaluating Marines of similar grades (see paragraphs 8012.2 and 8012.3).

        (2) Providing feedback to RSs as a tool for scrutinizing their own rating histories.

        (3) Providing board members with a tool to measure how well the RS is fulfilling his or her reporting senior responsibilities of complying with and supporting the objectives of the PES.

    c. Highlights the RS's adherence to the requirement for timely submission of reports.

2. **Reporting Senior Profile Dynamics**

    a. The RS profile is a dynamic tool which develops over time.

    b. The profile is a snapshot of the RS's rating history. The relative value of each report is based on how the report compares to the RS's rating history for a given grade.

    c. The profile reflects all reports written by the RS for each grade excluding academic, end of service, and not observed reports.

    d. Because the RS profile is a snapshot of the RS's rating history, RSs must understand the significance of the need for their rating philosophy to remain consistent throughout their career.

044

e. Reporting seniors must accurately and fairly assess the performance of their subordinates; RSs who fail to do so will unwittingly and unfairly discriminate against either earlier reports or subsequent reports.

(1) Reporting seniors who consistently mark all their Marines the same, do their Marines a disservice because the reports will, for the most part, lack relative value in relation to all other reports written by the RS for Marines of the same grade.

(2) Reporting seniors who attempt to change their rating philosophy may either positively or negatively affect the relative value of reports for MROs they previously rated.

(a) When the RS changes his or her grading philosophy and grades higher, he or she diminishes the value of all preceding reports ever written.

(b) When the RS changes his or her grading philosophy and grades lower, he or she increases the value of all preceding reports and will discriminate against currently rated MRO's and provide more weight to prior reports.

f. The profile reflects the number of reports submitted late by the RS. While reports are due to the CMC (MMSB-32) within 30 days of the end of the reporting period, the profile will highlight only those reports received after 60 days from the end of the reporting period.

g. The importance of RSs monitoring their profile cannot be over stressed. RS profiles will not be reset.

3. **Relative Value of a Report**

a. The relative value of a report allows individuals making personnel management decisions to weigh the merit of that report in relation to the RS's rating history or "profile" for all other Marines of the same grade reported on by the RS.

b. The relative value of a report reflects how the average of observed attributes on an individual report compares to both the RS's average of observed attributes for all reports written by the RS on Marines of the same grade and the highest value of observed attributes on any report written by the RS on a Marine of the same grade as the MRO (see Appendix G for a more detailed explanation).

c. The report summary of the fitness report listing portion of the MBS displays the relative value of a report (see Appendix K).

4. **Administration**

a. The CMC (MMSB) will maintain a data base of all fitness report averages and other statistical data for each grade that the RS has ever written on. This Headquarters will use the data base to generate the profile and for conducting analysis on reporting trends.

045

    b.  The CMC (MMSB) will generate an RS profile with the RS's MBS.

    c.  Per the provisions of Appendix N, the CMC (MMSB-30) will identify and contact RSs whose profile indicates noncompliance with the objectives of the PES.

    d.  Reporting seniors can request a copy of their profile using the request form at Appendix H or e-mail request to mmsbompf@manpower.usmc.mil.

→     e.  Similarly, these provisions apply to the Reviewing Officer Profile addressed in paragraph E of Appendix G.

8013.  **FACSIMILE (FAX) POLICY**

1. Facsimile copies of fitness reports are only acceptable for placement in
→ official records in accordance with the provisions addressed below.

2. The CMC (MMSB-30) will accept FAX copies of missing fitness reports deemed critical to promotion, selection, and retention decisions per the following guidelines:

→     a.  Facsimile fitness reports will only be accepted when directed or upon prior coordination with CMC (MMSB-30) on a case-by-case basis for urgent submissions concerning board and reenlistment eligible Marines or in response to discrepancy notices from promotion and selection boards.

    b.  The FAX document must be a completed report to include all reporting officials' certifications as applicable.

    c.  The FAX document must be clear and legible.

3. The CMC (MMSB-30) <u>will not</u> accept facsimile fitness reports for any other purpose.

→ 4. The CMC (MMSB-30) will accept requests for administrative corrections per paragraph 8007 received via FAX or e-mail.

5. The CMC (MMSB-30) <u>will not</u> accept facsimile requests for corrections to items 8a (QUAL) and 8b (PFT), of item 8 (Special Information) of section A. These items reflect performance and may have adverse implications; requests for these corrections require original signatures.

→ 6. The CMC (MMSB) will process requests for MBSs, OMPFs, and RS and RO Profiles received via FAX or e-mail and mail the requested performance records to the Marine at either his or her unit or home address as verified by the MCTFS or as provided by the individual. **NOTE:** Reporting officials and MROs may only request their own personal records.

