UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DEPARTMENT OF THE NAVY, )<br>GORDON R. ENGLAND, Secretary )<br>of the Navy, )<br>)<br>Defendants ) | Case Number: 05CV01651 (GK) |

## LISTING OF PLAINTIFF'S EXHIBIT IN SUPPORT OF OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT MOTION

| Plaintiff Exhibit | Description of Exhibit |
|---|---|
| Exhibit 1 | Plaintiff's Declaration |
| Enclosure 1 | E-mail btwn Plaintiff and Mr. Wood |
| Enclosure 2 | E-mail btwn Plaintiff and Opposing Counsel |
| Enclosure 3 | FY 2004 Promotion Rates for Captain, Major and LtCol |
| Enclosure 4 | FY 2005 Promotion Rates for Captain, Major and LtCol |
| Enclosure 5 | Request to Speak with Agency Personnel In re CV 06-0752(GK) |
| Enclosure 6 | Agency Denial of Plaintiff's Request Speak with Agency Personnel In re CV 06-0752(GK) |
| Enclosure 7 | Excerpt of MCO P1610.7E |
| Exhibit 2 | DoD Instruction 1320.11 |
| Exhibit 3 | Declaration of Colonel Crowl |