IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JACKSON L. MCGRADY, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 05-1651 (GK) |
|  | ) | |
| DONALD C. WINTER | ) | |
| SECRETARY OF THE NAVY, et al. | ) | |
|  | ) | |
| Defendants | ) | |

**DEFENDANTS' CONSENT MOTION TO AMEND BRIEFING SCHEDULE**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), with the consent of plaintiff and for good cause shown, hereby respectfully move for an enlargement of time of 17 days, up to and including October 12, 2006, in which to respond to Plaintiff's Cross-Motion for Summary Judgment and to reply to plaintiff's opposition to defendants' motion for summary judgment. Those papers would otherwise be due to be filed on September 25, 2006. Accordingly, defendants move that the date on which plaintiff is required to file his reply in support of his motion for summary judgment be enlarged to November 14, 2006. Defendants' counsel has conferred with plaintiff regarding this motion and plaintiff consents to the motion. Defendants seek this enlargement for the following reasons:

Plaintiff moved, with defendants' consent, for an enlargement of the page limit for his cross-motion for summary judgment, and the Court accordingly granted plaintiff an enlargement of the permissible page limit to 60 pages. Consequently, plaintiff filed a 60-page memorandum in support of his cross-motion for summary judgment. Simultaneously, however, plaintiff filed a separate brief in support of his opposition to defendants' motion for summary judgment that

totals 25 pages.  In addition to plaintiff's 85 pages of legal memoranda, defendants must respond respectively to plaintiff's statement of undisputed material facts and plaintiff's statement of genuine issues, bringing to a total of 111 pages the length of materials to which defendants have been required to respond.

    Defendants in good faith believed, when the briefing schedule was negotiated and plaintiff then moved to enlarge the page limit to 60 pages, that plaintiff's memorandum in support of his cross-motion for summary judgment, on the one hand, and plaintiff's memorandum in opposition to defendants' motion for summary judgment, on the other, would be presented in a singular memorandum, a convention to which defendants' counsel had become accustomed in this judicial district.  Defendants do not take issue with plaintiff's decision to file separate memoranda, but will require additional time to respond to all of the material to which defendants must respond.  Major Thomas Merritt, agency counsel, has been dealing with several matters that have required his attention, including preparations for deployment to Fallujah, Iraq, with the Second Marine Expeditionary Force, and work on a case before the Court of Federal Claims requiring analysis of financial documents and coordination with the Defense Finance and Accounting Service.  Major Merritt has indicated that it will be extremely difficult to produce the requisite draft of defendants' response to both of plaintiff's briefs before the end of next week.  During the following week, the last undersigned Assistant United States Attorney will be producing a lengthy and complex brief to be filed in the United States Court of Appeals, as well as other briefs in less complex and but nevertheless demanding matters.  For these reasons, and given the anticipated scope of the task to finalize defendants' responsive papers in view of the volume of plaintiff's submissions, defendants respectfully request, with plaintiff's consent, that

the enlargement sought be granted, and that the Court amend the remainder of the briefing schedule as set forth above and in the attached proposed Order.

                                            Respectfully submitted,

                                            _____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

                                            _____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

                                            _____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W., Tenth Fl.
Washington, D.C. 20530
(202) 514-7198
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

**JACKSON L. MCGRADY**, **Pro Se**
**820 Bright Street**
**Fredericksburg, Virginia 22134**

_____
LISA S. GOLDFLUSS
Assistant United States Attorney