IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1651 (GK) |
| DONALD C. WINTER<br>SECRETARY OF THE NAVY, et al. | ) |
| Defendants | ) |

## ORDER

UPON CONSIDERATION of Defendants' Consent Motion to Amend Briefing Schedule, and the merits thereof, it is

HEREBY ORDERED that defendants' response to plaintiff's cross-motion for summary judgment and reply in support of defendants' motion for summary judgment shall be filed no later than October 12, 2006, and that plaintiffs' reply in support of his cross-motion for summary judgment shall be filed no later than November 14, 2006.


Date_____                          _____
                                     UNITED STATES DISTRICT JUDGE