IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JACKSON L. MCGRADY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1651 (GK) |
| | ) | |
| **DONALD C. WINTER** | ) | |
| **SECRETARY OF THE NAVY, ET AL.** | ) | |
| | | |
| **Defendants.** | | |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), with the consent of plaintiff and based on extenuating circumstances, hereby respectfully move for an enlargement of time of 5 days, up to and including Tuesday, October 17, 2006, in which to respond to Plaintiff's Cross-Motion for Summary Judgment and to reply to plaintiff's opposition to defendants' motion for summary judgment.  Defendants' filling would otherwise be due on Thursday, October 12, 2006.  Defendants' counsel has conferred with plaintiff regarding this motion and plaintiff consents to the motion.

Defendants seek this enlargement because the last undersigned Assistant United States Attorney, who has primary responsibility for representing defendants in this action, will be getting married on Sunday, October 15th, and has been attempting, during the past two weeks, to satisfy numerous court deadlines in addition to the many responsibilities associated with preparing for that significant personal event.  Yesterday she filed a brief in the U.S. Court of Appeals on a very complex and difficult matter, and today was required to complete work on another appellate matter with significant implications for the manner in the United States may be

held liable under the Privacy Act in this pivotal Circuit.  Cognizant of the various enlargements that defendants have been granted over the course of this case, she was determined to file defendants' papers in this case in a timely manner.  As the past two-week period has progressed, however, the undersigned has been required to deal with many, many matters involving family members, personal obligations and professional issues, most of which have been highly unanticipated.   This morning, the undersigned analyzed the time remaining for filing defendants' papers in view of the other matters to which she was required to attend and phoned plaintiff *pro se* to obtain consent to this motion.  Plaintiff graciously consented to an enlargement of five additional days.

      For the foregoing reasons, defendants respectfully request that the enlargement sought be granted.  Defendants appreciate the patience that has been shown by this Court and plaintiff.

      An order granting the relief sought is attached hereto.

      Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498617
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W.,  Tenth Fl.
Washington, D.C.  20530
(202) 514-7198
Counsel for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

**JACKSON L. MCGRADY**, **Pro Se**
**820 Bright Street**
**Fredericksburg, Virginia 22134**

_____
LISA S. GOLDFLUSS
Assistant United States Attorney