# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1651 (GK) |
| ) | |
| DONALD C. WINTER ) | |
| SECRETARY OF THE NAVY, et al. ) | |
| ) | |
| Defendants ) | |

## ORDER

UPON CONSIDERATION of Defendants' Consent Motion for Enlargement of Time and the merits thereof, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants' response to Plaintiff's Cross-Motion for Summary Judgment and reply to plaintiff's opposition to defendants' motion for summary judgment shall be filed no later than October 17, 2006.

Date_____                          _____
                                     UNITED STATES DISTRICT JUDGE