IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY,  )  )g<br>    Plaintiff,  )  )<br>v.  )  )<br>DONALD C. WINTER  )<br>SECRETARY OF THE NAVY, et al.  )  )  )<br>    Defendants.  ) | Civil Action No. 05-1651 (GK) |

**DEFENDANTS' THIRD MOTION FOR AN ENLARGEMENT OF TIME**

Defendants are respectfully moving for a third enlargement of time, of three days, to file their opposition memorandum to plaintiff's motion for summary judgment and their reply to plaintiff's separate opposition memorandum in support of defendants' motion for summary judgment. The enlargement, if granted, would have provided defendants with a cumulative enlargement of 25 days from the date on which these documents were originally due to be filed, and would have defendants papers due to be filed on October 20, 2006. The papers are currently due on October 17, 2006. Defendants do not lightly make this motion, and recognize that this Court recently granted defendants' second motion for enlargement of time of five days to file those documents, and that seriatim motions for enlargement of time, and indeed third motions for enlargement, are disfavored. Defendants regret the inconvenience to the Court and to plaintiff presented by this third motion for enlargement. Defendants would not be making this motion in the absence of extenuating circumstances.

The second motion for enlargement of time was filed last Wednesday, October 11th, three business days before the wedding of the last undersigned Assistant United States Attorney.

Although she had made earnest efforts to complete defendants' opposition/reply papers before that date, she found that the sheer volume of activities and responsibilities associated with that significant personal event was entirely unanticipated, and that she could not simultaneously comply with the then-scheduled deadline of October 12th and satisfy the many family obligations associated with the wedding.  At the same time, however, defendants had been sensitive to plaintiff's interest in proceeding apace in this case, and appreciated the need to file defendants papers as soon as it was possible for the last undersigned Assistant United States Attorney to finalize them.  The undersigned therefore had hoped to finalize the papers today and file them tomorrow.

 Last night, after the wedding, the undersigned had to deal with several unfortunate matters that made it extremely difficult to prepare defendants' papers last night or today: The undersigned's father, who is on chemotherapy and recently had had a blood transfusion, became extremely ill and could not return to New York as scheduled.  The undersigned has been dealing with that exigent circumstance and has not been able to work on defendants' papers.  Additionally, other matters stemming from the presence of family members from out of town have required the undersigned's attention.  For these reasons, defendants respectfully request an enlargement of three days, to Friday, October 20th, in which to file defendants' opposition memorandum to plaintiff's motion for summary judgment and defendants' reply to plaintiff's separate opposition memorandum in support of defendants' motion for summary judgment.

 Defendants' counsel has conferred with plaintiff *pro se* regarding this motion and plaintiff pro se does not consent to the motion.

An order granting the relief sought is attached hereto.

        Respectfully submitted,

        _____
        JEFFREY A. TAYLOR, D.C. Bar # 498617
        United States Attorney

        _____
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        _____
        LISA S. GOLDFLUSS, D.C. Bar #417787
        Assistant United States Attorney
        555 4th Street, N.W., Tenth Fl.
        Washington, D.C.  20530
        (202) 514-7198
        Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

**JACKSON L. MCGRADY**, **Pro Se**
**820 Bright Street**
**Fredericksburg, Virginia 22134**

_____
LISA S. GOLDFLUSS
Assistant United States Attorney