IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-1651 (GK) |
| DONALD C. WINTER<br>SECRETARY OF THE NAVY, et al. | ) ) ) |
| Defendants | ) |

### ORDER

UPON CONSIDERATION of Defendants' Motion for Enlargement of Time and the merits thereof, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants' response to Plaintiff's Cross-Motion for Summary Judgment and reply to plaintiff's opposition to defendants' motion for summary judgment shall be filed no later than October 20, 2006.


Date_____                        _____
                                   UNITED STATES DISTRICT JUDGE