IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1651 (GK) |
| ) | |
| DONALD WINTER ) | |
| Secretary of the Navy, et al. ) | |

## ORDER

UPON CONSIDERATION of Defendants' Motion for Summary Judgment, Plaintiff's Cross-Motion for Summary Judgment, and the respective opposition and reply memoranda in connection therewith, it is

HEREBY ORDERED that Defendants' Motion for Summary Judgment is granted, and it

FURTHER ORDERED that Plaintiff's Cross-Motion for Summary Judgment is denied.


Date_____                              _____
                                         UNITED STATES DISTRICT JUDGE