UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACKSON L. MCGRADY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civ. Action No. 05-1651 (GK) |
| | ) |
| **DONALD C. WINTER, Secretary,** | ) |
| **DEPARTMENT OF THE NAVY,** | ) |
| | ) |
| **Defendants** | ) |

## NOTICE OF SUBSTITUTION OF APPEARANCE

The Clerk of the Court will please enter the appearance of Karen Melnik, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case and withdraw the appearance of Lisa S. Goldfluss, Assistant U.S. Attorney.

Respectfully submitted,

  /s/
KAREN MELNIK, D.C. Bar # 436452
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4112
Washington, D.C. 20530
(202) 307-0338


  /s/
LISA S. GOLDFLUSS., D.C. Bar # 417787
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W., Rm. E-4911
Washington, D.C.  20530
(202) 514-7198

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

**JACKSON L. MCGRADY**, **Pro Se**
**820 Bright Street**
**Fredericksburg, Virginia 22134**

_____/s/_____
KAREN L. MELNIK
Assistant United States Attorney