UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. McGRADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1651 GK |
| | ) |
| DONALD C. WINTER, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

ENTRY AND WITHDRAWAL OF APPEARANCES

Please enter the appearance of Fred E. Haynes, Assistant United States Attorney, as the attorney for defendant Donald C. Winter, the Secretary of the Navy, and the Department of the Navy, and withdraw the appearance of Assistant United States Attorney Karen L. Melnik as the attorney for the defendants.

          Respectfully submitted,
          /s/
          FRED E. HAYNES, D.C. BAR #165654
          Assistant United States Attorney
          555 4th Street, N.W., Room E-4110
          Washington, D.C. 20530
          202.514.7201