8014 PERFORMANCE EVALUATION SYSTEM

2. The CMC (MMSB-30) will accept FAX copies of missing fitness reports deemed critical to promotion, selection, and retention decisions per the following guidelines:

    a. Facsimile fitness reports will only be accepted on a case by case basis for urgent submissions concerning board and reenlistment eligible Marines or in response to discrepancy notices from promotion and selection boards.

    b. The FAX document must be a completed report to include all reporting officials' certifications as applicable.

    c. The FAX document must be clear and legible.

    d. The original or a copy (certified true by the RS or RO with original signature) must reach the CMC (MMSB-30) within 5 working days (7 days for overseas mailing). NOTE: Commands must notify the CMC (MMSB-30) with justification for an extension if they cannot meet this deadline.

    e. Facsimile copies of reports will not be processed into a Marine's OMPF.

3. The CMC (MMSB-30) will not accept facsimile fitness reports for any other purpose.

4. The CMC (MMSB-30) will accept requests for administrative corrections per paragraph 8007 received via FAX.

5. The CMC (MMSB-30) will not accept facsimile requests for corrections to items 8a (QUAL) and 8b (PFT), of item 8 (Special Information) of section A. These items reflect performance and may have adverse implications; requests for these corrections require original signatures.

6. The CMC (MMSB) will process requests for MBSs, OMPFs, and RS Profiles received via FAX and mail the requested performance records to the Marine at either his or her unit or home address as verified by the MCTFS or as provided by the individual. NOTE: The request must include the MRO's or RS's signature as appropriate.

8-12

047

PERFORMANCE EVALUATION SYSTEM

APPENDIX G

REPORTING SENIOR AND REVIEWING OFFICER PROFILES

A. **BACKGROUND.** The RS Profile on page 4 of this Appendix is a key tool for use in accomplishing the objectives of the PES and outlines the grading history of an RS (see paragraph 8012).

B. **CONTENTS OF THE PROFILE**

→   1. The profile provides a cumulative rating history of all reports written by an RS. The RS profile does not include academic, end of service, extended, and not observed fitness reports in the number of reports; nor are they computed into the RS's cumulative averages.

   2. The profile lists the following information:

      a. Listing of grades (excluding general officers) for Marines eligible to receive fitness reports **(GRADE)**.

→      b. Average of the fitness report averages for all reports (excluding academic type, end of service, extended, and not observed reports) submitted by the RS for each grade (AVG).

→      c. Total number of reports written by the RS for each grade (excluding academic, end of service, extended, and not observed reports) **(# OF RPTS)**.

→      d. The highest fitness report average submitted by the RS for a particular grade **(HIGH)**.

→      e. The lowest fitness report average submitted by the RS for a particular grade **(LOW)**.

      f. The number of reports submitted by the RS that HQMC received 60 or more days after the end of the reporting period.

C. **CALCULATING PROFILE DATA**

→   1. **Fitness Report Average for an Individual Report.**

      a. Each block in the marking gradient for each PAR has an assigned numeric value as follows: A=1, B=2, C=3, D=4, E=5, F=6, G=7, and H (not observed)=0. **NOTE:** Block H (not observed) has no value and does not factor into the calculation of the average.

      b. The average of observed attributes reflects the mean of the numeric value for all observed attributes on that report rounded to the nearest hundredth.

PERFORMANCE EVALUATION SYSTEM

→   2. **Reporting Senior's Average of All Fitness Reports Written on Marines of Similar Grade**. This average reflects the mean of the numeric value for all fitness reports (excluding academic type, end of service, extended, and not observed reports) written by the RS on Marines of similar grade.

→   3. **Reporting Senior's Highest Fitness Report Average of Any Report Written on Marines of Similar Grade**. This value reflects the highest fitness report average of any report written by the RS on Marines of similar grade (excluding academic type, end of service, extended, and not observed reports).

→   4. **Reporting Senior's Lowest Fitness Report Average of Any Report Written on Marines of Similar Grade**. This value reflects the lowest fitness report average of any report written by the RS on Marines of similar grade (excluding academic type, end of service, extended, and not observed reports).

5. **The Number of Reports Submitted by the RS Received at HQMC 60 or More Days After the End of the Reporting Period**. This number reflects the number of reports submitted by the RS that HQMC received 60 or more days after the end of the reporting period. **NOTE:** The basis for accountability for late submission of reports is HQMC tracking of reporting officials' signature dates. As an example: if the RS is timely in completing and forwarding the report to the RO (as evidenced by the signature date) responsibility will shift to another reporting official (RO, third officer, or senior Marine representative) or operational Battalion/Squadron command element, as appropriate.

D.   **RELATIVE VALUE OF A REPORT**

→   1. The relative value of a report reflects how the fitness report average of an individual report compares to:

→   (a) The RS's average of all fitness reports written by the RS on Marines of the same grade.

→   (b) The highest fitness report average of any report written by the RS on a Marine of the same grade as the MRO.

2. The system will calculate the relative value for each report to reflect both:

(a) **The Relative Value at the Time of Processing**. This numeric value reflects the relative value of the MRO's fitness report based on the RS's rating history for Marines of the same grade as the MRO as of the time of processing of the MRO's report. This number is a constant and once calculated, it will not change.

(b) **The Cumulative Relative Value**. This numeric value reflects the cumulative relative value of the MRO's fitness report based on the RS's rating history for Marines of the same grade as the MRO. This number is a variable and will change as the RS writes additional reports on Marines of the same grade as the MRO.

G-2
Ch 3

049

PERFORMANCE EVALUATION SYSTEM

→      (c) **The Fitness Report Average**. The report's average of the observed attributes.

→      (d) **The Reporting Senior Cumulative Average**. The cumulative average of all reports written by the RS on Marines of the same grade.

→      (e) **The Reporting Senior High**. The highest fitness report average of any report written by the RS on a Marine of that grade.

→   3. Once calculated, the relative value will appear on the MRO's MBS in numeric fashion on a 80 to 100 scale.

→      (a) A relative value of 100 indicates the report has the highest fitness report average of any report written by the RS on a Marine of that grade.

→      (b) A relative value of 80 indicates the report has the lowest fitness report average of any report written by the RS on a Marine of that grade.

→      (c) A relative value of 90 indicates the fitness report average for the report is equal to the RS average. (The average of the fitness report average for all reports written by the RS on Marines of the same grade.)

   4. Appendix K (MASTER BRIEF SHEET (MBS), FITNESS REPORT LISTING), depicts how the relative value data is displayed on the MBS.

→ E. **REVIEWING OFFICERS PROFILE**

   1. A comparative assessment of the Reviewing Officer's (RO) rankings for all fitness reports of Marines of the same grade will be included on the Master Brief Sheet (MBS).

   2. This information will show the cumulative comparative assessment (pyramid) marks of all fitness reports of Marines of the same grade evaluated by this RO, with the assessment of each fitness report highlighted with a frame, as seen in appendix K.

   3. This information will be displayed on a new row beneath the line of fitness reports attributes in line with the RO name, and will be updated as additional fitness reports are processed with the same RO.

   4. When a fitness report is processed for posting to the OMPF, the RO profile will be overlaid to the left of the pyramid in section K on page 5 of the report.

PERFORMANCE EVALUATION SYSTEM

SAMPLE REPORTING SENIOR'S PROFILE

BGEN JOHN J. MARINE

AS OF XXXXXXX

| GRADE | AVG | # OF RPTS | HIGH | LOW |
|---|---|---|---|---|
| SGT | 2.93 | 38 | 4.00 | 1.86 |
| SSGT | 3.00 | 15 | 3.93 | 1.93 |
| GYSGT | 2.86 | 11 | 3.78 | 1.78 |
| MSGT | 3.21 | 4 | 4.14 | 2.14 |
| 1STSGT | 3.14 | 1 | 3.14 | 3.14 |
| SGTMAJ | 3.07 | 6 | 4.00 | 2.00 |
| MGYSGT | 3.21 | 1 | 3.21 | 3.21 |
| WO | 3.00 | 1 | 3.00 | 3.00 |
| CWO2 | 3.07 | 2 | 3.14 | 3.00 |
| CWO4 | 3.28 | 1 | 3.28 | 3.28 |
| 2NDLT | 3.07 | 10 | 4.14 | 1.93 |
| 1STLT | 2.78 | 18 | 3.86 | 1.78 |
| CAPT | 3.14 | 47 | 4.21 | 1.93 |
| MAJ | 2.93 | 52 | 4.00 | 1.86 |
| LTCOL | 3.28 | 6 | 4.36 | 2.14 |
| COL | 3.00 | 7 | 4.07 | 2.00 |

NUMBER OF REPORTS OVER 60 DAYS OLD:   7

NOTE: Profiles do not include not observed, academic type, extended, and end of service reports.

G-4
Ch 3

051

PERFORMANCE EVALUATION SYSTEM

Reviewing Officer
Comparative Assessment Profile

BGEN JOHN J MARINE
SSN: XXX-XX-XXXX

As of: XXXXXXXX

| Assessment Mark | Description |
|---|---|
| 8 | The eminently qualified Marine |
| 7, 6 | One of the few exceptionally qualified Marines |
| 5, 4, 3 | One of the many highly qualified professionals who form the majority of this grade |
| 2 | A qualified Marine |
| 1 | Unsatisfactory |

**MRO Rank**          **# of Reports/Assessment Mark**

LTCOL            0/1    1/2    1/3    4/4    7/5    10/6    2/7    0/8

Total # of Reports: 25

MAJ              0/1    0/2    1/3    8/4    12/5   5/6     2/7    0/8

Total # of Reports: 28

CAPT             1/1    1/2    2/3    31/4   30/5   7/6     1/7    0/8

Total # of Reports: 73

CWO3             0/1    012    0/3    1/4    3/5    0/6     1/7    0/8

Total # of Reports: 5

MSGT             0/1    0/2    0/3    0/4    1/5    0/6     0/7    0/8

Total # of Reports: 1

GYSGT            0/1    0/2    0/3    0/4    2/5    1/6     1/7    0/8

Total # of Reports: 4

**Total # of Observed Reviews: 136**

G-5
Ch 3   052